## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Afshin Zarinebaf, et al.

                                         Plaintiff,

v.                                                         Case No.: 1:18−cv−06951
                                                                           Honorable Virginia M. Kendall

Champion Petfoods USA, Inc., et al.

                                         Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 28, 2020:

      MINUTE entry before the Honorable Virginia M. Kendall. Parties' Joint Motion to extend expert disclosure and class certification deadlines [86] is granted. Expert Initial Disclosures due by 3/24/2021. Rebuttal Reports due by 3/29/2021. Motion for Class Certification shall be filed by 2/24/2021; Responses due by 4/30/2021; Replies due by 5/19/2021. Status hearing set for 3/31/2021 is reset for 6/2/2021 at 9:00 AM. The courtroom deputy will notify Parties if hearing will proceed via Teleconference. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.