# EXHIBIT 8



**EASY OPEN** LIFT AND PULL TAB TO YOUR RIGHT DO NOT CUT

## Orijen
NOURISH AS NATURE INTENDED

NEW ENGLAND'S VAST ATLANTIC WATERS — OUR SOURCE OF INSPIRATION AND FRESH REGIONAL FISH

**WHOLEPREY DIET** FISH | ORGANS | CARTILAGE — **85%** WILD-CAUGHT FISH INGREDIENTS — **15%** VEGETABLES | FRUITS BOTANICALS — **0%** GRAIN | POTATO | TAPIOCA | PLANT PROTEIN CONCENTRATES

FRESH, RAW OR DEHYDRATED FISH INGREDIENTS | NO RENDERED FISH, POULTRY OR MEAT MEALS

# Six Fish
### BIOLOGICALLY APPROPRIATE™ DOG FOOD

MADE WITH SIX WILD AND SUSTAINABLY CAUGHT FISH DELIVERED DAILY
NEW ENGLAND HERRING, FLOUNDER, MACKEREL, REDFISH, MONKFISH AND ALASKAN COD

    

**BA** BIOLOGICALLY APPROPRIATE™ PROTEIN-RICH | CARBOHYDRATE-LIMITED — **RF** NO RENDERED MEALS NO RENDERED FISH MEAL — **6** FRESH OR RAW TOP 6 FRESH OR RAW WILD AND SUSTAINABLY CAUGHT FISH — **WHOLEPREY™ DIET** FISH | ORGANS | CARTILAGE — **FD** FREEZE-DRIED LIVER INFUSED FOR NATURAL FLAVOR

 MADE IN OUR  KENTUCKY KITCHENS | PREPARED WITH PRIDE FROM TRUSTED REGIONAL INGREDIENTS
*MAXIMUM 20% CARBOHYDRATE (AS ESTIMATED BY NFE)

**NET WEIGHT 13LB | 5.9KG**





 **DOG FOOD** FOR ALL BREEDS AND LIFE STAGES

# AWARD-WINNING BIOLOGICALLY APPROPRIATE™ DOG FOOD

**2014** LEADERSHIP AWARDS "FOOD INNOVATION"

**2015** ALBERTA AWARD OF DISTINCTION

**2015** ALBERTA EXPORT AWARD FOR CONSUMER PRODUCTS

**2015** TOP 10 BEST DOG FOOD BRANDS REVIEWS.COM

**2015** INNOVATION AWARD PETFOOD & ANIMAL NUTRITION 2.0

**2015–2016** EXCELLENCE IN CANINE PET FOOD GLYCEMIC RESEARCH INSTITUTE WASHINGTON DC

## Orijen
NOURISH AS NATURE INTENDED

## TRUSTED EVERYWHERE.

TRUSTED BY PET LOVERS EVERYWHERE. ORIJEN IS THE FULLEST EXPRESSION OF OUR BIOLOGICALLY APPROPRIATE™ AND FRESH REGIONAL INGREDIENTS COMMITMENT.

ORIJEN SIX FISH is brimming with unmatched inclusions of wild-caught New England fish, sustainably harvested by people we know and trust, and delivered daily — WHOLE, FRESH or RAW, and preservative-free, so they're bursting with goodness and taste.

Prepared exclusively in our Kentucky DogStar® kitchens, award-winning ORIJEN is guaranteed to keep your cherished dog healthy, happy and strong.

*Reinhard Muhlenfeld*
Founder

### BIOLOGICALLY APPROPRIATE™
NOURISH AS NATURE INTENDED — ORIJEN mirrors the richness, freshness and variety of WholePrey™ meats that dogs are evolved to eat.

### FRESH REGIONAL INGREDIENTS
GROWN CLOSE TO HOME — We focus on local ingredients that are ethically raised by people we know and trust, and delivered to our kitchens fresh or raw each day.

### NEVER OUTSOURCED
PREPARED EXCLUSIVELY IN OUR DOGSTAR® KITCHENS — We don't make foods for other companies and we don't allow our foods to be made by anyone else.



EOIN OF NORPEL FISHERIES IN NEW ENGLAND. TRUSTED SUPPLIER OF FRESH REGIONAL FISH.

