# EXHIBIT 9



**EASY OPEN** LIFT AND PULL TAB TO YOUR RIGHT
DO NOT CUT

# Orijen
NOURISH AS NATURE INTENDED

AMERICA'S VAST AND FERTILE LANDS – OUR SOURCE OF INSPIRATION AND FRESH REGIONAL INGREDIENTS

**WHOLEPREY DIET**
POULTRY | ORGANS | CARTILAGE

**85%** POULTRY | FISH | EGG INGREDIENTS

**15%** VEGETABLES | FRUITS | BOTANICALS
*ZINC OUR ONLY SUPPLEMENT

**0%** GRAIN | POTATO | TAPIOCA | PLANT PROTEIN CONCENTRATES

FRESH, RAW OR DEHYDRATED ANIMAL INGREDIENTS | NO RENDERED POULTRY, FISH OR MEAT MEALS

## Original
### BIOLOGICALLY APPROPRIATE™ DOG FOOD

MADE WITH FRESH REGIONAL INGREDIENTS DELIVERED DAILY
FREE-RUN CHICKEN AND TURKEY, WILD-CAUGHT FISH AND NEST-LAID EGGS

**BA** BIOLOGICALLY APPROPRIATE™
PROTEIN-RICH | CARBOHYDRATE-LIMITED

**RF** NO RENDERED MEALS
NO RENDERED CHICKEN MEAL

**10 FRESH OR RAW** TOP 10 FRESH OR RAW
POULTRY, FISH AND EGG INGREDIENTS

**WHOLEPREY™ DIET**
POULTRY | ORGANS | CARTILAGE

**FD** FREEZE-DRIED LIVER
INFUSED FOR NATURAL FLAVOR

MADE IN OUR **USA** KENTUCKY KITCHENS | PREPARED WITH PRIDE FROM TRUSTED REGIONAL INGREDIENTS
*MAXIMUM 20% CARBOHYDRATE (AS ESTIMATED BY NFE)

**Orijen**
NOURISH AS NATURE INTENDED

**Original**
BIOLOGICALLY APPROPRIATE™ DOG FOOD

**NET WEIGHT 13LB | 5.9KG**

WHOLEPREY DIET | 85 15 0 | **DOG FOOD**
FOR ALL BREEDS AND LIFE STAGES

CPFB00091



AWARD-WINNING BIOLOGICALLY APPROPRIATE™ DOG FOOD



## TRUSTED EVERYWHERE.

TRUSTED BY PET LOVERS EVERYWHERE. ORIJEN IS THE FULLEST EXPRESSION OF OUR BIOLOGICALLY APPROPRIATE™ AND FRESH REGIONAL INGREDIENTS COMMITMENT.

ORIJEN ORIGINAL features unmatched inclusions of free-run poultry, wild-caught fish and whole nest-laid eggs — sustainably farmed or fished in our region and delivered daily, FRESH or RAW and preservative-free, so they're bursting with goodness and taste.

Prepared exclusively in our Kentucky DogStar® kitchens, award-winning ORIJEN is guaranteed to keep your cherished dog healthy, happy and strong.


Reinhard Muhlenfeld
Founder

### BIOLOGICALLY APPROPRIATE™
NOURISH AS NATURE INTENDED — ORIJEN mirrors the richness, freshness and variety of WholePrey™ meats that dogs are evolved to eat.

### FRESH REGIONAL INGREDIENTS
GROWN CLOSE TO HOME — We focus on local ingredients that are ethically raised by people we know and trust, and delivered to our kitchens fresh or raw each day.

### NEVER OUTSOURCED
PREPARED EXCLUSIVELY IN OUR DOGSTAR® KITCHENS — We don't make foods for other companies and we don't allow our foods to be made by anyone else.



AWARD-WINNING BIOLOGICALLY APPROPRIATE™ DOG FOOD
## ORIJEN ORIGINAL

MODERN DOGS ARE BUILT LIKE THEIR ANCESTORS. WE BELIEVE THEY SHOULD EAT LIKE THEM TOO.

Mirroring Mother Nature, ORIJEN ORIGINAL is loaded with free-run chicken and turkey, wild-caught fish and whole nest-laid eggs — delivered FRESH or RAW, in richly nourishing WholePrey™ ratios.

Prepared in our Kentucky DogStar® kitchens, Biologically Appropriate™ ORIJEN keeps your dog happy and strong. Read our ingredients and you'll feel happy too!

