# EXHIBIT 46

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

Civil Action No. 2:18-CV-01736-DOC(JPR)

---

JENNIFER REITMAN and CAROL SHOAFF, individually and on behalf of a class of similarly situated individuals,

Plaintiffs,

v.

CHAMPION PETFOODS, USA, INC. and CHAMPION PETFOODS, LP,

Defendants.

---

VIDEOTAPE DEPOSITION OF: SEAN P. CALLAN, Ph.D.
May 9, 2019

---

PURSUANT TO NOTICE, the deposition of SEAN P. CALLAN, Ph.D., was taken on behalf of the Defendants at 1200 Seventeenth Street, Suite 2400, Denver, Colorado, 80202, on May 9, 2019, commencing at 8:30 a.m., before Melanie L. Giamarco, Registered Professional Reporter, Certified Realtime Reporter, and Notary Public within Colorado.

A P P E A R A N C E S

For the Plaintiff:

ROBERT K. SHELQUIST, ESQ.
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Avenue S., Suite 2200
Minneapolis, Minnesota 55401

For the Defendant:

DAVID A. COULSON, ESQ.
GREENBERG, TRAURIG, P.A.
333 Avenue of the Americas
Miami, Florida 33131

Also Present:

Richard Rucker, Exponent
Robert Sturges, Videographer

BPA has essentially gone away. I think in 600 baby foods we tested, we found BPA, like, once.

So it's found in plastic, but it's not found ubiquitously in all plastic. You can select for BPA-free options.

It's also found in epoxy resins. So another thing that BPA can be entered into is the creating of a resin where you typically see an epoxy resin. Where it would come into contact with food is in the lining of a can where it's used to increase the shelf life of the product inside.

Q. Now, if -- we'll say for a plastic water bottle, if BPA is not going to be present, doesn't there have to be some other plasticizer to allow the plastic to be malleable?

A. That stands to reason, yes.

MR. COULSON: Let me show you what'll next be marked as Exhibit 6.

(Exhibit 6 was marked for identification.)

(A discussion was held off the stenographic record.)

Q. (By Mr. Coulson) Okay. What is shown by -- what does Exhibit 6 consist of?

A. Well, this appears to be raw test report data for pet-food products.