# EXHIBIT 71

Test Results of Champion Petfoods USA, Inc. and Champion
Petfoods LP for Heavy Metals and Plasticizers

Prepared for:
Rebecca Peterson

By:
Dr. Gary Pusillo, BS, MS, PhD, PAS, ACAN,
Full Member AAFS

2017 230th Street
Marshalltown, IA 50158

April 1, 2019



**ANIMAL & AGRICULTURAL FORENSIC SERVICES SINCE 1986**
Dr. Gary Pusillo
Julia Pusillo JD

2017 230th ST.
Marshalltown, IA 50158
Phone: (641) 752-3064
Fax: (641) 752-4039
gpusillo@intiservice.com
jkpusillo@intiservice.com

April 1, 2019

Rebecca Peterson
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S
Suite 2200
Minneapolis MN  55401

Re: Case No. 2:18-cv-01736-DOC-JPR, Jennifer Reitman, Jennifer Song, Rachel Colangelo, Samantha Jerding, Richard Clapp, Zachary Chernik, Emma Berry, Pam Blackburn, Holly Rydman, Kirsten Pedersen, Ramy Shaker, and Scott Weaver, individually and on behalf of a class of similarly situated individuals, v. Champion Petfoods USA, Inc., and Champion Petfoods LP.

Dear Rebecca Peterson,

In accordance with your request I have evaluated potential Arsenic, Cadmium, Mercury, Lead, BPA, Bis-2-ethylhexyl-phthalate, and Dioctyl (phthalate) content in the above-named claim. I have received all available records and materials relating to the above-named claim.

The following is my evaluation and its supporting documents.

Please let me know if you have any questions regarding any of its content.

Best regards,

Dr. Gary Pusillo

*Dr. Gary Pusillo*

Case No. 2:18-cv-01736-DOC-JPR

## ASSUMPTIONS AND LIMITING CONDITIONS
## AND
## CERTIFICATE OF EVALUATION

Assumptions and Limiting Conditions

No responsibility is assumed for matters that are of a legal nature.

Use of the evaluation is reserved to the named recipient and use of it or any portions excerpted from the complete report is prohibited without written consent of the evaluator.

To the best of knowledge and belief, the information contained in this report is accurate. No responsibility is assumed for the data furnished by others or for the results of actions by anyone based on the contents of this report.

Certificate of Evaluation

The undersigned hereby certify that:

I.      There is no undisclosed interest either present or contemplated in this evaluation or the proceeds to be derived there from.

II.      To the best of my knowledge and belief, the statements in this evaluation are correct and the opinions stated are based on a full and fair consideration of all the facts available.

III.      The statements in this evaluation are made subject to the assumptions and limiting conditions set forth.

IV.      There are 35 consecutively numbered pages in this report including the supporting data.

V.      The findings reported herein will not be revealed to anyone other than the named recipient without permission or until required to do so by due process of law.

The effective date of this evaluation is April 1, 2019.

Respectfully submitted,
Dr. Gary Pusillo

# I.     TABLE OF CONTENTS

I.     TABLE OF CONTENTS ................................................................................................ 4

II.     SUMMARY OF OPINIONS ...................................................................................... 5

III.     FACTS AND DATA CONSIDERED IN FORMING OPINIONS .................................. 6

IV.     MATERIALS AND DATA SOURCES ........................................................................ 12

V.     CURRICULUM VITAE ............................................................................................ 13

VI.     TRIAL AND/OR DEPOSITION TESTIMONY ........................................................ 19

VII.     COMPENSATION FOR PROFESSIONAL SERVICES ............................................ 19

VIII.     SAMPLING ........................................................................................................ 20

   A.     Purchasing Samples ........................................................................................ 20

   B.     Preparing Samples .......................................................................................... 22

IX.     TESTING PROCEEDURES ...................................................................................... 23

   A.     Iowa State University Veterinary Diagnostic Laboratory .............................. 23

   B.     Expertox Drugs, Alcohol, and Poisons Laboratory ....................................... 23

X.     RESULTS ............................................................................................................ 24

   A.     Iowa State University Veterinary Diagnostic Laboratory Results: ................ 24

   B.     Expertox Drugs, Alcohol, and Poisons Laboratory Plasticizers Results: ...................... 25

   C.     Testing results as alleged in complaint. ......................................................... 26

XI.     STATISTICAL ANALYSIS .................................................................................... 27

   A.     Arsenic .......................................................................................................... 27

   B.     Cadmium ........................................................................................................ 28

   C.     Mercury .......................................................................................................... 29

   D.     Lead ................................................................................................................ 30

## II. SUMMARY OF OPINIONS

1. There is sufficient evidence to support that dogs; during the period covered in this claim and eating the Acan and Orijen products listed in Tables (1.1, 1.2); were subjected to the unwilling consumption of Lead, Arsenic, cadmium, Mercury, Bis-2-ethylhexyl-phthalate, and Dioctyl (phthalate).

2. The laboratory analysis of the dog foods in Tables (3, 5) confirm the presence of Lead.

3. The laboratory analysis of the dog foods in Tables (3, 5) confirm the presence of Arsenic.

4. The laboratory analysis of the dog foods in Tables (3, 5) confirm the presence of Cadmium.

5. The laboratory analysis of the dog foods in Tables (3, 5) confirm the presence of Mercury.

6. The laboratory analysis of the dog foods in Table (4) confirm the presence of Bis-2-ethylhexyl-phthalate.

7. The laboratory analysis of the dog foods in Tables (1.1, 1.2, 4) confirm the presence of Dioctyl (phthalate).

8. Depending on the food they were consuming from Champion Petfoods, the dogs were unwillingly subjected to different levels of Lead, Arsenic, Cadmium, Mercury, Bis-2-ethylhexyl-phthalate, Dioctyl (phthalate), and BPA (based on the allegation in the complaint).

9. The number of different types of fish used contribute to the variation in heavy metal levels in those products that contain fish. See Table (10) Fish ingredients.

10. The number of "regional family farms" contributes to the variation in heavy metal content.

11. The content of heavy metals in the "meat" that Champion Petfoods purchases varies with species, diet, environment and the proportion of non-meat ingredients included in Champion Petfoods' representation of meat.

12. Plastic bins, plastic liners in carboards containers, intermediate bulk containers (IBC), craft paper bags lined with plastic, and various raw ingredient containers are more likely than not a source of Bis-2-ethylhexyl-phthalate, and Dioctyl (phthalate) and BPA.

13. Packaging materials used by Champion Petfoods for the products listed in Tables (1.1, 1.2, 4, and 5) can be a source of Bis-2-ethylhexyl-phthalate, and Dioctyl (phthalate) and BPA.

14. The May 2017 Champion Petfoods, White Paper average results of Arsenic, Cadmium, Lead and Mercury when overlaid on the results in Tables 6.1, 6.2, 6.3, 7.1, 7.2, 7.3, 8, 9.1, 9.2, 9.3 show that the levels vary according to the type of food.

42 ### III.    FACTS AND DATA CONSIDERED IN FORMING OPINIONS
43

44    Test results of the samples shown in tables (3, 4, 5) indicated that Lead, Arsenic, Cadmium,
45    Mercury, BPA, Bis-2-ethylhexyl-phthalate, and Dioctyl (phthalate) where present. This supports
46    my opinion # 8.

47    The tables 6.1, 6.2, 6.3, 7.1, 7.2, 7.3, 8, 9.1, 9.2, 9.3 show that the levels of Lead, Arsenic,
48    Cadmium, and Mercury vary according to the type of food that was tested. A pattern emerges that
49    indicates certain foods are higher in certain heavy metals than others. This fact clarifies the need
50    to monitor ingredients that arrive at the Champion Petfoods facilities for manufacturing. This
51    supports my opinion # 1, 8, 9, 10, 11, and 14.

52    Champion Petfoods published a White Paper: Heavy Metals and Pet Foods in May 2017. This
53    paper clearly shows that Acana and Orijen dog and cat foods contain arsenic, Cadmium, Lead, and
54    Mercury. This paper reported combined results from unidentified Acana, and Orijen Dog Foods
55    collected from May 2014 to May 2017. The tables 6.1, 6.2, 6.3, 7.1, 7.2, 7.3, 8, 9.1, 9.2, 9.3
56    demonstrate the reality of what heavy metals dogs eat when they are fed specific Champion
57    Petfoods. This supports my opinion #1.

58    In the Clean Label report, Orijen and Acana food received a low score because of the heavy metal
59    content that was found. See figures 1 & 2. This supports my opinions for #1, 2, 3, 4, and 5.

60



*Figure 1Clean Label Orijen Report card*



*Figure 2 Clean Label Report Card ACANA 1*

75

76 Eurofins Laboratory analysis (Table 11) Eurofins Test Data lists fish and fish derived ingredients
77 used for manufacturing foods and their Arsenic, Cadmium, Mercury, and Lead levels. Table 11
78 also lists various complete Acana and Orijen foods with results that indicate Arsenic, Cadmium,
79 Mercury and Lead. This supports my opinions 1, 8, and 9.

80 Eurofins 001209-1707 showed that heavy metals started to be a concern in mainly fish derived
81 ingredients used at Champion Petfoods. Champion Petfoods employees submitting samples, often
82 were very vague in their submission descriptions and what exactly they wanted an analysis for.
83 For example, on page one; dated 9-15-15; Alfalfa is the sample description; however, this does not
84 define it as a hay, fresh cuttings, or meal. The mycotoxins tests are not listed as to what will be
85 tested for. It is important to note the estimated values are "unknown," for most of the submitted
86 samples. This should not be true if their SOP's are accurate and they are receiving COA's from
87 vendors.

88 Catfish meal is listed in the 9-15-15 document on page two of Eurofins 001209-1707. Catfish meal
89 sample size for # 650 is 448.20 g and for # 651 is 457.27 g. These samples were designated to be
90 tested for heavy metals (arsenic, lead, cadmium, chromium, mercury, methylmercury). Champion
91 Petfoods requested a test for Biogenic amines even though they claim in their marketing materials
92 that they use the freshest ingredients.

93 The document CPF 1716733, COF 1716734, and CPF 1716735 all contain information about the
94 decision to change the source of catfish from those being farmed to those caught in a lake
95 monitored for heavy metals. This supports my opinion #9. Fish farming is known to produce
96 conditions where bioaccumulation of heavy metals takes place. Eurofins Laboratory analysis
97 (Table 11) Eurofins Test Data lists catfish meal and whole catfish levels of arsenic, cadmium,
98 chromium, mercury, methylmercury and lead. This supports my opinion #9, and 1.

99 In the document Eurofins001212, it lists fish being tested for heavy metals. There is a sample
100 called Catfish frames that indicates the whole catfish is not being used. This contradicts much of
101 the marketing materials put out by Champion Petfoods. I personally attended recent lectures by
102 Champion Petfoods employees at the 2019 Global Pet show in Orlando, Florida from March 20th
103 to the 22nd. The Champion Petfoods employees emphasized the use of the whole fish and not the
104 frames. I have notes, two videos of the Champion Petfoods' lectures, and photographs, of the
105 Champion Petfoods booth. Promotional marketing materials were also collected from the
106 Champion Petfoods booth. Printed marketing materials were also collected directly from
107 Champion Petfoods employees that told me they only use the freshest whole fish and never racks.

