UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **AFSHIN ZARINEBAF** and **ZACHARY CHERNIK, JOAN MEYER**, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> **CHAMPION PETFOODS USA INC.** and **CHAMPION PETFOODS LP,** <br><br> Defendants. | Case No.: 1:18-cv-06951 <br> Hon. Virginia M. Kendall |

**DEFENDANTS' MOTION TO EXCLUDE
PLAINTIFFS' EXPERT WITNESS DR. GARY PUSILLO**

Defendants Champion Petfoods USA Inc. and Champion Petfoods LP (collectively, "Champion"), by and through the undersigned counsel, hereby move this Court pursuant to Federal Rule of Evidence 702 ("Rule 702") and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), for an order barring the expert testimony and opinions of Plaintiffs' proffered expert Dr. Gary Pusillo. In support of this motion, Champion states as follows:

1. As set forth in Champion's accompanying memorandum, Dr. Pusillo's testimony and opinions that (i) Champion's dog food and ingredients are not "certified for safety"; (ii) certain statements on Champion's packaging are untrue; and (iii) plastic containers and packaging materials used by Champion "can be a source of" bisphenol A ("BPA") should be excluded from this case because they fail to satisfy the requirements of Rule 702 and *Daubert*.

2. Wherefore, Champion respectfully moves this Court for an order excluding the opinions and testimony of Dr. Pusillo, precluding him from testifying at trial, and for such other and further relief as the Court deems appropriate.

Dated: April 29, 2021

Respectfully submitted,

s/ *David A. Coulson*
David A. Coulson (ARDC #6199911)
Jessica J. Fishfeld (ARDC #6313149)
Jared R. Kessler (Admitted *pro hac vice*)
Robert S. Galbo (Admitted *pro hac vice*)
Elisa H. Baca (Admitted *pro hac vice*)
GREENBERG TRAURIG P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
Tel: (305) 579-0754
Fax: (305) 579-0500
coulsond@gtlaw.com
johnsonj@gtlaw.com
kesslerj@gtlaw.com
galbor@gtlaw.com
bacae@gtlaw.com

Francis A. Citera (ARDC # 6185263)
GREENBERG TRAURIG LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Tel: (312) 456-8400
Fax: (312) 456-8435
citeraf@gtlaw.com

Rick L. Shackelford, Esq. (*pro hac vice*)
GREENBERG TRAURIG LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 310-586-3878
Facsimile: 310-586-7800
Email: shackelfordr@gtlaw.com

***Attorneys for Defendants***
***Champion Petfoods USA Inc. and***
***Champion Petfoods LP***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of April, 2021, I served the foregoing document on all counsel of record identified on the below Service List via Registered Email.

/s/ David A. Coulson
DAVID A. COULSON

## SERVICE LIST

Charles J. LaDuca
Katherine Van Dyck
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Tel: 202-789-3960
Email: charlesl@cuneolaw.com
Email: kvandyck@cuneolaw.com

Rebecca A. Peterson
Robert K. Shelquist
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
Tel: 612-339-6900
Email: rapeterson@locklaw.com
Email: rkshelquist@locklaw.com

Kevin A. Seely
ROBBINS LLP
5040 Shoreham Place
San Diego, CA 92122
Tel: 619-525-3990
Email: KSeely@robbinsllp.com

Daniel E. Gustafson
GUSTAFSON GLUEK PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: 612-333-8844
Email: dgustafson@gustafsongluek.com

*Attorneys for Plaintiffs*

Kenneth A. Wexler
Kara A. Elgersma
Michelle Perkovic
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Tel: 312-346-0022
Email: kaw@wexlerwallace.com

Mark J. Tamblyn
WEXLER WALLACE LLP
333 University Ave., Suite 200
Sacramento, CA 95825
Tel: 916-565-7692
Email: mjt@wexlerwallace.com

Joseph J. DePalma
Susana Cruz Hodge
LITE DEPALMA GREENBERG, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Email: jdepalma@litedepalma.com
Email: scruzhodge@litedepalma.com