PEOPLE WE TRUST — INGREDIENTS WE LOVE FROM PEOPLE WE KNOW AND TRUST

OUR DOGSTAR KITCHENS — AWARD-WINNING FOODS, AWARD-WINNING KITCHENS

ANNA, JEFF AND OUR 25,000 SQUARE FOOT COOLER, OUR KENTUCKY DOGSTAR® KITCHENS.

FRESH AND REGIONAL — DELIVERED DAILY FRESH OR RAW

WILD-CAUGHT NEW ENGLAND FISH, DELIVERED FRESH OR RAW DAILY.

## AWARD-WINNING BIOLOGICALLY APPROPRIATE™ DOG FOOD
# ORIJEN SIX FISH

MODERN DOGS ARE BUILT JUST LIKE THEIR ANCESTORS, POSSESSING A BIOLOGICAL NEED FOR A DIET THAT'S RICH AND VARIED IN NOURISHING ANIMAL PROTEIN.

That's why we loaded ORIJEN SIX FISH with unmatched inclusions of wild-caught fish — whisked to our kitchens from cold New England waters FRESH or RAW, in richly nourishing WholePrey™ ratios.

Biologically Appropriate™ ORIJEN keeps your dog happy and strong. Read our ingredients and you'll be happy too!

### INGREDIENTS

Whole atlantic herring, yellowtail flounder, whole atlantic mackerel, whole acadian redfish, atlantic monkfish, alaskan cod, dehydrated yellowtail flounder, dehydrated anchovy, dehydrated atlantic herring, dehydrated atlantic mackerel, dehydrated sardine, dehydrated atlantic salmon, sunflower oil, whole green peas, whole navy beans, red lentils, herring oil, pinto beans, chickpeas, green lentils, alfalfa, natural fish flavor, safflower oil, dried kelp, freeze-dried cod liver, whole pumpkin, whole butternut squash, kale, spinach, mustard greens, collard greens, turnip greens, whole carrots, apples, pears, pumpkin seeds, sunflower seeds, zinc proteinate, mixed tocopherols (preservative), chicory root, turmeric, sarsaparilla root, althea root, rosehips, juniper berries, dried lactobacillus acidophilus fermentation product, dried bifidobacterium animalis fermentation product, dried lactobacillus casei fermentation product.

### GUARANTEED ANALYSIS

| | |
|---|---|
| Crude protein (min.) | 38 % |
| Crude fat (min.) | 18 % |
| Crude fiber (max.) | 4 % |
| Moisture (max.) | 12 % |
| Calcium (min.) | 1 % |
| Phosphorus (min.) | 0.9 % |
| Omega-6 fatty acids* (min.) | 2.3 % |
| Omega-3 fatty acids* (min.) | 2 % |
| DHA* (docosahexaenoic acid) (min.) | 0.6 % |
| EPA* (eicosapentaenoic acid) (min.) | 0.6 % |
| Glucosamine* (min.) | 800 mg/kg |
| Chondroitin sulfate* (min.) | 600 mg/kg |

*not recognized as an essential nutrient by the AAFCO Dog Food Nutrient Profiles

### CALORIE CONTENT

Calorie content (calculated): ME 3940 kcal/kg, 449 kcal per 8oz. cup.

Calories distributed to support peak conditioning with 39% from protein, 20% from vegetables and fruits, and 41% from fat.

ORIJEN SIX FISH DOG FOOD IS FORMULATED TO MEET THE NUTRITIONAL LEVELS ESTABLISHED BY THE AAFCO DOG FOOD NUTRIENT PROFILES FOR ALL LIFE STAGES.

**Champion Petfoods**
World's Best Petfood
MADE BY CHAMPION PETFOODS USA INC.
12871 BOWLING GREEN ROAD
AUBURN, KENTUCKY 42206

**DOGSTAR KITCHENS**

CHAMPIONPETFOODS.COM
EU REG.
CUSTOMER CARE (USA)
TOLL FREE 1.877.939.0006

FOLLOW US ONLINE
@ORIJENPETFOOD
@CHAMPIONPETFOOD

**ORIJEN SIX FISH FOR DOGS**
13LB | 5.9KG

ORIJEN.CA
0D_001

### THIS 13LB PACKAGE OF ORIJEN IS MADE WITH OVER
## 11 LB* OF FRESH, RAW OR DEHYDRATED FISH INGREDIENTS
*APPROXIMATE INCLUSIONS. 2/3 FRESH OR RAW, 1/3 DRIED OR OILS.