### INGREDIENTS
Deboned chicken, deboned turkey, yellowtail flounder, whole eggs, whole atlantic mackerel, chicken liver, turkey liver, chicken heart, turkey heart, whole atlantic herring, dehydrated chicken, dehydrated turkey, dehydrated mackerel, dehydrated chicken liver, dehydrated turkey liver, whole green peas, whole navy beans, red lentils, chicken necks, chicken kidney, pinto beans, chickpeas, green lentils, alfalfa, chicken fat, natural chicken flavor, herring oil, ground chicken bone, chicken cartilage, turkey cartilage, dried kelp, freeze-dried chicken liver, freeze-dried turkey liver, whole pumpkin, whole butternut squash, kale, spinach, mustard greens, collard greens, turnip greens, whole carrots, apples, pears, pumpkin seeds, sunflower seeds, zinc proteinate, mixed tocopherols (preservative), chicory root, turmeric, sarsaparilla root, althea root, rosehips, juniper berries, dried lactobacillus acidophilus fermentation product, dried bifidobacterium animalis fermentation product, dried lactobacillus casei fermentation product.

### GUARANTEED ANALYSIS
| | |
|---|---|
| Crude protein (min.) | 38 % |
| Crude fat (min.) | 18 % |
| Crude fiber (max.) | 4 % |
| Moisture (max.) | 12 % |
| Calcium (min.) | 1.2 % |
| Phosphorus (min.) | 0.9 % |
| Omega-6 fatty acids* (min.) | 3.3 % |
| Omega-3 fatty acids* (min.) | 0.8 % |
| DHA* (docosahexaenoic acid) (min.) | 0.2 % |
| EPA* (eicosapentaenoic acid) (min.) | 0.2 % |
| Glucosamine* (min.) | 700 mg/kg |
| Chondroitin sulfate* (min.) | 600 mg/kg |

*not recognized as an essential nutrient by the AAFCO Dog Food Nutrient Profiles

### CALORIE CONTENT
Calorie content (calculated): ME 3940 kcal/kg, 449 kcal per 8oz. cup.

Calories distributed to support peak conditioning with 39% from protein, 20% from vegetables and fruits, and 41% from fat.

ORIJEN ORIGINAL DOG FOOD IS FORMULATED TO MEET THE NUTRITIONAL LEVELS ESTABLISHED BY THE AAFCO DOG FOOD NUTRIENT PROFILES FOR ALL LIFE STAGES.

 Champion Petfoods®
World's Best Petfood

MADE BY CHAMPION PETFOODS USA INC.
12871 BOWLING GREEN ROAD
AUBURN, KENTUCKY 42206

 DOGSTAR KITCHENS

CHAMPIONPETFOODS.COM
EU REG.
CUSTOMER CARE (USA)
TOLL FREE 1.877.939.0006

ORIJEN ORIGINAL
13LB | 5.9KG



ORIJEN.CA     OD_001

FOLLOW US ONLINE
@ORIJENPETFOOD
@CHAMPIONPETFOOD



---

THIS 13LB PACKAGE OF ORIJEN IS MADE WITH OVER
## 11 LB* OF FRESH, RAW OR DEHYDRATED ANIMAL INGREDIENTS
*APPROXIMATE INCLUSIONS. 2/3 FRESH OR RAW. 1/3 DRIED OR OILS.

 **5¼LB*** FRESH OR DEHYDRATED CHICKEN, ORGANS, CARTILAGE

 **2¾LB*** FRESH OR DEHYDRATED TURKEY, ORGANS, CARTILAGE

 **½ LB*** FRESH OR RAW WILD YELLOWTAIL FLOUNDER

 **½ LB*** FRESH WHOLE NEST-LAID EGGS

 **1LB*** FRESH OR DEHYDRATED WHOLE ATLANTIC MACKEREL

 **1LB*** FRESH, RAW, OIL WHOLE ATLANTIC HERRING

---


### WHOLEPREY™ DIET
POULTRY | ORGANS | CARTILAGE

IN HER INFINITE WISDOM, MOTHER NATURE MATCHED THE NUTRIENTS IN WHOLE PREY ANIMALS TO PERFECTLY MEET YOUR DOG'S DIETARY NEEDS.

That's why ORIJEN features richly nourishing ratios of poultry, organs and cartilage, plus whole fish and whole eggs, providing a concentrated source of virtually every nutrient your dog needs to thrive, naturally, without long lists of synthetic supplements — only zinc is added.