108 My opinions are directly influenced by the fact Champion Petfoods uses catfish racks because of
109 the greater potential to have heavy metals that have bioaccumulated in the bones, certain organs,
110 the tail, and the head.

111 The total number of fish species and forms Champion Petfoods purchases them as, required a close
112 examination of heavy metal content that contributes to the overall heavy metal content in the
113 finished products. Table 10 shows the fish species used. This supports my opinion #9, 1, and 8.

114 The tables 6.1, 6.2, 6.3, 7.1, 7.2, 7.3, 8, 9.1, 9.2, 9.3 show that the levels of Lead, Arsenic,
115 Cadmium, Mercury vary according to the type of food that was tested. A pattern emerges that
116 indicates certain foods are higher in certain heavy metals than others. This fact clarifies the need
117 to monitor ingredients that arrive at the Champion Petfoods facilities for manufacturing. This
118 supports my opinion # 1, 8, and 9.

119 Nutritional suitability and overall composition are important considerations when considering the
120 use of a specific ingredient to formulate a dog food. The nutritionist or plant manager should have
121 the capabilities to predict the final product's level of heavy metals before the manufacturing
122 process using computer formulation programs that contain up-to-date ingredient compositions.

123 The final analysis of the heavy metals in a certain product should be compared with other products
124 manufactured at the same facility in order to see if there is a pattern in the heavy metal content due
125 to a common ingredient. Variation of heavy metal content between products is critical to the
126 understanding of how heavy metal combinations can contribute to toxicity or nutritional
127 unsuitability.

128 The following contribute to variation in heavy metal content of ingredients:

129      1. Source of parent material
130      2. Supplier of parent material
131      3. Processing method
132      4. Harvesting procedure
133      5. Storage containers' physical makeup
134      6. Storage conditions
135      7. Country of origin
136      8. Additives to ingredient
137      9. Age of the ingredients
138      10. Physical form: solid small particles, solid large particles, within a liquid, liquid, within
139             plant structure, within animal tissue, within animal bone.
140      11. Seasonality of available ingredients.
141

142 Unique to the Champion Petfoods method of taking and supplying samples for testing to Eurofins,
143 is their sample submission errors. For example, see Eurofins001215. There is a problem with
144 sample identification of what fish is used for sample #559. The lab does not know if Champion
145 Petfoods ever mentioned Monk or Hake on their ingredient labels. These fish have inherent
146 problems associated with them.

147 Eurofins001216, Champion Petfoods submitted a form only asking for a "fresh protein" analysis;
148 date submitted 3-5-2015. Sample # 559 is included on the submission form as "unidentified
149 sample." The sample autoclave tag indicates that sample # 559 initial weight was 16.5 Lbs.

150  Eurofins001218 indicates that the testing for heavy metals might be associated with the samples
151  submitted on 3-5-2015. If so, they were testing for heavy metals, but their formulations should
152  input potential heavy metal levels going into final products. This page is identified as a "special
153  project-Champion" 2-3-month project.

154  March 24, 2015 pg. 15 (Eurofins001223) fish without paperwork was received. Date submitted
155  was 3-23-15 and it was listed as Hake/whiting. The paper asked for "rush vitamin D analysis on
156  all fish."

157  BPA, Bis-2-ethylhexyl-phthalate, and Dioctyl (phthalate) levels are known to change overtime
158  depending on storage conditions, ingredients stored, and handling practices. Table 4 lists Bis-2-
159  ethylhexyl-phthalate, and Dioctyl (phthalate) levels for the foods that were tested. The levels of
160  BPA are in Table 5. Plastic bins, plastic liners in carboards containers, intermediate bulk containers
161  (IBC), craft paper bags lined with plastic, and various raw ingredient containers are more likely
162  than not a source of Bis-2-ethylhexyl-phthalate, and Dioctyl (phthalate) and BPA. This supports
163  my opinion # 8, 12, and13. In the deposition of Jonathan Ellis, he provides information regarding
164  various types of plastic containers and liners that are used at Champion Petfoods. This supports
165  my opinions #8, 12, and 13. On page 45 ln 19-25:

166      A. Jonathan Ellis: Deposed 10/22/2018

167      Q So you just said that plastic wasn't a common ingredient in product movement, but it
168      sounded to me that --

169      A Yeah.

170      Q -- almost all of the ingredients are stored in plastic?

171      A Correct.      (p.45 ln 19-25)

172      Mr. Ellis gives further testimony regarding plastic use at Champion. He also indicated that
173      plastic IBC's make it into the heating cabinet page 115 ln 2-6.

174      Rick Rapos's deposition that there were craft paper bags that were-craft paper that were
175      lined with plastic page 16 Ln 19-26. On page 84 ln 8-14 it was indicated that an insulated
176      plastic tote is used for fresh meats to go in.

177      Rick Raposo deposition also addresses the issue of BPA.

178      Q. Why did you request the specs on pork tallow IBC totes from Master Butcher?

179      A. As we talked earlier about some of the packaging materials that we wanted to understand
180      on -- and have documentation on BPA, this is one of those packages. An IBC tote is a tote
181      that can hold tallow or liquid, and it has a plastic bladder with an aluminum cage. p. 203 ln
182      2-10

183  In the Ellison deposition p 17; ln 11-21, there is an affirmative yes that a bin would be something
184  made of plastic material. This supports my opinion #8, 12, and 13.

185 Page 21, 22, 23, 24, 25 Eurofins 001229,001230, 001231,0001232,0001233 there is a reference
186 made about Acana Chicken and Greens 9-10-15 and that it is shelf stable without refrigeration or
187 has been fully rendered. Is this considered "Fresh and Biologically Appropriate?" This certainly
188 does not match the marketing materials about being fresh. How long is the kibble stored in the
189 bags before testing? They do not seem to be sending in samples that have been stored for extended
190 periods of time. This is important as plasticizer levels change over time.

191 Page 26 (released 9-29-15) Eurofins001234 states: "Do not test for cyanogenic glycosides. Only
192 do heavy metal on Salmon oil." Requesting to do only heavy metals on salmon oil and not
193 cyanogenic glycosides. Champion Petfoods must have had problems with cyanogenic glycosides
194 in some of their plant ingredients. Cyanide is formed following the hydrolysis of cyanogenic
195 glycosides.

196 Page 28 Eurofins001236, illustrates how Champion Petfoods does not know what the expected
197 levels are for the ingredients they say they purchase from suppliers with a strict SOP regarding
198 COA. No heavy metals are tested even though some of the ingredients are known to have the
199 capacity to uptake large amounts of heavy metals. This supports my opinions #1, 8, 11.

200 Page 29 Eurofins001237 is indicating only to test salmon oil for heavy metals. This supports my
201 opinion #9. There is internal knowledge of the fact that fish products have more problems
202 associated with heavy metals. Pork fat can be a problem, but they did not ask for heavy metal
203 analysis.

204 There are noticeable changes in testing from 2015 to 2018. The fish products became the most
205 prevalent ingredients tested for heavy metals. It appears evident they were finally able to narrow
206 it down to what fish products had the most variation in heavy metals and they began to change
207 their ingredient choices and sources. For example, pg. 167 Eurofins001375, the pork meal and
208 chicken meal were not tested for heavy metals, but the herring meal was tested. The same situation
209 of testing fish vs other ingredients can be seen on page 172, -174 with all samples being submitted
210 at the same time 1-26-18. These data support my opinions #8, 9.

211 A herring oil sample 62.6 grams was not tested for heavy metals pg176. Eurofins001384. This
212 supports my opinions # 1, 8, 9.

213 ACA freshwater fish is not identified as to species. It was submitted for testing (295.1g) for heavy
214 metals. Eurofins001386; pg178.

215 12 samples were submitted on 1-29-18 Eurofins001387. There were 8 fish products that were
216 tested for heavy metals, the other ingredients were not tested. This supports my opinions # 1, 8, 9.

217 2-17-18 Eurofins001393 to Eurofins001397, 22 samples were submitted. 20 samples were "mixer
218 samples" for Na testing. This indicates that Champion Petfoods wanted to test their mixers to see
219 if they were blending formulations properly. One sample, #265 was flounder and it was tested for
220 heavy metals. 266 was Bison meat and organs which was not tested for heavy metals.

221 2-26-28, 6 samples were submitted to Eurofins (Eurofins001399). The 6 Fish Cat Blend was tested
222 for heavy metals. Four of the six; deboned chicken, deboned duck, rabbit and turkey giblets; were

223   tested for fat, moisture, ash and protein. The remaining sample butternut squash was only tested
224   for fiber. This shows that Champion Petfoods is still concerned with heavy metals coming from
225   fish and not the other ingredients.

226   March 9, 2018, cod liver blend was submitted for testing for Fat, Free fatty acids, moisture, ash,
227   vitamin D and heavy metals. Again, this is another fish ingredient that was suspect of contributing
228   to heavy metals. If they did have a problem with naturally occurring heavy metals, they would not
229   have tested for them. Eurofins001402. This supports my opinions # 1, 8, 9.

230   Naturally occurring minerals seem to be a concern with dried chicken 4-4-2018 Eurofins001407
231   and low ash lamb meal Eurofins001411. During the same submission, herring meal is marked for
232   the same tests except for the additional heavy metal tests Eurofins001409 as is White fish meal
233   Eurofins001413. This data supports my opinions # 1, 8, and 9.

234   4-4-18 had Fish Dry Pal which was only tested for ash, protein, moisture and fat, at the same time
235   Pea starch was tested for everything as the Fish Dry pal except for ash. It appears that Champion
236   Petfoods nutritionists or QC managers are confident where the high levels of heavy metals were
237   coming from. 10 -11-18 Fish Dry pal was submitted with the statement DP-Core/heavy metals but
238   it did not list the metals to be tested. It was tested for Protein, fat, moisture, P, ash, and Ca.
239   Eurofins001619.

240   On 4-5-18, catfish meal was submitted for proximate analysis, and elemental mineral tests
241   including heavy metals. At the same time spray dried duck, spray dried beef liver, and dried turkey
242   were tested for the same tests omitting heavy metals. This supports my opinions #1, 8, 9, 10 and
243   11.

244   For the most part beans, fruits and vegetables were tested for fiber, moisture, protein, starch and
245   fat. Starch and fat tests were not as frequent among some vegetable-based ingredients. 4-6-18, 8
246   samples were submitted for testing. The only ingredient tested for elemental metals, including
247   heavy metals, was spray dried sardines. Naturally occurring elemental metals without heavy metals
248   were tested in beef meal (Eurofins001431), LA Dried chicken Eurofins001433, and HPPC
249   Eurofins001435. These data support opinions #1, 8, 9, 10 and 11.

250   LA Dried Chicken was submitted 10-11-18 for heavy metal testing.

251   In 12-21-18, 3 Samples; goat meal (sample12210397), HPPC (sample 398) and pork meal (sample
252   12210399); were tested for heavy metals, phosphorus, and calcium. Eurofins001661,
253   Eurofins001663, Eurofins001665.