 **5 LB*** FRESH, RAW OR DRIED WILD ATLANTIC HERRING

 **1 2/3 LB*** FRESH, RAW OR DRIED WILD YELLOWTAIL FLOUNDER

 **1 1/3 LB*** FRESH, RAW OR DRIED WILD ATLANTIC MACKEREL

 **2/3 LB*** FRESH OR RAW WILD ACADIAN REDFISH

 **2/3 LB*** FRESH OR RAW WILD MONKFISH

**2/3 LB*** FRESH OR RAW WILD ALASKAN COD

• PLUS 1 1/4 LB* DEHYDRATED ANCHOVY, SARDINE AND SALMON •

### WHOLEPREY™ DIET
FISH | ORGANS | CARTILAGE

IN HER INFINITE WISDOM, MOTHER NATURE MATCHED THE NUTRIENTS IN WHOLE PREY ANIMALS TO PERFECTLY MEET YOUR DOG'S DIETARY NEEDS.

That's why ORIJEN features richly nourishing whole fish that provide a concentrated source of virtually every nutrient your dog needs to thrive, naturally, without long lists of synthetic supplements — only zinc is added.

### NO RENDERED FISH MEALS
MADE WITH FRESH, RAW OR DEHYDRATED FISH INGREDIENTS

RENDERED FISH MEALS ARE PROCESSED AT HIGH TEMPERATURES, TYPICALLY FROM INGREDIENTS UNFIT FOR HUMAN CONSUMPTION.

ORIJEN features FRESH, RAW or DEHYDRATED fish ingredients, minimally processed at lower temperatures from wild-caught fish that are deemed fit for human consumption prior to inclusion in our foods.

MADE IN OUR USA KENTUCKY KITCHENS

MADE IN OUR USA KENTUCKY KITCHENS

CPFB00086



MADE IN OUR USA KENTUCKY KITCHENS



**DAILY RATION AND FEEDING GUIDE**

8 OZ CUP IS 114 G OF FOOD

| DOG WEIGHT | | LESS ACTIVE<br>1 hour or LESS daily exercise | | ACTIVE<br>1 hour or MORE daily exercise | |
|---|---|---|---|---|---|
| LB | KG | CUPS/DAY | GR/DAY | CUPS/DAY | GR/DAY |
| 4½ lb | 2 kg | ¼ c | 28 g | ⅓ c | 38 g |
| 11 lb | 5 kg | ½ c | 57 g | ¾ c | 86 g |
| 22 lb | 10 kg | ¾ c | 86 g | 1⅓ c | 152 g |
| 44 lb | 20 kg | 1½ c | 171 g | 2¼ c | 257 g |
| 66 lb | 30 kg | 2 c | 228 g | 3 c | 342 g |
| 88 lb | 40 kg | 2½ c | 285 g | 3¾ c | 428 g |
| 110 lb | 50 kg | 3 c | 342 g | 4½ c | 513 g |
| 132 lb | 60 kg | 3½ c | 380 g | 5 c | 570 g |

**EVERY DOG IS DIFFERENT.**

Just like you, your dog is a unique individual with feeding requirements that will vary with environment, age and activity.

This chart provides an initial guide, and we suggest monitoring your dog's weight and adjusting amounts as needed. Feed twice daily, and always keep fresh, clean water available.

**PUPPIES**: at 1½ – 3 months old feed twice the adult amount. At 3 – 6 months feed 1½ times the adult amount. At 6 – 11 months feed 1¼ times the adult amount.

**GESTATION**: increase from 25% to 50% of the adult amount. **LACTATION**: feed 'free choice'.

ORIJEN SIX FISH DOG FOOD is formulated to meet the nutritional levels established by the AAFCO Dog Food Nutrient Profiles for all life stages.