### NO RENDERED MEALS
MADE WITH FRESH, RAW OR DEHYDRATED ANIMAL INGREDIENTS

CHICKEN MEAL OR FISH MEAL IS RENDERED AT HIGH TEMPERATURES, OFTEN FROM INGREDIENTS UNFIT FOR HUMAN CONSUMPTION.

That's why ORIJEN features FRESH, RAW or DEHYDRATED ingredients, from minimally processed poultry, fish and eggs that are deemed fit for human consumption prior to inclusion in our foods.

MADE IN OUR USA KENTUCKY KITCHENS

MADE IN OUR USA KENTUCKY KITCHENS





**DAILY RATION AND FEEDING GUIDE**

8 OZ CUP IS 114 G OF FOOD

| DOG WEIGHT | | LESS ACTIVE 1 hour or LESS daily exercise | | ACTIVE 1 hour or MORE daily exercise | |
|---|---|---|---|---|---|
| LB | KG | CUPS/DAY | GR/DAY | CUPS/DAY | GR/DAY |
| 4 ½ lb | 2 kg | ¼ c | 28 g | ⅓ c | 38 g |
| 11 lb | 5 kg | ½ c | 57 g | ¾ c | 86 g |
| 22 lb | 10 kg | ¾ c | 86 g | 1 ⅓ c | 152 g |
| 44 lb | 20 kg | 1 ½ c | 171 g | 2 ¼ c | 257 g |
| 66 lb | 30 kg | 2 c | 228 g | 3 c | 342 g |
| 88 lb | 40 kg | 2 ½ c | 285 g | 3 ¾ c | 428 g |
| 110 lb | 50 kg | 3 c | 342 g | 4 ½ c | 513 g |
| 132 lb | 60 kg | 3 ½ c | 380 g | 5 c | 570 g |

**EVERY DOG IS DIFFERENT.**

Just like you, your dog is a unique individual with feeding requirements that will vary with environment, age and activity.

This chart provides an initial guide, and we suggest monitoring your dog's weight and adjusting amounts as needed. Feed twice daily, and always keep fresh, clean water available.

**PUPPIES**: at 1 ½ - 3 months old feed twice the adult amount. At 3 - 6 months feed 1 ½ times the adult amount. At 6 - 11 months feed 1 ¼ times the adult amount.

**GESTATION**: increase from 25% to 50% of the adult amount. **LACTATION**: feed 'free choice'.

ORIJEN ORIGINAL DOG FOOD is formulated to meet the nutritional levels established by the AAFCO Dog Food Nutrient Profiles for all life stages.