254

255 # IV.   MATERIALS AND DATA SOURCES
256
257 I have received the following materials. Additionally, included in this report are scientific statistics
258 and data relating to heavy metals, plasticizers, nutrition, illness and general practices of pet food
259 manufacturing.
260
261 031129995697.pdf Defendants' Answer And Affirmative Defenses To Plaintiffs' Second Amended Class Action Complaint
262 1bff71438df58428c0c76f386c8f50.pdf CPF1683276
263 2019-02-26 Summary chart of documents.pdf
264 62ef1eddfaf0fc5c7c9f822eb7cf0f.pdf CPF2093319
265 Champion [Reitman] 2019.01.07 [Chris Milam] Errata Sheet.pdf
266 COAs - Eurofins000001-520.pdf
267 CPF0000237.pdf - CPF2117773.pdf
268 CPF0047009 chinavitaminpack.pdf
269 CPF0057893.pdf - CPF1630348.pdf
270 CPF0102953.pdf - CPF2092196.pdf
271 d8d0c448f3fa791a637d0355482e32.pdf CPF1716733
272 Depo Transcripts for Plastic Storage_1346552_2.doc
273 Deposition of Gayan Hettiarachchi Errata Sheet.pdf
274 Deposition of Ms. Tarry Errata Sheet.pdf
275 Docket 23-1 - Ex. 1 - Motion for Leave to File 2nd Am. Complaint.pdf
276 Docket 39 - First Amended Complaint.pdf
277 Hettiarachchi, Gayan - Condensed.pdf
278 Invoices - Eurofins000521-1173.pdf
279 Ltr. to Rebecca Peterson (Eurofins Reitman).pdf
280 Milam, Christopher - Condensed.pdf
281 Proficiency - Eurofins001174-1186.pdf
282 Protocols _ Eurofins001187-1208.pdf
283 REITMAN000059-000084.pdf
284 Royal Society - Cancer in Humans and Dogs (rates).pdf
285 SARFs - Eurofins001209-1707.pdf
286 Tarry, Ms. - Condensed.pdf
287 White Paper  CPF0001225.pdf
288 WhitePaper-_-Heavy-Metals-in-Pet-Foods-White-Paper.pdf
289
290 In addition to the above-mentioned data, I have relied on my many years of experience and
291 education which is inherently related and relevant to the reported toxins identified in the various
292 documents, and other information sources. As new information becomes available, this evaluation
293 will be supplemented or amended accordingly.
294

295
296

# V.    CURRICULUM VITAE

Dr. Gary Michael Pusillo

298

2017 230th St.
Marshalltown, IA 50158
Office: 641-752-3064
gpusillo@intiservice.com

299
300
301 **Present Position:**

INTI Service Corporation, Marshalltown, IA                    Owner and President

  Since 1995, INTI Service has developed and formulated specialty animal feeds, supplements, and health care products for domestic and exotic animals.  The company provides nutritional consulting advice to animal owners, and manufacturers involved in the animal industry.  It also provides investigative forensic and expert witness services for claims and litigated cases involving animal deaths, production abnormalities, and injuries.

302
303 **Education:**
304

305 B.S. in Animal Husbandry and with an additional 12 semester credits in Laboratory Animal Sciences enabling
306    AALAS certification. Delaware Valley College of Science and Agriculture (1980)
307 M.S. in Animal Production from Iowa State University (1984)
308 Ph.D. in Animal Nutrition from Iowa State University (1986)
309

310 **Additional Education:**
311

312 Continuing education courses, 16 credits annually since 1986
313 Artificial Insemination Technician short course, 1977
314 Feed Microscopy short course, 1989
315

316 **Board Certifications:**
317

318 Diplomat ACAN (American College of Animal Nutrition), Since 1995.
319 PAS (Professional Animal Scientist), Since 1986.
320 AALAS (American Association of Laboratory Animal Science) Technologist, 1979.
321 Certified Microscopist (The American Association of Feed Microscopists-Florida State University, Tallahassee,
322 Florida) 1989.
323 AAFS (American Academy of Forensic Sciences) Full Member – February 2015.
324

325 **Other Employment and Professional Interests:**
326

| Company | Role | Year |
|---|---|---|
| Botanical Intelligence | Leading Scientist & Formulator | 2019 |
| Bilby BioPure PTY Ltd | Executive Head of Technology | 2019 |
| Inteq, LLC | Head of Technology and Research | 2019 |
| Ortho Equine | Head of Nutrition, Research, and Product Development | 2001 – Present |
| Pipeline Pet | Executive Animal Nutrition Expert and Head of Research and Development | 2014 – Present |
| Reilly's HempVet | Consultant | 2016 – Present |
| Buddy's Kitchen | Head Nutritionist Research and Development | 2011 – Present |
| Pro SAAMYA, Inc. | Consultant and Technical Assistance | 2012 – 2014 |
| Big Gain Feeds | Equine Consultant and Technical Assistance | 2008 - Present |
| Complete Natural Nutrition | Chief Technology Officer | 2005 – 20017 |
| Oligo Basics U.S.A., LLC | Consultant and Shareholder | 2005 – 2010 |

| | | |
|---|---|---|
| Apperon, Inc. | Consultant | 2001 – Present |
| United Suppliers, Inc. | Manager for AgiBlenders | 1991 – 1995 |
| Farmers Feed and Supply Co. | Director of Nutrition | 1988 – 1991 |
| Woody's Performance Horse Feeds | Executive Nutrition Expert | 1988 – Present |
| Freehold Race Track Feed Co. | Manager/Consultant | 1986 – 1988 |
| Iowa State University | Research Assistant | 1980 – 1986 |

- Employs advanced analytical and investigatory skills and expertise to collect information and evaluate technology to develop scientifically-based solutions to complex, animal nutrition problems.

- Provides guidance in establishing and maintaining sound environmental practices for animal management.

- Arrange and conduct custom animal research and product testing.

- Advises individuals and entities in developing and marketing animal feed and products for domestic and international markets. Developed over 2000 animal premix, base mix, pet supplement, pet food, livestock feed, horse feed, horse supplement, and specialty product formulations.

- Former consultant and animal feed formulator for Disney's Animal Kingdom and Ringling Brothers Circus.

- Consultant to major farms and animal nutrition and health companies in Brazil and Argentina, providing veterinary and nutrition services.

- Conducts ongoing research into the use of natural treatments and the prevention of diseases by native cultures.

- Assist with Master's and PhD research and mentoring at Iowa State University.

- Owned and operated conventional and organic farms for the production of crops and the care and raising of livestock, including goats, swine, horses, sheep, dairy and beef cattle, veal calves, replacement dairy heifers, chickens, ducks, geese, quail, and pheasants.

- Develops proprietary animal forensic techniques and conducts forensic investigations.

- Accepted as an expert witness by State and Federal courts to provide testimony on veterinarian and nutritional issues.

- 16 Kentucky Derby winners associated with provided nutritional expertise and products.

**Appointments and Committees:**

Food Science Corporation Science Advisory Board, 2006 – Present
Revival Animal Health Nutrition, Advisory Board, 2013 – Present
Thomas Laboratories, Professional Animal Health and Nutrition Advisory Board, 2014 – Present
McIntosh Proline, Chief Nutritional Officer and Head of Research and Development, 2013 – Present

**Patents and Patents Pending:**

Therapeutic and Nutritional Compositions 16/234,992 filled 12/28/18
Method of Fortifying seeds with an essential fatty acid, fortified seed and food product. US 7,416,752 B2. Chief scientist in charge of extending and verifying patent for increasing commercial production techniques.

**Honors and Awards:**

375
376 *American Academy of Forensic Sciences General Section Achievement Award, 2012*
377 Iowa State University PACE Award for Academic Excellence, 1981
378 Bernstein Award for Excellence in Writing a Scientific Paper, 1980
379 American Society of Animal Science Scholarship Award, 1980
380
381
382
383
384 **Professional Societies and Organizations:**
385 American Academy of Forensic Sciences Member (AAFS)
386 American Registry of Professional Animal Scientists (ARPAS)
387 American Society of Animal Science (ASAS)
388 American Dairy Science Association (ADSA)
389 American Association of Small Ruminant Practitioners (AASRP)
390 Equine Science Society (ESS)
391
392 **Articles and publications:**
393
394 Pusillo, G.M. and J.K. Pusillo. 2018. "Environmentally Influenced External and Internal Microbiome Populations:
395 "Over Processed" Horses and Long-Term Consequences." Proceedings of the 79th Minnesota Nutrition Conference,
396 Mankato, Minnesota.
397
398 Pusillo, G.M. and T. Purevjav. 2017. "Nutritional Management of Horse Saliva-Liquid Immune support."
399 Proceedings of the 78th Minnesota Nutrition Conference, Mankato, Minnesota.
400
401 Pusillo, G.M. and T. Purevjav. 2016. *"Using Glyphosate Testing to Sell Professional Services, Supplements, or a*
402 *Completely New Feed Program,"."* Proceedings of the 77th Minnesota Nutrition Conference, Prior Lake,
403 Minnesota.
404
405 Pusillo, G.M. and T. Purevjav. 2015 *"Removing the "Fish Market Affect: Incorporating Fish EPA and DHA into the*
406 *Flax Plant." Proceedings of the 76th* Minnesota Nutrition Conference, Prior Lake, Minnesota.
407
408 Purevjav, T., and G.M. Pusillo. 2014. Examinations of the standards of normality and production standards to
409 identify critical and definitive information pertaining to alleged nutritional and feed associated dysfunctions in swine
410 production. World Forensic Festival. Abstract.
411
412 Purevjav, T., and G.M. Pusillo. 2014. The Future of Fat and Fatty Acids in Horse Diets; Beyond Energy.
413 Proceedings of the 75th Minnesota Nutrition Conference, Prior Lake, Minnesota.
414
415 Purevjav, T., M.P. Hoffman, and G. Pusillo.2014. "Functional oils effects on methane production in beef cattle.
416 Work in process.
417
418 Pusillo, G.M. 2013. Examinations of the Standards of Normality (SON) and Production Standards (PS) to Best
419 Identify Critical and Definitive Information Pertaining to Alleged Nutritional Associated Dysfunctions (NAD) in
420 Animals. Proceedings of the AAFS 65th Annual Scientific Meetings. Washington, DC, USA. Feb 18-23.
421
422 Scientific advisor and technical editor of the book: Health and Nutrition for Dogs and Cats: A Guide for Pet Parents
423 Hardcover – April 11, 2013 by David G. Wellock.
424
425 Purevjav, T., M.P. Hoffman, A. Ishdorj, A.J. Conover, M.E. Jedlicka, K. Prusa, J. Torrent and G.M. Pusillo. 2013.
426 Effects of Functional Oils and Monensin on Cattle Finishing Programs. The Professional Animal Scientist. 29:426-
427 434.
428