CPFB00087





EASY OPEN
Orijen
NOURISH AS NATURE INTENDED
MADE IN OUR USA KENTUCKY KITCHENS
NEW ENGLAND'S VAST ATLANTIC WATERS – OUR SOURCE OF INSPIRATION AND FRESH REGIONAL FISH
WHOLEPREY™ DIET
FISH | ORGANS | CARTILAGE
85% WILD-CAUGHT FISH INGREDIENTS
15% VEGETABLES | FRUITS BOTANICALS
0% GRAIN | POTATO | TAPIOCA | PLANT PROTEIN CONCENTRATES
MADE WITH WHOLE WILD-CAUGHT FISH
2/3 FRESH OR RAW AND 1/3 DRIED
Six Fish
BIOLOGICALLY APPROPRIATE™ DOG FOOD
MADE WITH SIX WILD AND SUSTAINABLY CAUGHT FISH DELIVERED DAILY
NEW ENGLAND MACKEREL, HERRING, FLOUNDER, REDFISH, MONKFISH AND SILVER HAKE
BIOLOGICALLY APPROPRIATE™
PROTEIN-RICH | CARBOHYDRATE-LIMITED*
TOP 6 FRESH OR RAW
WILD AND SUSTAINABLY CAUGHT FISH
WHOLEPREY™ DIET
MADE WITH WHOLE FRESH FISH
LOW TEMP 200°F
LOW TEMPERATURE
DRIED WHOLE FISH INGREDIENTS
FREEZE-DRIED LIVER
INFUSED FOR NATURAL FLAVOR
MADE IN OUR USA KENTUCKY KITCHENS
PREPARED WITH PRIDE FROM TRUSTED REGIONAL INGREDIENTS
*MAXIMUM 20% CARBOHYDRATE (AS ESTIMATED BY NFE)
AWARD-WINNING BIOLOGICALLY APPROPRIATE™ DOG FOOD
2014 LEADERSHIP AWARDS "FOOD INNOVATION"
2015 ALBERTA EXPORT AWARD FOR CONSUMER PRODUCTS
2015 TOP 10 BEST DOG FOOD BRANDS REVIEWS.COM
2015 INNOVATION AWARD PETFOOD & ANIMAL NUTRITION 2.0
2015 | 2016 ALBERTA AWARD OF DISTINCTION
2015–2016 EXCELLENCE IN CANINE PET FOOD GLYCEMIC RESEARCH INSTITUTE WASHINGTON DC
TRUSTED EVERYWHERE.
TRUSTED BY PET LOVERS EVERYWHERE, ORIJEN IS THE FULLEST EXPRESSION OF OUR BIOLOGICALLY APPROPRIATE™ AND FRESH REGIONAL INGREDIENT COMMITMENT.
ORIJEN SIX FISH is brimming with unmatched inclusions of wild-caught New England fish, sustainably harvested by people we know and trust, and delivered daily — WHOLE, FRESH or RAW, and preservative-free, so they're bursting with goodness and taste.
Prepared exclusively in our Kentucky DogStar® kitchens, award-winning ORIJEN is guaranteed to keep your cherished dog healthy, happy and strong.
Reinhard Muhlenfeld
Founder
BIOLOGICALLY APPROPRIATE™
NOURISH AS NATURE INTENDED – ORIJEN mirrors the richness, freshness and variety of WholePrey™ meats that dogs are evolved to eat.
FRESH REGIONAL INGREDIENTS
GROWN CLOSE TO HOME – We focus on local ingredients that are ethically raised by people we know and trust, and delivered to our kitchens fresh or raw each day.
NEVER OUTSOURCED
PREPARED EXCLUSIVELY IN OUR DOGSTAR® KITCHENS – We don't make foods for other companies and we don't allow our foods to be made by anyone else.
PEOPLE WE TRUST
OUR DOGSTAR KITCHENS
FRESH AND REGIONAL
THIS 13 LB PACKAGE OF ORIJEN SIX FISH IS MADE WITH OVER
11 LB* OF FRESH, RAW OR DRIED FISH INGREDIENTS | 2/3 FRESH OR RAW + 1/3 DRIED*
1/2 LB*
FRESH OR RAW
WHOLE WILD SILVER HAKE
*APPROXIMATE INCLUSIONS
WHOLEPREY™ DIET
LOW TEMPERATURE
MADE IN OUR USA KENTUCKY KITCHENS