CPFB00063

Case 1:21-cv-00957 Document 1-85 Filed 02/24/21 Page 5 of 6 PageID #:1329



CPFB00064

MADE IN OUR USA KENTUCKY KITCHENS
EASY OPEN LIFT AND PULL TAB TO YOUR RIGHT DO NOT CUT
Orijen
NOURISH AS NATURE INTENDED
WHOLEPREY™ DIET POULTRY | ORGANS | CARTILAGE
85% POULTRY | FISH | EGG INGREDIENTS
15% VEGETABLES | FRUITS | BOTANICALS + ESSENTIAL VITAMINS & MINERALS*
0% GRAIN | POTATO | TAPIOCA | PLANT PROTEIN CONCENTRATES
AMERICA'S VAST AND FERTILE LANDS – OUR SOURCE OF INSPIRATION AND FRESH REGIONAL INGREDIENTS
FRESH, RAW OR DEHYDRATED ANIMAL INGREDIENTS | NO RENDERED POULTRY, FISH OR MEAT MEALS
*Plus natural preservatives. Contains a source of live (viable) naturally occurring microorganisms.
Original
BIOLOGICALLY APPROPRIATE™ DOG FOOD
MADE WITH FRESH REGIONAL INGREDIENTS DELIVERED DAILY
FREE-RUN CHICKEN AND TURKEY, WILD-CAUGHT FISH AND NEST-LAID EGGS
BIOLOGICALLY APPROPRIATE™ PROTEIN-RICH | CARBOHYDRATE-LIMITED*
RENDER-FREE NO RENDERED BY-PRODUCTS
TOP 10 FRESH OR RAW PREMIUM ANIMAL INGREDIENTS
WHOLEPREY™ DIET POULTRY | ORGANS | CARTILAGE
FREEZE-DRIED LIVER INFUSED FOR NATURAL FLAVOR
MADE IN OUR USA KENTUCKY KITCHENS
PREPARED WITH PRIDE FROM TRUSTED REGIONAL INGREDIENTS
*MAXIMUM 20% CARBOHYDRATE (AS ESTIMATED BY NFE)
AWARD-WINNING BIOLOGICALLY APPROPRIATE™ DOG FOOD
2014 LEADERSHIP AWARDS "FOOD INNOVATION"
2015 ALBERTA AWARD OF DISTINCTION
2015 ALBERTA EXPORT AWARD FOR CONSUMER PRODUCTS
2015 TOP 10 BEST DOG FOOD BRANDS REVIEWS.COM
2015 INNOVATION AWARD PETFOOD & ANIMAL NUTRITION 2.0
2015–2016 EXCELLENCE IN CANINE PET FOOD GLYCEMIC RESEARCH INSTITUTE WASHINGTON DC
TRUSTED EVERYWHERE.
TRUSTED BY PET LOVERS EVERYWHERE, ORIJEN IS THE FULLEST EXPRESSION OF OUR BIOLOGICALLY APPROPRIATE™ AND FRESH REGIONAL INGREDIENTS COMMITMENT.
ORIJEN ORIGINAL features unmatched inclusions of free-run poultry, wild-caught fish and whole nest-laid eggs — sustainably farmed or fished in our region and delivered daily, FRESH or RAW and preservative-free, so they're bursting with goodness and taste.
Prepared exclusively in our Kentucky DogStar® Kitchens, award-winning ORIJEN is guaranteed to keep your cherished dog healthy, happy and strong.
Reinhard Muhlenfeld
Founder
BIOLOGICALLY APPROPRIATE™
NOURISH AS NATURE INTENDED – ORIJEN mirrors the richness, freshness and variety of WholePrey™ meats that dogs are evolved to eat.
FRESH REGIONAL INGREDIENTS
GROWN CLOSE TO HOME – We focus on local ingredients that are ethically raised by people we know and trust, and delivered to our kitchens fresh or raw each day.
NEVER OUTSOURCED
PREPARED EXCLUSIVELY IN OUR DOGSTAR® KITCHENS – We don't make foods for other companies and we don't allow our foods to be made by anyone else.
PEOPLE WE TRUST
INGREDIENTS WE LOVE FROM PEOPLE WE KNOW AND TRUST
Kentucky Proud
GREG OF HEFTON FARMS IN HANSON, KENTUCKY. TRUSTED SUPPLIER OF FRESH LOCAL CHICKEN.
OUR DOGSTAR® KITCHENS
AWARD-WINNING FOODS AWARD-WINNING KITCHENS
LANCE, GUARDIAN OF FRESH. OUR KENTUCKY DOGSTAR® KITCHENS.
FRESH FROM OUR REGION
FRESH OR RAW INGREDIENTS FROM LOCAL FARMS AND WATERS
FREE-RUN LOCAL CHICKEN AND NEST-LAID EGGS. DELIVERED FRESH DAILY.
THIS 13 LB PACKAGE OF ORIJEN IS MADE WITH OVER
11 LB* OF FRESH, RAW OR DEHYDRATED ANIMAL INGREDIENTS | 2/3 FRESH OR RAW + 1/3 DRIED*
3 1/4 LB* FRESH CHICKEN, ORGANS, CARTILAGE
1 3/4 LB* FRESH TURKEY, ORGANS, CARTILAGE
2/3 LB* FRESH OR RAW WILD FLOUNDER
2/3 LB* FRESH WHOLE NEST-LAID EGGS
1/2 LB* FRESH WHOLE ATLANTIC MACKEREL
1/2 LB* FRESH OR RAW WHOLE ATLANTIC HERRING
PLUS 3 2/3 LB* OF GENTLY DEHYDRATED CHICKEN, TURKEY, EGGS AND MACKEREL
*APPROXIMATE INCLUSIONS
WHOLEPREY™ DIET
POULTRY | ORGANS | CARTILAGE
IN HER INFINITE WISDOM, MOTHER NATURE MATCHED THE NUTRIENTS IN WHOLE PREY ANIMALS TO PERFECTLY MEET YOUR DOG'S DIETARY NEEDS.