429   Pusillo, G.M 2012. Animal Nutrition Investigative Techniques Essential to Obtaining Investigative Forensic
430   Information from Multiple sites. Proceedings of the AAFS 66th Annual Scientific Meetings. Atlanta Georgia, USA.
431   February 20-25.
432
433   Host Resistance or Susceptibility to Tick Preference as Measured in Domestic Dogs Sprayed with a Biorational
434   Plant Oil Based Formulation 2011.
435
436   Flea and Tick Tolerance Study 2010.
437
438   Jedlicka, M., T. Purevjav, A. Conover, J. Torrent, G. Pusillo, and M. P. Hoffman. 2009. Effects of functional oils
439   and monensin alone or in combination on feedlot cattle growth and carcass composition. Journal of Animal Science,
440   Volume 87, E-Supplement 3 P126.
441
442   Jedlicka, M. E., T. Purevjav, A. J. Conover, M. P. Hoffman, G. Pusillo, J. Torrent. Effects of functional oils and
443   monensin alone or in combination on feedlot cattle growth and carcass composition. A.S. Leaflet R2423. Iowa State
444   University Animal Industry Report 2009.
445
446   The Effects of a Proprietary Ear Normalizer (PEN) Product on Otis Externa in Dogs: A Pilot Study, 2007.
447
448   Complete Skin and Coat Hair Liquid Technical Bulletin, 2005.
449
450   The Right "Whey" for Cell Defense and Cellular Nutrition, 2003.
451
452   The Living Orchestra, 2002.
453
454   Protein for Goats: When More of a "Good Thing" is a "Bad Thing", 2002.
455
456   How Drinking Water Affects Hoof Quality, 2001.
457
458   Before the Bite – Preventing the Effects from West Nile Virus by Optimizing Immune System Function, 2000.
459
460   Right "Whey" for Cell Defense, 1999.
461
462   Creation of Quality Dairy Herd Replacements, 1999.
463
464   What Image Does Your Ostrich Feed Project? 1998.
465
466   Copper Toxicosis in Sheep, 1997.
467
468   Copper Toxicosis in Calves, 1997.
469
470   Vitamin and Mineral Deficiencies (Horse Handbook), 1997.
471
472   Nutraceuticals for Calves, 1996.
473
474   Kid Nutrition, 1996.
475
476   Vitamin E Function and Deficiencies Characteristics in Goats, 1995.
477
478   How to Build a Boer Goat:  The Seven Stages of Development, 1995.
479
480   Penicillium Mold in Feed, 1994.
481
482   Blister Beetle Poisoning (Cantharidin), 1993.
483
484   Hemorrhagic Bowel Syndrome (Bloody Bowel) – Related to Intestinal Adenomatosis, 1992.

CONFIDENTIAL

485
486   Vitamin E Function and Deficiency Characteristics in Swine, 1991.
487
488   Starting Calves on Feed, 1991.
489
490   Animal Waste Problems:  Practical Means of Odor Control in Livestock Units and Food Processing Facilities, 1990.
491
492   Vitamin and Mineral Allowances for the Performance Horse, 1990.
493
494   The Usage of Body Tissue During Early Lactation by High Producing Dairy Cattle, 1990.
495
496   Tips on Handling Summer Stress in Dairy Cattle, 1990.
497
498   Fundamental Principles of Animal Nutrition, 1990.
499
500   Commercial vs. Home-Mixed Feed for Horses, 1989.
501
502   Quality Oats and Their Benefits, 1988.
503
504   Lactobacillus Acidophilus and its Effect on Animal Health, 1988.
505
506   The Effects of Placing Cattle on Feed at Bi-Monthly Intervals, Housing and Stage of Feeding upon Feedlot
507   Performance and Carcass Grades, 1986.
508
509   Dairy Goat Feeding, 1985.
510
511   Effects of Housing and Starting Cattle on Feed at Bi-Monthly Intervals, 1984.
512
513   The Influence of Housing and Intermittent Marketing upon Alternative Beef Cattle Marketing Systems, 1984.
514
515   Feedlot Performance and Carcass Composition of Steer Calves Fed Varying Ratios of Corn Silage and Corn Grain,
516   1983.
517
518   Effects of Housing System on Dressing Percentage, 1982.
519
520   Effects of Varying Ratios of Corn Silage and Corn Grain upon Feedlot Performance of Calves, 1982.
521
522   Calendarizing Cattle Feeding in Iowa, 1981.
523
524   Effects of Season and Weight on Yearling Steer Performance, 1980.
525
526   **Speaking Engagements and Presentations**:
527
528   Minnesota Nutrition Conference, Mankato, Minnesota, September 2018.
529   Selected paper entitled: "Internal Microbiome Populations: "Over Processed" Horses and Long-Term
530   Consequences."
531
532   Minnesota Nutrition Conference, Mankato, Minnesota, September 2017.
533   Selected paper entitled: *"Nutritional Management of Horse Saliva-Liquid Immune support."*
534
535   Minnesota Nutrition Conference, Prior Lake, Minnesota, September 2016.
536   Selected paper entitled: *"Using Glyphosate Testing to Sell Professional Services, Supplements, or a Completely New
537   Feed Program."*
538
539   Minnesota Nutrition Conference, Prior Lake, Minnesota, September 2015.
540   Selected paper entitled: *"Removing the "Fish Market Affect: Incorporating Fish EPA and DHA into the Flax Plant."*

Minnesota Nutrition Conference, Prior Lake, Minnesota, September 2014.
Selected paper entitled: "*The Future of Fat and Fatty Acids in Horse Diets; Beyond Energy.*

65th Annual Scientific Meeting: The Forensic Sciences. Washington, DC 2-18-23, 2013. Examinations of the Standards of Normality (SON) and Production Standards (PS) to Best Identify Critical and Definitive Information Pertaining to Alleged Nutritional Associated Dysfunctions (NAD) in Animals

64th Annual Scientific Meeting Global Research: The Forensic Science Edge. Atlanta, Georgia 2-20-25,2012. Animal Nutrition Investigative Techniques Essential to Obtaining Investigative Forensic Information from Multiple sites

Iowa State University lecturer as needed: Forensic investigation techniques, Applied production Nutrition

Alltech's Sixth Annual Symposium speaker (1990): Animal Waste Problems: Practical Means of Odor Control in Livestock Units and Food Processing Facilities.

1st Annual Nutraceutical Alliance Symposium speaker (1999); Toronto Canada: Dietary Whey Protein: an immune revolution for animals? The Development of a Veterinary Nutraceutical.

3rd Annual Nutraceutical Alliance Symposium speaker (2002); Ontario Veterinary College University of Guelph: Colostrum composition and functions in neonates, across species, and for specific applications for animal health.

Second European Equine Health & Nutrition Congress, 2004, Equine Research Centre, Waiboerhoeve, Lelystad, The Netherlands (2004): Oxidative Stress, Glutathione and intracellular nutrition.

Veterinary schools in Brazil and Argentina guest lecturer, 1996-2004: Production nutrition and practical Veterinary intervention techniques.

Frequent speaker, lecturer and educator throughout the United States and Canada on animal husbandry nutrition, veterinary science, environmental influences and farming practices (1986-present).

Interviewed by ABC's 20-20, USA Today, Blood Horse, and Thoroughbred Times

TV appearances discussing nutrition on WDIV-TV, KARE-TV, WCCO-TV and KMSP/FOX 9.

Radio interviews discussing nutrition and animal health on WHO-AM, WTGB-CBS, WTMR-AM, WFAX-AM, KYW-AM, WARW-FM and WTOP-AM/FM.  Interviewed numerous times by Dr. Alan Pressman, whose radio program is carried on 11,000 stations in the United States.

**Civic Interests:**

Ordained Permanent Deacon in the Roman Catholic Church, 2003 – Present.
Jail ministry Chaplin 2003 – Present.
Immigrant ministry 2003 – Present.
F3 Garden project 2000 – Present.

589     VI.    TRIAL AND/OR DEPOSITION TESTIMONY
590

591                      Dr. Gary Pusillo
592                         2015-2019

593     -    Flanigan v. Western Milling
594            o   2018
595            o   California
596            o   Species: Horses
597            o   Expert Witness for Plaintiff
598            o   Attorney: Warren R. Paboojian
599            o   Deposition testimony
600

601     -    Smith v. Southern States, et al.
602            o   2015
603            o   Kentucky
604            o   Species: Bovine
605            o   Expert Witness for Plaintiff
606            o   Attorney: John Henderson
607            o   Deposition testimony
608

609     -    Tracey K. Kuehl, et. al v. Pamela Sellner, et al.
610            o   2015
611            o   Iowa
612            o   Species: Zoo Collection
613            o   Expert Witness for Defendant
614            o   Attorney: Larry J. Thorson
615            o   Deposition and Trial testimony
616


617     VII.   COMPENSATION FOR PROFESSIONAL SERVICES
618

619 I am being compensated at $300.00 per hour for all work besides deposition and trial testimony
620 which is invoiced at $400.00 per hour.
621

## VIII.  SAMPLING

### A.  Purchasing Samples

Two sets of the contaminated Champion Petfoods dog foods were purchased. To assure that there was a variety represented by the purchased samples, samples were purchased from 3 different retailers. Sample numbers 1, 8, 14, 15, 17 and 19 were purchased locally from Treats on a Leash in Ames, Iowa. Sample numbers 3, 5, 10, 16, 22, and 29 were purchased from Amazon.com. Sample numbers 2, 4, 6, 7, 9, 11, 12, 13, 18, 20, 21, 23, 24, 25, 26, 27 and 28 were purchased from K9Cuisine.com. The samples purchased from Treats on a Leash were 4.4 - 4.5lbs bags. Samples purchased from Amazon.com and K9Cuisine.com were 6-12oz sample size bags.