AWARD-WINNING BIOLOGICALLY APPROPRIATE™ DOG FOOD
ORIJEN SIX FISH
MODERN DOGS ARE BUILT LIKE THEIR ANCESTORS. WE BELIEVE THEY SHOULD EAT LIKE THEM TOO.
That's why we loaded ORIJEN SIX FISH with unmatched inclusions of wild-caught sustainable fish – brimming with goodness and taste from New England's cold waters, and delivered to our kitchens FRESH or RAW and WHOLE.
Prepared in our DogStar® kitchens, award-winning ORIJEN is guaranteed to keep your dog healthy, happy and strong.
Read our ingredients and we think you'll be happy too!
INGREDIENTS
Whole atlantic mackerel, whole atlantic herring, whole atlantic flounder, whole acadian redfish, atlantic monkfish, whole silver hake, mackerel meal, herring meal, blue whiting meal, herring oil, whole green peas, whole navy beans, whole red lentils, alaskan cod meal, pollock meal, sunflower oil, whole yellow peas, whole pinto beans, whole chickpeas, whole green lentils, lentil fiber, natural fish flavor, safflower oil, freeze-dried cod liver, whole pumpkin, whole butternut squash, kale, spinach, mustard greens, collard greens, turnip greens, whole carrots, whole apples, whole pears, dried kelp, pumpkin seeds, sunflower seeds, zinc proteinate, mixed tocopherols (preservative), copper proteinate, chicory root, turmeric, sarsaparilla root, althea root, rosehips, juniper berries, dried lactobacillus acidophilus fermentation product, dried bifidobacterium animalis fermentation product, dried lactobacillus casei fermentation product.
GUARANTEED ANALYSIS
Crude protein (min.) 38 %
Crude fat (min.) 18 %
DHA (docosahexaenoic acid) (min.) 1 %
EPA (eicosapentaenoic acid) (min.) 0.6 %
Crude fiber (max.) 4 %
Moisture (max.) 12 %
Calcium (min.) 1.4 %
Phosphorus (min.) 1.2 %
Omega-6 fatty acids* (min.) 2.3 %
Omega-3 fatty acids* (min.) 2 %
Glucosamine* (min.) 800 mg/kg
Chondroitin sulfate* (min.) 600 mg/kg
*Not recognized as an essential nutrient by the AAFCO Dog Food Nutrient Profiles
CALORIE CONTENT
Calorie content (calculated): ME 3940 kcal/kg, 449 kcal per 8oz. cup.
Calories distributed to support peak conditioning with 39% from protein, 19% from vegetables and fruits, and 42% from fat.
ORIJEN SIX FISH DOG FOOD IS FORMULATED TO MEET THE NUTRITIONAL LEVELS ESTABLISHED BY THE AAFCO DOG FOOD NUTRIENT PROFILES FOR ALL LIFE STAGES.
MADE BY CHAMPION PETFOODS USA INC.
12871 BOWLING GREEN ROAD
AUBURN, KENTUCKY 42206
EU REG. | CHAMPIONPETFOODS.COM
DOGSTAR KITCHENS
CUSTOMER CARE (USA)
TOLL FREE 1.877.939.0006
FOLLOW US ONLINE
ORIJEN.CA
@ORIJENPETFOOD @CHAMPIONPETFOOD
ORIJEN SIX FISH FOR DOGS
13LB | 5.9KG
0 64992 10613 3
interseroh DSI
OD_004
MADE IN OUR USA KENTUCKY KITCHENS
85 15 0
WHOLEPREY™ DIET
Six Fish
NET WEIGHT 13 LB | 5.9KG
DOG FOOD
FOR ALL BREEDS AND LIFE STAGES