That's why ORIJEN features richly nourishing ratios of poultry, organs and cartilage, plus whole fish, and whole eggs, providing a concentrated source of virtually every nutrient your dog needs, without long lists of synthetic supplements.
NO RENDERED MEALS
MADE WITH FRESH, RAW OR DEHYDRATED ANIMAL INGREDIENTS
MOST PET FOODS CONTAIN POULTRY AND FISH MEALS, INGREDIENTS THAT ARE RENDERED AT HIGH TEMPERATURES FROM ANIMAL BY-PRODUCTS.
ORIJEN ORIGINAL features dried chicken and fish prepared at a low temperature (200°F) from fresh ingredients that meet European Union Certification Standards — gently concentrating their goodness into a richly nourishing source of protein.
MADE IN OUR USA KENTUCKY KITCHENS
ORIJEN ORIGINAL
MODERN DOGS ARE BUILT LIKE THEIR ANCESTORS. WE BELIEVE THEY SHOULD EAT LIKE THEM TOO.
Mirroring Mother Nature, ORIJEN ORIGINAL is loaded with free-run chicken and turkey, wild-caught fish and whole nest-laid eggs — delivered FRESH or RAW, in richly nourishing WholePrey™ ratios.
Prepared in our Kentucky DogStar® Kitchens, Biologically Appropriate™ ORIJEN keeps your dog happy and strong. Read our ingredients and you'll feel happy too!
INGREDIENTS
Deboned chicken, deboned turkey, atlantic flounder, whole eggs, whole atlantic mackerel, chicken liver, turkey liver, chicken heart, turkey heart, whole atlantic herring, dehydrated chicken, dehydrated turkey, dehydrated mackerel, dehydrated chicken liver, whole dehydrated egg, whole red lentils, whole pinto beans, whole green peas, chicken necks, chicken kidney, whole green lentils, whole navy beans, whole chickpeas, lentil fiber, chicken fat, natural chicken flavor, alaskan pollock oil, ground chicken bone, chicken cartilage, turkey cartilage, mixed tocopherols (preservative), whole pumpkin, whole butternut squash, freeze-dried chicken liver, dried kelp, zinc proteinate, kale, spinach, mustard greens, collard greens, turnip greens, whole carrots, whole apples, whole pears, pumpkin seeds, sunflower seeds, thiamine mononitrate, D-calcium pantothenate, copper proteinate, chicory root, turmeric, sarsaparilla root, althea root, rosehips, juniper berries, dried lactobacillus acidophilus fermentation product, dried bifidobacterium animalis fermentation product, dried lactobacillus casei fermentation product.
GUARANTEED ANALYSIS
Crude protein (min.) 38 %
Crude fat (min.) 18 %
Crude fiber (max.) 4 %
Moisture (max.) 12 %
DHA (docosahexaenoic acid) (min.) 0.2 %
EPA (eicosapentaenoic acid) (min.) 0.2 %
Calcium (min.) 1.4 %
Phosphorus (min.) 1 %
Omega-6 Fatty Acids* (min.) 3 %
Omega-3 Fatty Acids* (min.) 0.8 %
Glucosamine* (min.) 600 mg/kg
Chondroitin sulfate* (min.) 600 mg/kg
Total Microorganisms* (min.) 100M CFU/lb
(Lactobacillus acidophilus, Bifidobacterium animalis, Lactobacillus casei)
*Not recognized as an essential nutrient by the AAFCO Dog Food Nutrient Profiles
CALORIE CONTENT
Calorie content (calculated): ME 3940 kcal/kg, 449 kcal per 8 oz cup.
Calories distributed to support peak conditioning with 39% from protein, 20% from vegetables and fruits, and 41% from fat.
MADE BY CHAMPION PETFOODS USA INC.
12871 BOWLING GREEN ROAD
AUBURN, KENTUCKY 42206
US REG. 15415996410 | EU REG.
CHAMPIONPETFOODS.COM
DOGSTAR® KITCHENS
CUSTOMER CARE (USA)
TOLL FREE 1.877.939.0006
FOLLOW US ONLINE
ORIJEN.CA
@ORIJENPETFOOD @CHAMPIONPETFOOD
ORIJEN ORIGINAL
13 LB | 5.9 KG
0 64992 10313 2
interseroh DSI
OD_003
MADE IN OUR USA KENTUCKY KITCHENS
85 15 0
WHOLEPREY™ DIET
Original
NET WEIGHT 13 LB | 5.9 KG
Original
BIOLOGICALLY APPROPRIATE™ DOG FOOD
WHOLEPREY™ DIET 85 15 0
DOG FOOD
FOR ALL BREEDS AND LIFE STAGES

ORIJEN ORIGINAL

BAG COLOURS

| 412 | 485 | 7499 | 2384 | 7461 | | - |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

MANDATORY PLATES

| White | Matte |
|---|---|
| 8 | 9 |