Table 1.1: Purchased Samples, Set 1

| # | Dog Food Name | Date Purchased | Sample Purchased | Sample Size | Sample Price |
|---|---|---|---|---|---|
| 1 | Acana Heritage Free-Run Poultry Formula Dry Dog Food | 1/27/2019 | Treats on a Leash | 4.5 lbs. | $ 17.99 |
| 2 | Acana Heritage Freshwater Fish Formula Dry Dog Food | 2/7/2019 | K9 Cuisine | 12 oz | $ 3.99 |
| 3 | Acana Heritage Meats Formula Dry Dog Food | 2/7/2019 | Amazon | 12 oz | $ 7.69 |
| 4 | Acana Regionals Appalachian Ranch with Red Meats and Freshwater Catfish Dry Dog Food | 2/7/2019 | K9 Cuisine | 12 oz | $ 4.99 |
| 5 | Acana Regionals Grasslands with Lamb, Trout, and Game Bird Dry Dog Food | 2/7/2019 | Amazon | 12 oz | $ 8.10 |
| 6 | Acana Regionals Meadowland with Poultry, Freshwater Fish and Eggs Dry Dog Food | 2/7/2019 | K9 Cuisine | 12 oz | $ 4.99 |
| 7 | Acana Regionals Wild Atlantic New England Fish and Fresh Greens Dry Dog Food | 2/7/2019 | K9 Cuisine | 12 oz | $ 4.99 |
| 8 | Acana Singles Duck and Pear Formula Dry Dog Food | 1/27/2019 | Treats on a Leash | 4.5 lbs. | $ 21.99 |
| 9 | Acana Singles Lamb and Apple Formula Dry Dog Food | 2/7/2019 | K9 Cuisine | 12 oz | $ 4.99 |
| 10 | Acana Singles Mackerel and Greens Formula Dry Dog Food | 2/7/2019 | Amazon | 12 oz | $ 6.99 |
| 11 | Acana Singles Pork and Squash Formula Dry Dog Food | 2/7/2019 | K9 Cuisine | 12 oz | $ 4.99 |
| 12 | Orijen Adult Dog Freeze Dried Chicken, Turkey, Wild-Caught Fish, Eggs Wet Dog Food | 2/7/2019 | K9 Cuisine | 6 oz | $ 13.99 |
| 13 | Orijen Grain Free Puppy Chicken, Turkey, Wild-Caught Fish, Eggs Dry Dog Food | 2/7/2019 | K9 Cuisine | 12 oz | $ 5.99 |
| 14 | Orijen Original Chicken, Turkey, Wild-Caught Fish, Eggs Dry Dog Food | 1/27/2019 | Treats on a Leash | 4.5 lbs. | $ 26.99 |
| 15 | Orijen Regional Red with Angus Beef, Wild Boar, Boer Goat, Romney Lamb, Yorkshire Pork and Wild-Caught Mackerel Dry Dog Food | 1/27/2019 | Treats on a Leash | 4.5 lbs. | $ 26.99 |
| 16 | Orijen Regional Red Freeze-Dried Angus Beef, Ranch Raised Lamb, Wild Boar, Pork, Bison Wet Dog Food | 2/7/2019 | Amazon | 6 oz | $ 16.99 |
| 17 | Orijen Six Fish with New England Mackerel, Herring, Flounder, Redfish, Monkfish and Silver Hake Dry Dog Food | 1/27/2019 | Treats on a Leash | 4.5 lbs. | $ 25.99 |
| 18 | Orijen Tundra Freeze Dried Venison, Elk, Bison, Quail, Steelhead Trout Wet Dog Food | 2/7/2019 | K9 Cuisine | 6 oz | $ 17.99 |
| 19 | Orijen Tundra Goat, Venison, Mutton, Bison, Arctic Char, Rabbit Dry Dog Food | 1/27/2019 | Treats on a Leash | 4.4 lbs. | $ 28.99 |

Table 1.2: Samples Purchased, Set 2

| | Dog Food Name | Date Purchased | Sample Purchased | Sample Size | Sample Price |
|---|---|---|---|---|---|
| 20 | Acana Heritage Free-Run Poultry Formula Dry Dog Food | 2/19/2019 | K9 Cuisine | 12 oz | $ 3.99 |
| 21 | Acana Heritage Freshwater Fish Formula Dry Dog Food | 2/19/2019 | K9 Cuisine | 12 oz | $ 3.99 |
| 22 | Acana Heritage Meats Formula Dry Dog Food | 2/19/2019 | Amazon | 12 oz | $ 7.69 |
| 23 | Acana Regionals Appalachian Ranch with Red Meats and Freshwater Catfish Dry Dog Food | 2/19/2019 | K9 Cuisine | 12 oz | $ 4.99 |
| 24 | Acana Regionals Grasslands with Lamb, Trout, and Game Bird Dry Dog Food | 2/19/2019 | Amazon | 12 oz | $ 8.10 |
| 25 | Acana Regionals Meadowland with Poultry, Freshwater Fish and Eggs Dry Dog Food | 2/19/2019 | K9 Cuisine | 12 oz | $ 4.99 |
| 26 | Acana Regionals Wild Atlantic New England Fish and Fresh Greens Dry Dog Food | 2/19/2019 | K9 Cuisine | 12 oz | $ 4.99 |
| 27 | Acana Singles Duck and Pear Formula Dry Dog Food | 2/19/2019 | K9 Cuisine | 12 oz | $ 4.99 |
| 28 | Acana Singles Lamb and Apple Formula Dry Dog Food | 2/19/2019 | K9 Cuisine | 12 oz | $ 4.99 |
| 29 | Acana Singles Mackerel and Greens Formula Dry Dog Food | 2/19/2019 | Amazon | 12 oz | $ 6.99 |
| 30 | Acana Singles Pork and Squash Formula Dry Dog Food | 2/19/2019 | K9 Cuisine | 12 oz | $ 4.99 |
| 31 | Orijen Adult Dog Freeze Dried Chicken, Turkey, Wild-Caught Fish, Eggs Wet Dog Food | 2/19/2019 | K9 Cuisine | 6 oz | $ 13.99 |
| 32 | Orijen Grain Free Puppy Chicken, Turkey, Wild-Caught Fish, Eggs Dry Dog Food | 2/19/2019 | K9 Cuisine | 12 oz | $ 5.99 |
| 33 | Orijen Original Chicken, Turkey, Wild-Caught Fish, Eggs Dry Dog Food | 2/19/2019 | K9 Cuisine | 12 oz | $ 5.99 |
| 34 | Orijen Regional Red with Angus Beef, Wild Boar, Boer Goat, Romney Lamb, Yorkshire Pork and Wild-Caught Mackerel Dry Dog Food | 2/19/2019 | K9 Cuisine | 12 oz | $ 5.99 |
| 35 | Orijen Regional Red Freeze-Dried Angus Beef, Ranch Raised Lamb, Wild Boar, Pork, Bison Wet Dog Food | 2/19/2019 | K9 Cuisine | 6 oz | $ 17.99 |
| 36 | Orijen Six Fish with New England Mackerel, Herring, Flounder, Redfish, Monkfish and Silver Hake Dry Dog Food | 2/19/2019 | K9 Cuisine | 12 oz | $ 5.99 |
| 37 | Orijen Tundra Freeze Dried Venison, Elk, Bison, Quail, Steelhead Trout Wet Dog Food | 2/19/2019 | K9 Cuisine | 6 oz | $ 17.99 |
| 38 | Orijen Tundra Goat, Venison, Mutton, Bison, Arctic Char, Rabbit Dry Dog Food | 2/19/2019 | K9 Cuisine | 12 oz | $ 5.99 |

634
635

B. Preparing Samples

When the samples were received by INTI Service Corp., each sample was photo documented. The samples were then organized alphabetically by the name of the dog food. The samples were then assigned a number between 001 and 038. The samples were labeled accordingly using a label maker and labeled with the INTI Service Corp. address. Each sample was mixed thoroughly in the bag to assure amounts taken from the bags were representative of the entire bag. The samples were taken in two batches (001-019, 020-038) to the Iowa State University Veterinary Diagnostic Laboratory in Ames, Iowa to be tested for heavy metals (Arsenic, Cadmium, Mercury, and Lead). The samples were accompanied by chain of custody paperwork. After the ISU VDL had taken what they needed from the bags, the samples were packaged by INTI Service Corp. and shipped to the Expertox Laboratory in Texas to be tested for Plasticizers, again with chain of custody paperwork.

The samples were labeled with the following numbers:

Table 2: Sample Numbering

| | |
|---|---|
| Acana Heritage Free-Run Poultry Formula Dry Dog Food | 1, 20 |
| Acana Heritage Freshwater Fish Formula Dry Dog Food | 2, 21 |
| Acana Heritage Meats Formula Dry Dog Food | 3, 22 |
| Acana Regionals Appalachian Ranch with Red Meats and Freshwater Catfish Dry Dog Food | 4, 23 |
| Acana Regionals Grasslands with Lamb, Trout, and Game Bird Dry Dog Food | 5, 24 |
| Acana Regionals Meadowland with Poultry, Freshwater Fish and Eggs Dry Dog Food | 6, 25 |
| Acana Regionals Wild Atlantic New England Fish and Fresh Greens Dry Dog Food | 7, 26 |
| Acana Singles Duck and Pear Formula Dry Dog Food | 8, 27 |
| Acana Singles Lamb and Apple Formula Dry Dog Food | 9, 28 |
| Acana Singles Mackerel and Greens Formula Dry Dog Food | 10, 29 |
| Acana Singles Pork and Squash Formula Dry Dog Food | 11, 30 |
| Orijen Adult Dog Freeze Dried Chicken, Turkey, Wild-Caught Fish, Eggs Wet Dog Food | 12, 31 |
| Orijen Grain Free Puppy Chicken, Turkey, Wild-Caught Fish, Eggs Dry Dog Food | 13, 32 |
| Orijen Original Chicken, Turkey, Wild-Caught Fish, Eggs Dry Dog Food | 14, 33 |
| Orijen Regional Red with Angus Beef, Wild Boar, Boer Goat, Romney Lamb, Yorkshire Pork and Wild-Caught Mackerel Dry Dog Food | 15, 34 |
| Orijen Regional Red Freeze-Dried Angus Beef, Ranch Raised Lamb, Wild Boar, Pork, Bison Wet Dog Food | 16, 35 |
| Orijen Six Fish with New England Mackerel, Herring, Flounder, Redfish, Monkfish and Silver Hake Dry Dog Food | 17, 36 |
| Orijen Tundra Freeze Dried Venison, Elk, Bison, Quail, Steelhead Trout Wet Dog Food | 18, 37 |
| Orijen Tundra Goat, Venison, Mutton, Bison, Arctic Char, Rabbit Dry Dog Food | 19, 38 |

## IX.   TESTING PROCEEDURES

### A.  Iowa State University Veterinary Diagnostic Laboratory

Sample handling procedures for ISUVDL accession# 2019012697 and 2019016740:

All samples received at the Iowa State University Veterinary Diagnostic Laboratory (ISUVDL) are given an accession number and assigned a case coordinator. The samples for 2019012697 and 2019016740 were assigned to Dr. Radke. Following accessioning the samples for both 2019012697 and 2019016740 were tracked to the Analytical Chemistry Services (ACS) laboratory for preparation and analysis. A random portion of each sample was ground to produce a homogenous sample sufficiently large enough to perform the requested testing (typically 200 – 400g). Where possible samples were ground using a Retch Mill, however samples deemed unacceptable for the Retsch mill were ground using a Waring blender with a glass jar. Following sample preparation, an acid digest was performed on each sample. A 1g portion of each sample was weighed into a microwave digestion vessel and digested in nitric acid. Following digestion, the digest was filtered and diluted to 25mL with 18MegOhm water. An additional 1:10 dilution in 1% nitric acid was performed prior to analysis by ICP/MS for Arsenic (As), Cadmium (Cd), Lead (Pb), and Mercury (Hg). All results are on an as received basis.

### B.  Expertox Drugs, Alcohol, and Poisons Laboratory

All received samples were received and document in accordance with AAFS guidelines of the chain of custody and sample documentation. Dr. LyKissa oversaw all laboratory testing and documentation. It is important to note that Expertox used all acid washed glassware to handle the samples that were tested.

All samples were taken from the original individual bags the products were purchased in and sealed by the Iowa State VDL. An approved in-house procedure was used to collect the samples. The range of sample size that was tested was 25-50 mg. Only purified solvents were used. All were tested using chromatography mass spectrometry (GC-MS) systems.