ORIJEN SIX FISH DOG

BAG COLOURS

| 412 | 485 | 7499 | 2185 85% | 2985 85% | - | - |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

MANDATORY PLATES

| White | Matte |
|---|---|
| 8 | 9 |

EASY OPEN
Orijen
NOURISH AS NATURE INTENDED
MADE IN OUR USA KENTUCKY KITCHENS
85 15 0
WHOLEPREY™ DIET
FISH | ORGANS | CARTILAGE
WILD-CAUGHT FISH INGREDIENTS
VEGETABLES | FRUITS BOTANICALS
GRAIN | POTATO | TAPIOCA | PLANT PROTEIN CONCENTRATES
NEW ENGLAND'S VAST ATLANTIC WATERS – OUR SOURCE OF INSPIRATION AND FRESH REGIONAL FISH
MADE WITH WHOLE WILD-CAUGHT FISH
2/3 FRESH OR RAW AND 1/3 DRIED
Six Fish
BIOLOGICALLY APPROPRIATE™ DOG FOOD
MADE WITH FRESH, WHOLE, WILD & SUSTAINABLY CAUGHT FISH
NEW ENGLAND MACKEREL, HERRING, FLOUNDER, REDFISH, MONKFISH AND SILVER HAKE
BIOLOGICALLY APPROPRIATE™
PROTEIN-RICH | CARBOHYDRATE-LIMITED*
TOP 6 FRESH OR RAW
WILD AND SUSTAINABLY CAUGHT
WHOLEPREY™ DIET
MADE WITH WHOLE FRESH FISH
LOW TEMPERATURE
PREMIUM DRIED WHOLE FISH
FREEZE-DRIED LIVER
INFUSED FOR NATURAL FLAVOR
MADE IN OUR USA KENTUCKY KITCHENS
PREPARED WITH PRIDE FROM TRUSTED REGIONAL INGREDIENTS
*MAXIMUM 20% CARBOHYDRATE (AS ESTIMATED BY NFE)
AWARD-WINNING BIOLOGICALLY APPROPRIATE™ DOG FOOD
LEADERSHIP AWARDS "FOOD INNOVATION"
ALBERTA EXPORT AWARD FOR CONSUMER PRODUCTS
TOP 10 BEST DOG FOOD BRANDS
REVIEWS.COM
INNOVATION AWARD
PETFOOD & ANIMAL NUTRITION 2.0
ALBERTA AWARD OF DISTINCTION
EXCELLENCE IN CANINE PET FOOD
GLYCEMIC RESEARCH INSTITUTE WASHINGTON DC
TRUSTED EVERYWHERE.
TRUSTED BY PET LOVERS EVERYWHERE, ORIJEN IS THE FULLEST EXPRESSION OF OUR BIOLOGICALLY APPROPRIATE™ AND FRESH REGIONAL INGREDIENTS COMMITMENT.
ORIJEN SIX FISH is brimming with unmatched inclusions of wild-caught New England fish, sustainably harvested by people we know and trust, and delivered daily — WHOLE, FRESH or RAW, and preservative-free, so they're bursting with goodness and taste.
Prepared exclusively in our Kentucky DogStar® Kitchens, award-winning ORIJEN is guaranteed to keep your cherished dog healthy, happy and strong.
Reinhard Muhlenfeld
Founder
BIOLOGICALLY APPROPRIATE™
NOURISH AS NATURE INTENDED – ORIJEN mirrors the richness, freshness and variety of WholePrey™ meats that dogs are evolved to eat.
FRESH REGIONAL INGREDIENTS
GROWN CLOSE TO HOME – We focus on local ingredients that are ethically raised by people we know and trust, and delivered to our kitchens fresh or raw each day.
NEVER OUTSOURCED
PREPARED EXCLUSIVELY IN OUR DOGSTAR® KITCHENS – We don't make foods for other companies and we don't allow our foods to be made by anyone else.
PEOPLE WE TRUST
OUR DOGSTAR® KITCHENS
FRESH AND REGIONAL
DELIVERED DAILY FRESH OR RAW
EOIN OF NORPEL FISHERIES IN NEW ENGLAND. TRUSTED SUPPLIER OF FRESH REGIONAL FISH.
WILD-CAUGHT NEW ENGLAND FISH. DELIVERED FRESH OR RAW DAILY.
THIS 13 LB PACKAGE OF ORIJEN SIX FISH IS MADE WITH OVER
11 LB* OF FRESH, RAW OR DRIED FISH INGREDIENTS | 2/3 FRESH OR RAW + 1/3 DRIED*
3 LB* FRESH OR RAW WHOLE WILD MACKEREL
2 1/4 LB* FRESH OR RAW WHOLE WILD HERRING
3/4 LB* FRESH OR RAW WILD MONKFISH
3/4 LB* FRESH OR RAW WILD REDFISH
2/3 LB* FRESH OR RAW WILD FLOUNDER
2/3 LB* FRESH OR RAW WHOLE WILD SILVER HAKE
PLUS 3 LB* OF DRIED WILD-CAUGHT BLUE WHITING, ALASKAN COD, AND POLLOCK
*APPROXIMATE INCLUSIONS
WHOLEPREY™ DIET
FISH | ORGANS | CARTILAGE
IN HER INFINITE WISDOM, MOTHER NATURE MATCHED THE NUTRIENTS IN WHOLE PREY ANIMALS TO PERFECTLY MEET YOUR DOG'S DIETARY NEEDS.