All the samples that were sent first to ISU are still at Expertox and held in AAFS approved custody methods.

684 # X.  RESULTS
685
686   ## A.  Iowa State University Veterinary Diagnostic Laboratory Results:
687

Table 3: ISU VDL Results

| Dog Food Name | # | ISU Set 1 | | | | # | ISU Set 2 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | As | Cd | Hg | Pb | | As | Cd | Hg | Pb |
| Acana Heritage Free-Run Poultry Formula Dry Dog Food | 1 | 160 | < 100 | < 100 | 120 | 20 | 260 | < 100 | < 100 | 200 |
| Acana Heritage Freshwater Fish Formula Dry Dog Food | 2 | 1100 | 100 | < 100 | < 100 | 21 | 980 | < 100 | < 100 | 210 |
| Acana Heritage Meats Formula Dry Dog Food | 3 | 360 | < 100 | < 100 | 280 | 22 | 340 | < 100 | < 100 | 420 |
| Acana Regionals Appalachian Ranch with Red Meats and Freshwater Catfish Dry Dog Food | 4 | 340 | < 100 | < 100 | 260 | 23 | 240 | < 100 | < 100 | 350 |
| Acana Regionals Grasslands with Lamb, Trout, and Game Bird Dry Dog Food | 5 | 160 | < 100 | < 100 | 190 | 24 | 290 | < 100 | < 100 | 570 |
| Acana Regionals Meadowland with Poultry, Freshwater Fish and Eggs Dry Dog Food | 6 | 470 | < 100 | < 100 | < 100 | 25 | 570 | < 100 | < 100 | 200 |
| Acana Regionals Wild Atlantic New England Fish and Fresh Greens Dry Dog Food | 7 | 2100 | 190 | < 100 | < 100 | 26 | 1700 | 150 | < 100 | 180 |
| Acana Singles Duck and Pear Formula Dry Dog Food | 8 | 200 | < 100 | < 100 | 320 | 27 | 180 | < 100 | < 100 | 450 |
| Acana Singles Lamb and Apple Formula Dry Dog Food | 9 | 250 | < 100 | < 100 | 140 | 28 | 290 | < 100 | < 100 | 290 |
| Acana Singles Mackerel and Greens Formula Dry Dog Food | 10 | 1400 | 190 | < 100 | < 100 | 29 | 1000 | 250 | < 100 | 230 |
| Acana Singles Pork and Squash Formula Dry Dog Food | 11 | 230 | < 100 | < 100 | 220 | 30 | 260 | < 100 | < 100 | 280 |
| Orijen Adult Dog Freeze Dried Chicken, Turkey, Wild-Caught Fish, Eggs Wet Dog Food | 12 | 880 | < 100 | < 100 | 140 | 31 | 780 | < 100 | < 100 | 180 |
| Orijen Grain Free Puppy Chicken, Turkey, Wild-Caught Fish, Eggs Dry Dog Food | 13 | 570 | < 100 | < 100 | < 100 | 32 | 840 | < 100 | < 100 | 200 |
| Orijen Original Chicken, Turkey, Wild-Caught Fish, Eggs Dry Dog Food | 14 | 750 | < 100 | < 100 | < 100 | 33 | 660 | < 100 | < 100 | 270 |
| Orijen Regional Red with Angus Beef, Wild Boar, Boer Goat, Romney Lamb, Yorkshire Pork and Wild-Caught Mackerel Dry Dog Food | 15 | 450 | < 100 | < 100 | 340 | 34 | 650 | < 100 | < 100 | 380 |
| Orijen Regional Red Freeze-Dried Angus Beef, Ranch Raised Lamb, Wild Boar, Pork, Bison Wet Dog Food | 16 | 550 | 130 | < 100 | 280 | 35 | 250 | < 100 | < 100 | 640 |
| Orijen Six Fish with New England Mackerel, Herring, Flounder, Redfish, Monkfish and Silver Hake Dry Dog Food | 17 | 1900 | 180 | < 100 | 180 | 36 | 1900 | 120 | < 100 | 200 |
| Orijen Tundra Freeze Dried Venison, Elk, Bison, Quail, Steelhead Trout Wet Dog Food | 18 | 460 | < 100 | < 100 | 270 | 37 | 460 | < 100 | < 100 | 260 |
| Orijen Tundra Goat, Venison, Mutton, Bison, Arctic Char, Rabbit Dry Dog Food | 19 | 1100 | < 100 | < 100 | 260 | 38 | 1600 | < 100 | < 100 | 280 |

688          Results are reported in parts per billion (ppb) on an as received basis.
689
690   Heavy Metal Panel (Arsenic, Cadmium, Mercury, Lead) by ICP-MS.

691        B. Expertox Drugs, Alcohol, and Poisons Laboratory Plasticizers Results:

692

693    Table 4: Expertox Results

| Dog Food Name | # | Bis-2-ethylhexyl-phthalate ug/mg | Phthalate (Dioctyl) ug/mg | # | Bis-2-ethylhexyl-phthalate ug/mg | Phthalate (Dioctyl) ug/mg |
|---|---|---|---|---|---|---|
| Acana Heritage Free-Run Poultry Formula Dry Dog Food | 1 | 61 | | 20 | 92 | |
| Acana Heritage Freshwater Fish Formula Dry Dog Food | 2 | | 84 | 21 | | 82 |
| Acana Heritage Meats Formula Dry Dog Food | 3 | | 82 | 22 | | 75 |
| Acana Regionals Appalachian Ranch with Red Meats and Freshwater Catfish Dry Dog Food | 4 | | 82 | 23 | | 75 |
| Acana Regionals Grasslands with Lamb, Trout, and Game Bird Dry Dog Food | 5 | | 79 | 24 | | 66 |
| Acana Regionals Meadowland with Poultry, Freshwater Fish and Eggs Dry Dog Food | 6 | 82 | | 25 | | 65 |
| Acana Regionals Wild Atlantic New England Fish and Fresh Greens Dry Dog Food | 7 | | 71 | 26 | | 69 |
| Acana Singles Duck and Pear Formula Dry Dog Food | 8 | | 73 | 27 | | |
| Acana Singles Lamb and Apple Formula Dry Dog Food | 9 | | 103 | 28 | | 90 |
| Acana Singles Mackerel and Greens Formula Dry Dog Food | 10 | | 86 | 29 | | 112 |
| Acana Singles Pork and Squash Formula Dry Dog Food | 11 | | 65 | 30 | | 101 |
| Orijen Adult Dog Freeze Dried Chicken, Turkey, Wild-Caught Fish, Eggs Wet Dog Food | 12 | | 240 | 31 | | 215 |
| Orijen Grain Free Puppy Chicken, Turkey, Wild-Caught Fish, Eggs Dry Dog Food | 13 | 155 | | 32 | | 70 |
| Orijen Original Chicken, Turkey, Wild-Caught Fish, Eggs Dry Dog Food | 14 | | 120 | 33 | | 90 |
| Orijen Regional Red with Angus Beef, Wild Boar, Boer Goat, Romney Lamb, Yorkshire Pork and Wild-Caught Mackerel Dry Dog Food | 15 | | 69 | 34 | | 71 |
| Orijen Regional Red Freeze-Dried Angus Beef, Ranch Raised Lamb, Wild Boar, Pork, Bison Wet Dog Food | 16 | | 287 | 35 | | 198 |
| Orijen Six Fish with New England Mackerel, Herring, Flounder, Redfish, Monkfish and Silver Hake Dry Dog Food | 17 | | 85 | 36 | | 110 |
| Orijen Tundra Freeze Dried Venison, Elk, Bison, Quail, Steelhead Trout Wet Dog Food | 18 | | 315 | 37 | | 222 |
| Orijen Tundra Goat, Venison, Mutton, Bison, Arctic Char, Rabbit Dry Dog Food | 19 | | 109 | 38 | | 54 |

694

695     Plasticizers by GCMS

696    C. Testing results as alleged in complaint.
697
698    Table 5

| Dog Food Name | As | Cd | Hg | Pb | BPA | BPS |
|---|---|---|---|---|---|---|
| Acana Heritage Free-Run Poultry Formula Dry Dog Food | 292.9 | 27.8 | 3.3 | 290.2 | 62.2 | |
| Acana Heritage Freshwater Fish Formula Dry Dog Food | 977.7 | 56.2 | 27.4 | 486.8 | ND | |
| Acana Heritage Meats Formula Dry Dog Food | 384.8 | 24.4 | 6.4 | 1731.9 | 58.3 | ND |
| Acana Regionals Appalachian Ranch with Red Meats and Freshwater Catfish Dry Dog Food | 358.2 | 32.5 | 14.9 | 336.7 | 82.9 | |
| Acana Regionals Grasslands with Lamb, Trout, and Game Bird Dry Dog Food | 262.8 | 30.6 | 9.6 | 305 | ND | |
| Acana Regionals Meadowland with Poultry, Freshwater Fish and Eggs Dry Dog Food | 846.4 | 37.5 | 8.7 | 489 | 82.7 | |
| Acana Regionals Wild Atlantic New England Fish and Fresh Greens Dry Dog Food | 3256.4 | 113 | 51.2 | 249.3 | 32.5 | ND |
| Acana Singles Duck and Pear Formula Dry Dog Food | 532.4 | 30.9 | 15.4 | 537.4 | 102.7 | |
| Acana Singles Lamb and Apple Formula Dry Dog Food | 401.2 | 35 | 3.2 | 423.4 | 73.2 | ND |
| Acana Singles Mackerel and Greens Formula Dry Dog Food | 1510.7 | 112.2 | 29.6 | 251.1 | 40.1 | ND |
| Acana Singles Pork and Squash Formula Dry Dog Food | 373.7 | 25.6 | 4 | 329.6 | 57.6 | ND |
| Orijen Adult Dog Freeze Dried Chicken, Turkey, Wild-Caught Fish, Eggs Wet Dog Food | 23.21 | 7.74 | 9.45 | 7.33 | 13.41 | |
| Orijen Grain Free Puppy Chicken, Turkey, Wild-Caught Fish, Eggs Dry Dog Food | 791.2 | 87.2 | 12.2 | 490.8 | 32.2 | ND |
| Orijen Original Chicken, Turkey, Wild-Caught Fish, Eggs Dry Dog Food | 907.6 | 93.2 | 10.8 | 489.8 | ND | |
| Orijen Regional Red with Angus Beef, Wild Boar, Boer Goat, Romney Lamb, Yorkshire Pork and Wild-Caught Mackerel Dry Dog Food | 849.4 | 123.1 | 21.4 | 167.7 | 43.6 | ND |
| Orijen Regional Red Freeze-Dried Angus Beef, Ranch Raised Lamb, Wild Boar, Pork, Bison Wet Dog Food | 102.66 | 23.4 | 19.6 | 16.85 | ND | |
| Orijen Six Fish with New England Mackerel, Herring, Flounder, Redfish, Monkfish and Silver Hake Dry Dog Food | 3169.8 | 200.5 | 54.9 | 38.7 | 39.5 | ND |
| Orijen Tundra Freeze Dried Venison, Elk, Bison, Quail, Steelhead Trout Wet Dog Food | 23.13 | 27.64 | 5.35 | 12.26 | 6.02 | |
| Orijen Tundra Goat, Venison, Mutton, Bison, Arctic Char, Rabbit Dry Dog Food | 1628.5 | 134.5 | 43.6 | 471.8 | 40.3 | ND |