Made with FRESH WHOLE FISH, ORIJEN SIX FISH provides a richly nourishing and concentrated source of virtually every nutrient your dog needs to thrive, naturally, without long lists of synthetic supplements.
LOW TEMP 200°F
LOW TEMPERATURE
PREMIUM DRIED FISH INGREDIENTS
MOST PET FOODS CONTAIN FISH MEALS THAT ARE RENDERED AT HIGH TEMPERATURES FROM FISH BY-PRODUCTS.
ORIJEN SIX FISH features dried fish prepared at a low temperature (200°F) from fresh, whole, wild-caught fish that meet European Union Certification Standards — gently concentrating their goodness into a richly nourishing source of protein.
MADE IN OUR USA KENTUCKY KITCHENS
ORIJEN SIX FISH
MODERN DOGS ARE BUILT LIKE THEIR ANCESTORS. WE BELIEVE THEY SHOULD EAT LIKE THEM TOO.
That's why we loaded ORIJEN SIX FISH with unmatched inclusions of wild-caught sustainable fish – brimming with goodness and taste from New England's cold waters, and delivered to our kitchens FRESH or RAW and WHOLE.
Prepared in our DogStar® Kitchens, award-winning ORIJEN is guaranteed to keep your dog healthy, happy and strong.
Read our ingredients and we think you'll be happy too!
INGREDIENTS
Whole atlantic mackerel, whole atlantic herring, atlantic monkfish, acadian redfish, flounder, whole silver hake, mackerel meal, herring meal, blue whiting meal, sunflower oil, whole red lentils, whole pinto beans, alaskan cod meal, alaskan pollock meal, safflower oil, whole green peas, whole green lentils, whole navy beans, lentil fiber, natural cod flavor, whole chickpeas, alaskan pollock oil, mixed tocopherols (preservative), freeze-dried cod liver, whole pumpkin, whole butternut squash, kale, spinach, mustard greens, collard greens, turnip greens, whole carrots, whole apples, whole pears, pumpkin seeds, sunflower seeds, dried kelp, zinc proteinate, D-calcium pantothenate, copper proteinate, chicory root, turmeric, sarsaparilla root, althea root, rosehips, juniper berries, dried lactobacillus acidophilus fermentation product, dried bifidobacterium animalis fermentation product, dried lactobacillus casei fermentation product.
GUARANTEED ANALYSIS
Crude protein (min.) 38 %
Crude fat (min.) 18 %
Crude fiber (max.) 4 %
Moisture (max.) 12 %
DHA (docosahexaenoic acid) (min.) 0.7 %
EPA (eicosapentaenoic acid) (min.) 0.4 %
Calcium (min.) 1.6 %
Phosphorus (min.) 1.3 %
Omega-6 fatty acids* (min.) 2.1 %
Omega-3 fatty acids* (min.) 1.8 %
Glucosamine* (min.) 300 mg/kg
Chondroitin sulfate* (min.) 300 mg/kg
Total Microorganisms* (min.) 100M CFU/lb
(Lactobacillus acidophilus, Bifidobacterium animalis, Lactobacillus casei)
*Not recognized as an essential nutrient by the AAFCO Dog Food Nutrient Profiles
CALORIE CONTENT
Calorie content (calculated): ME 3900 kcal/kg, 445 kcal per 8 oz cup.
Calories distributed to support peak conditioning with 39% from protein, 19% from vegetables and fruits, and 42% from fat.
MADE BY CHAMPION PETFOODS USA INC.
12871 BOWLING GREEN ROAD
AUBURN, KENTUCKY 42206
US REG. 15415996410 | EU REG.
CHAMPIONPETFOODS.COM
DOGSTAR KITCHENS
CUSTOMER CARE (USA)
TOLL FREE 1.877.939.0006
FOLLOW US ONLINE
ORIJEN.CA
@ORIJENPETFOOD @CHAMPIONPETFOOD
ORIJEN SIX FISH FOR DOGS
13 LB | 5.9 KG
0 64992 10613 3
interseroh DSI
OD_005
85 15 0
WHOLEPREY™ DIET
Six Fish
BIOLOGICALLY APPROPRIATE™ DOG FOOD
NET WEIGHT 13 LB | 5.9 KG
DOG FOOD
FOR ALL LIFE STAGES

ORIJEN SIX FISH DOG

BAG COLOURS

| 412 | 485 | 7499 | 2185 85% | 2985 85% | - | - |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

MANDATORY PLATES

| White | Matte |
|---|---|
| 8 | 9 |