699    Results are reported in parts per billion (ppb) on an as received basis.

CONFIDENTIAL

700     XI.    STATISTICAL ANALYSIS

701     A.   Arsenic

Table 6.1



Table 6.2



Table 6.3



748    B.  Cadmium

Table 7.1



Table 7.2



Table 7.3



764     C.   Mercury

Table 8



765

766       D.  Lead

Table 9.1



Table 9.2



Table 9.3



Table 10

Champion - Fish Ingredients

| Name of Food | Contains Fish | Fish Type | Fish | | | |
|---|---|---|---|---|---|---|
| Acana Heritage Free-Run Poultry Formula Dry Dog Food | Y | 1,2 | Catfish Meal | 1 | Flounder | 20 |
| Acana Heritage Freshwater Fish Formula Dry Dog Food | Y | 1,2,3,4,5,6,7,8,9,10 | Polluck Oil | 2 | Mackerel Oil | 21 |
| Acana Heritage Meats Formula Dry Dog Food | Y | 2 | Rainbow trout | 3 | Freeze Dried Mackerel | 22 |
| Acana Regionals Appalachian Ranch with Red Meats and Freshwater Catfish Dry Dog Food | Y | 1, 11, 12 | Whole Blue Catfish | 4 | Atlantic Flounder | 23 |
| Acana Regionals Grasslands with Lamb, Trout, and Game Bird Dry Dog Food | Y | 1, 3, 12, | Catfish Oil | 5 | Whole Atlantic Mackerel | 24 |
| Acana Regionals Meadowland with Poultry, Freshwater Fish and Eggs Dry Dog Food | Y | 1, 13, 4, 3, 2, | Whole White Perch | 6 | Whole Atlantic Herring | 25 |
| Acana Regionals Wild Atlantic New England Fish and Fresh Greens Dry Dog Food | Y | 14, 15, 16, 17, 8, 18,. 13, 19, 20, 2, 9, 10 | Alaskan Cod Meal | 7 | Dehydrated Mackerel | 26 |
| Acana Singles Duck and Pear Formula Dry Dog Food | Y | 2 | Mackerel Meal | 8 | Monkfish | 27 |
| Acana Singles Lamb and Apple Formula Dry Dog Food | Y | 2 | Natural Cod Flavor | 9 | Acadian Redfish | 28 |
| Acana Singles Mackerel and Greens Formula Dry Dog Food | Y | 8, 14, 21, 22 | Freeze Dried Cod Liver | 10 | Blue Whiting Meal | 29 |
| Acana Singles Pork and Squash Formula Dry Dog Food | Y | 2 | Whole Catfish | 11 | Deboned Arctic Char | 30 |
| Orijen Adult Dog Freeze Dried Chicken, Turkey, Wild-Caught Fish, Eggs Wet Dog Food | Y | 15, 20, | Herring Oil | 12 | Stealhead Trout | 31 |
| Orijen Grain Free Puppy Chicken, Turkey, Wild-Caught Fish, Eggs Dry Dog Food | Y | 23, 24, 25, 26, 2, | Polluck Meal | 13 | Whole Pilchard | 32 |
| Orijen Original Chicken, Turkey, Wild-Caught Fish, Eggs Dry Dog Food | Y | 23, 24, 25, 26, 2 | Whole Mackerel | 14 | | |
| Orijen Regional Red with Angus Beef, Wild Boar, Boer Goat, Romney Lamb, Yorkshire Pork and Wild-Caught Mackerel Dry Dog Food | Y | 8, 18, 2 | Whole Herring | 15 | | |
| Orijen Regional Red Freeze Dried Angus Beef, Ranch Raised Lamb, Wild Boar, Pork, Bison Wet Dog Food | Y | 20, 15 | Whole Redfish | 16 | | |
| Orijen Six Fish with New England Mackerel, Herring, Flounder, Redfish, Monkfish and Silver Hake Dry Dog Food | Y | 24, 25, 27, 28, 20, 17, 8, 18, 29, 19, 13, 9, 2, 10 | Whole Silver Hake | 17 | | |
| Orijen Tundra Freeze Dried Venison, Elk, Bison, Quail, Steelhead Trout Wet Dog Food | Y | 20, 15 | Herring Meal | 18 | | |
| Orijen Tundra Goat, Venison, Mutton, Bison, Arctic Char, Rabbit Dry Dog Food | Y | 30, 31, 32, 29, 8, 2 | Cod Meal | 19 | | |

Table 11

Eurofins Data - COAs - Eurofins000001-520

| Champion Pet Foods - Contaminated Foods | As | Cd | Hg | Pb | Testing Date |
|---|---|---|---|---|---|
| | | | mg/kg | | |
| Acana Heritage Free-Run Poultry Formula Dry Dog Food | 0.475 | 0.035 | < 0.010 | 0.52 | 3/3/2016 |
| Acana Heritage Freshwater Fish Formula Dry Dog Food | 0.85 | 0.044 | 0.016 | 0.283 | 2/9/2016 |
| "" | 0.988 | 0.094 | 0.018 | 0.064 | 2/5/2018 |
| Acana Heritage Meats Formula Dry Dog Food | 0.696 | 0.036 | < 0.010 | 0.35 | 2/9/2016 |
| Acana Regionals Appalachian Ranch with Red Meats and Freshwater Catfish Dry Dog Food | | | | | |
| Acana Regionals Grasslands with Lamb, Trout, and Game Bird Dry Dog Food | | | | | |
| Acana Regionals Meadowland with Poultry, Freshwater Fish and Eggs Dry Dog Food | | | | | |
| Acana Regionals Wild Atlantic New England Fish and Fresh Greens Dry Dog Food | 1.94 | 0.224 | 0.05 | 0.043 | 6/27/2017 |
| "" Same as above | 2.21 | 0.193 | 0.042 | 0.043 | 2/1/2018 |
| "" | 1.95 | 0.203 | 0.055 | 0.436 | 11/16/2018 |
| "" | 1.21 | 0.046 | 0.029 | < 0.010 | 11/20/2018 |
| "" | 1.62 | 0.034 | 0.026 | < 0.010 | 12/23/2018 |
| Acana Singles Duck and Pear Formula Dry Dog Food | | | | | |
| Acana Singles Lamb and Apple Formula Dry Dog Food | | | | | |
| Acana Singles Mackerel and Greens Formula Dry Dog Food | | | | | |
| Acana Singles Pork and Squash Formula Dry Dog Food | | | | | |
| Orijen Adult Dog Freeze Dried Chicken, Turkey, Wild-Caught Fish, Eggs Wet Dog Food | 0.839 | 0.028 | 0.016 | 0.0171 | 3/7/2016 |
| Orijen Grain Free Puppy Chicken, Turkey, Wild-Caught Fish, Eggs Dry Dog Food | | | | | |
| Orijen Original Chicken, Turkey, Wild-Caught Fish, Eggs Dry Dog Food | 2.31 | 0.039 | 0.039 | 0.019 | 8/23/2019 |
| "" | 1 | 0.129 | 0.021 | 0.019 | 10/24/2017 |
| "" | 0.755 | 0.047 | 0.018 | 0.038 | 2/2/2018 |
| "" | 1.49 | 0.049 | 0.033 | < 0.01 | 4/25/2018 |
| "" | 1.42 | 0.058 | 0.025 | 0.016 | 7/19/2018 |
| "" | 1.85 | 0.039 | 0.044 | 0.01 | 8/6/2018 |
| "" | 1.5 | 0.067 | 0.03 | < 0.010 | 8/10/2018 |
| "" | 1.53 | 0.066 | 0.031 | < 0.010 | 10/12/2018 |
| "" | 0.747 | 0.069 | < 0.010 | 0.038 | 10/15/2018 |
| "" | 1.28 | 0.039 | 0.028 | 0.015 | 11/20/2018 |
| Orijen Regional Red with Angus Beef, Wild Boar, Boer Goat, Romney Lamb, Yorkshire Pork and Wild-Caught Mackerel Dry Dog Food | | | | | |
| Orijen Regional Red Freeze Dried Angus Beef, Ranch Raised Lamb, Wild Boar, Pork, Bison Wet Dog Food | 0.44 | 0.164 | 0.02 | 0.07 | 10/23/2013 |
| "" | 0.993 | 0.033 | 0.068 | 0.045 | 11/15/2018 |

| | | | | | |
|---|---|---|---|---|---|
| Orijen Six Fish with New England Mackerel, Herring, Flounder, Redfish, Monkfish and Silver Hake Dry Dog Food | 3.14 | 0.238 | 0.049 | 0.042 | 6/27/2017 |
| "" | 1.7 | 0.134 | 0.028 | 0.018 | 8/23/2017 |
| "" | 1.66 | 0.087 | 0.026 | 0.034 | 9/22/2017 |
| "" | 3 | 0.189 | 0.059 | 0.097 | 2/1/2018 |
| "" | 3.11 | 0.299 | 0.052 | 0.065 | 3/2/2018 |
| "" | 1.25 | 0.05 | 0.032 | 0.013 | 4/25/2018 |
| "" | 2.19 | 0.186 | 0.044 | 0.041 | 6/28/2018 |
| "" | 2.08 | 0.043 | 0.033 | < 0.010 | 10/12/2018 |
| "" | 2.46 | 0.246 | 0.06 | 0.032 | 11/16/2018 |
| "" | 1.44 | 0.032 | 0.036 | 0.014 | 11/20/2018 |
| "" | 1.7 | 0.04 | 0.034 | 0.042 | 12/23/2018 |
| Orijen Tundra Freeze Dried Venison, Elk, Bison, Quail, Steelhead Trout Wet Dog Food | 1.37 | 0.034 | 0.103 | 0.042 | 11/15/2018 |
| "" | 0.521 | 0.085 | 0.015 | 0.062 | 11/15/2018 |
| Orijen Tundra Goat, Venison, Mutton, Bison, Arctic Char, Rabbit Dry Dog Food | 3.106 | 0.094 | 0.034 | 0.239 | 8/14/2014 |

| | mg/kg | | | | |
|---|---|---|---|---|---|
| Fish Ingredient | As | Cd | Hg | Pb | Testing Date |
| Acadian Redfish | 0.863 | 0.039 | 0.03 | < 0.010 | 9/13/2017 |
| Acadian Redfish | 0.955 | 0.045 | 0.043 | < 0.010 | 2/8/2018 |
| Atlantic Herring | 1.49 | 0.022 | 0.018 | < 0.010 | 8/6/2016 |
| Atlantic Herring | 1.84 | 0.044 | 0.032 | < 0.010 | 8/23/2017 |
| Atlantic Herring | 1.04 | 0.04 | 0.022 | < 0.010 | 2/3/2018 |
| Atlantic Herring | 0.892 | 0.035 | 0.025 | < 0.010 | 5/3/2018 |
| Atlantic Herring | 1.26 | 0.052 | 0.033 | < 0.010 | 7/19/2018 |
| Atlantic Herring | 0.856 | 0.043 | 0.023 | 0.012 | 10/20/2018 |
| Atlantic Mackerel | 1.41 | 0.039 | 0.025 | < 0.010 | 8/23/2017 |
| Atlantic Mackerel | 1.06 | 0.031 | 0.014 | < 0.010 | 9/22/2017 |
| Atlantic Mackerel | 1.71 | 0.071 | 0.017 | 0.01 | 5/1/2018 |
| Atlantic Mackerel | 1.48 | 0.042 | 0.022 | < 0.01 | 7/19/2018 |
| Atlantic Mackerel | 1.35 | 0.046 | 0.025 | < 0.010 | 10/12/2018 |
| Blue White Fish Meal | 9.16 | 0.159 | 0.134 | < 0.01 | 4/27/2018 |
| Blue White Fish Meal | 10.8 | 0.194 | 0.22 | < 0.010 | 10/17/2018 |
| Catfish | 0.063 | < 0.010 | 0.012 | 0.016 | 7/23/2018 |
| Catfish FRH | 0.013 | 0.014 | 0.018 | 0.036 | 9/14/2017 |
| Catfish FRH | 0.211 | 0.027 | 0.029 | 0.044 | 2/3/2018 |
| Catfish FRH | 0.277 | 0.021 | 0.031 | 0.028 | 5/8/2018 |
| Catfish HRF | 0.142 | < 0.01 | 0.048 | 0.053 | 7/19/2018 |
| Catfish HRF | 0.193 | 0.012 | 0.034 | 0.053 | 10/30/2018 |
| Catfish Meal | 0.072 | 0.018 | < 0.010 | 0.185 | 10/5/2015 |
| Catfish Meal | 0.107 | 0.03 | < 0.010 | 0.251 | 10/5/2015 |
| Catfish Meal | 0.121 | 0.014 | < 0.010 | 0.25 | 6/14/2017 |
| Catfish Meal | 0.096 | < 0.010 | < 0.010 | 0.141 | 2/2/2018 |
| Catfish Meal | 0.079 | 0.015 | 0.012 | 0.206 | 4/11/2018 |

CONFIDENTIAL

33

| | | | | | |
|---|---|---|---|---|---|
| Catfish Meal | 0.123 | 0.018 | < 0.010 | 0.162 | 10/16/2018 |
| Catfish Oil | 0.158 | < 0.010 | < 0.010 | 0.141 | 6/27/2016 |
| Cod Liver | 4.44 | 0.065 | 0.042 | < 0.01 | 7/19/2018 |
| Cod Liver | 4.4 | 0.016 | 0.017 | 0.011 | 5/3/2018 |
| Cod Liver Blend | 4.1 | 0.028 | 0.022 | < 0.010 | 3/19/2018 |
| Cod Liver BLend | 1.36 | 0.029 | 0.189 | < 0.010 | 10/20/2018 |
| Cod Meal | 11.4 | 0.154 | 0.189 | 0.034 | 7/5/2016 |
| Cod Meal | 5.01 | 0.143 | 0.242 | 0.092 | 5/31/2017 |
| Cod Meal | 7.41 | 0.117 | 0.297 | 0.041 | 2/14/2018 |
| Dried Herring | 5.07 | 0.751 | 0.298 | 0.175 | 10/3/2018 |
| Dried Salmon | 2.52 | 0.016 | 0.069 | < 0.010 | 5/31/2017 |
| Flouder | 3.61 | 0.016 | 0.024 | < 0.010 | 8/6/2016 |
| Flouder | 2.94 | 0.013 | 0.02 | < 0.010 | 2/3/2018 |
| Flouder | 1.76 | 0.084 | 0.04 | 0.014 | 2/26/2018 |
| Flouder | 1.18 | 0.058 | 0.037 | 0.041 | 5/3/2018 |
| Flouder | 1.96 | < 0.01 | 0.014 | < 0.01 | 7/19/2018 |
| Flouder | 1.35 | 0.029 | 0.036 | < 0.01 | 10/20/2018 |
| Frozen Fish - Flounder | 5.383 | 0.018 | 0.029 | 0.13 | 4/3/2015 |
| Frozen Fish - Hake/Whiting | 2.704 | 0.022 | 0.02 | < 0.010 | 4/14/2015 |
| Frozen Fish - Hering | 1.058 | 0.034 | 0.019 | < 0.010 | 3/13/2015 |
| Frozen Fish - Mackerel | 1.395 | 0.021 | 0.023 | < 0.010 | 4/3/2015 |
| Frozen Fish - Monkfish | 20.529 | < .010 | 0.165 | < 0.010 | 4/3/2015 |
| Frozen Fish - Redfish | 0.8 | 0.043 | 0.044 | < 0.010 | 4/3/2015 |
| Herring Meal | 5.08 | 0.152 | 0.066 | 0.038 | 6/19/2017 |
| Herring Meal | 4.06 | 0.203 | 0.091 | 0.049 | 1/31/2018 |
| Herring Meal | 2.42 | 0.121 | 0.051 | 0.014 | 4/10/2018 |
| Herring Meal | 4.15 | 0.146 | 0.066 | 0.024 | 7/27/2018 |
| Herring Oil | 9.57 | < 0.010 | < 0.010 | < 0.010 | 6/27/2016 |
| LA Herring Meal | 6.48 | 0.226 | 0.101 | 0.033 | 10/9/2018 |
| Mackerel Blend | 1.1 | 0.075 | 0.018 | < 0.010 | 8/6/2016 |
| Mackerel Blend | 1.2 | 0.196 | 0.018 | < 0.010 | 9/13/2017 |
| Mackerel Blend | 1.48 | 0.081 | 0.018 | 0.015 | 5/3/2018 |
| Mackerel Meal | 2.16 | 1.39 | 0.063 | 0.06 | 2/10/2018 |
| Mackerel Meal | 2.51 | 1.45 | 0.07 | 0.112 | 4/15/2018 |
| Mackerel Meal | 1.8 | 1.19 | 0.104 | 0.05 | 7/27/2018 |
| Mackerel Meal | 1.97 | 1.36 | 0.103 | 1.36 | 10/17/2018 |
| Mackerel Oil | 6.62 | < 0.010 | < 0.010 | < 0.010 | 6/27/2016 |
| Monkfish | 4.84 | 0.011 | 0.056 | 0.026 | 8/6/2016 |
| Monkfish | 5.08 | < 0.010 | 0.06 | 0.038 | 9/13/2017 |
| Monkfish | 2.32 | 0.13 | 0.024 | 0.114 | 2/3/2018 |
| Perch | 0.536 | 0.012 | 0.06 | 0.019 | 8/6/2016 |
| Perch | 0.102 | 0.017 | 0.069 | 0.018 | 4/24/2018 |
| Pollock Meal | 2.59 | 0.184 | 0.061 | 0.012 | 2/2/2018 |
| Pollock Meal | 4.02 | 0.228 | 0.034 | 0.01 | 4/19/2018 |
| Pollock Meal | 4.04 | 0.155 | 0.035 | < 0.010 | 7/24/2018 |
| Pollock Meal | 3.7 | 0.205 | 0.033 | < 0.010 | 10/27/2018 |
| Poluck Meal | 2.49 | 0.121 | 0.033 | 0.011 | 6/19/2017 |
| Poluck Oil | 6.91 | < 0.010 | < 0.010 | < 0.010 | 6/27/2016 |
| Premium Dried Sardines | 5.71 | 1.01 | 0.083 | 0.145 | 7/24/2018 |

CONFIDENTIAL

| | | | | | |
|---|---|---|---|---|---|
| Rainbow Trout | 0.399 | < 0.010 | 0.022 | < 0.010 | 9/14/2017 |
| Rainbow Trout | 0.501 | < 0.010 | 0.018 | < 0.010 | 2/24/2018 |
| Rainbow Trout | 0.369 | < 0.01 | < 0.01 | < 0.01 | 7/19/2018 |
| Rainbow Trout | 0.196 | < 0.01 | 0.01 | < 0.01 | 10/30/2018 |
| Rainbow Trout | 0.141 | < 0.01 | < 0.01 | < 0.01 | 12/23/2018 |
| Salmon Oil | 0.991 | < 0.010 | < 0.010 | < 0.010 | 10/15/2015 |
| Silver Hake | 2.81 | 0.039 | 0.029 | < 0.010 | 9/13/2017 |
| Silver Hake | 0.68 | 0.015 | 0.025 | < 0.010 | 2/8/2018 |
| Spray Dried Herring | 2.43 | 0.159 | 0.654 | 0.057 | 4/19/2018 |
| Spray Dried Herring | 4.12 | 0.6 | 0.295 | 0.362 | 10/27/2018 |
| Spray Dried Mackerel | 6.95 | 0.727 | 0.053 | 0.033 | 6/19/2017 |
| Spray Dried Mackerel | 5.39 | 0.714 | 0.144 | 0.048 | 2/3/2018 |
| Spray Dried Mackerel | 6.32 | 0.377 | 0.076 | 0.036 | 5/8/2018 |
| Spray Dried Mackerel | 6.2 | 0.232 | ..048 | 0.025 | 7/31/2018 |
| Spray Dried Sardines | 5.6 | 0.62 | 0.046 | 0.048 | 4/15/2018 |
| Spray Dried Sardines | 6.4 | 0.746 | 0.61 | 0.094 | 10/9/2018 |
| White Fish Meal | 2.93 | 0.141 | 0.043 | 0.013 | 4/10/2018 |
| White Fish Meal | 9.46 | 0.222 | 0.149 | 0.054 | 7/24/2018 |
| White Fish Meal | 2.75 | 0.573 | 0.18 | 0.038 | 12/6/2018 |
| Whole Catfish | 0.128 | < 0.010 | 0.023 | 0.037 | 6/24/2016 |
| Whole Catfish | 0.194 | < 0.010 | 0.026 | 0.036 | 9/7/2017 |
| Whole Catfish | 0.106 | 0.01 | 0.025 | 0.247 | 9/15/2017 |
| Whole Catfish | 0.103 | < 0.010 | 0.043 | 0.037 | 2/8/2018 |
| Whole Catfish | 0.08 | < 0.010 | 0.046 | 0.026 | 4/24/2018 |
| Wild Atlantic Blend | 1.4 | 0.052 | 0.031 | < 0.010 | 8/6/2016 |
| Wild Atlantic Blend | 1.89 | 0.045 | 0.033 | 0.011 | 9/13/2017 |
| Wild Atlantic Blend | 2.8 | 0.043 | 0.039 | 0.076 | 8/6/2018 |
| Wild Caught Perch | 0.38 | 0.013 | 0.043 | 0.069 | 9/13/2017 |
| Wild Caught Perch | 0.472 | 0.014 | 0.056 | 0.023 | 2/3/2018 |

*Testing Omitted: Non-Fish Ingredients, Cat Food, and Testing labeled "Pet Food"

** Blank = No Matching Test Data