UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AFSHIN ZARINEBAF, ZACHARY CHERNIK, and JOAN MEYER, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CHAMPION PETFOODS USA INC. and CHAMPION PETFOODS LP,<br><br>Defendants. | Case No. 1:18-cv-06951<br><br>Honorable Virginia M. Kendall |

**INDEX OF EXHIBITS TO DEFENDANTS CHAMPION PETFOODS USA INC. AND CHAMPION PETFOODS LP'S STATEMENT OF MATERIAL FACTS**

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | Declaration of Chinedu Ogbonna, and Ex. A and B thereto |
| 2 | Deposition of Peter Muhlenfeld dated December 4, 2018 ("Muhlenfeld Dep. Vol. 1") (excerpts) |
| 3 | Declaration of Jeff Johnston |
| 4 | Declaration of Christopher Milam |
| 5 | Plaintiff Chernik's Response to Champion's First Set of Interrogatories |
| 6 | Deposition of Plaintiff Zachary Chernik (excerpts) |
| 7 | Plaintiff Zarinebaf's Response to Champion's First Set of Interrogatories |
| 8 | Deposition of Plaintiff Afshin Zarinebaf (excerpts), and Ex. 3 thereto |
| 9 | Plaintiff Meyer's Response to Champion's First Set of Interrogatories |
| 10 | Deposition of Plaintiff Joan Meyer (excerpts), and Ex. 3 thereto |
| 11 | Expert Report of Dr. Robert H. Poppenga |
| 12 | Deposition of Peter Muhlenfeld dated November 13, 2018 ("Muhlenfeld Dep. Vol. 2") (excerpts) |
| 13 | Deposition of Jeff Johnston dated November 29, 2018 (excerpts) |
| 14 | Expert Rebuttal Report of Dr. Robert H. Poppenga |

| 15 | Deposition of Sean Callan dated May 9, 2019 ("Callan Dep. Vol. 1") (excerpts) |
|---|---|
| 16 | Deposition of Dr. Gary Pusillo dated April 26, 2019 ("Pusillo Dep. Vol. 1") (excerpts) |
| 17 | Deposition of Dr. Gary Pusillo dated May 31, 2019 ("Pusillo Dep. Vol. 2") (excerpts) |
| 18 | Deposition of Kenneth Gilmurray dated July 2, 2019 (excerpts), and Ex. 18, 19, 21 thereto |
| 19 | Deposition of Jim Wagner dated April 3, 2019 (excerpts), and Ex. 4 thereto |
| 20 | Deposition of Erik Flakstad dated December 7, 2018 (excerpts) |
| 21 | Declaration of Gayan Hettiarachchi filed in *Weaver v. Champion Petfoods USA Inc.*, Case No. 2:18-cv-1996-JPS (E.D. Wis.) [ECF No. 111-4], and Ex. A thereto |
| 22 | CPF2118823-24, Texas A&M Veterinary Medical Diagnostic Laboratory Pentobarbital Test Results |
| 23 | Deposition of Sean Callan dated August 20, 2019 ("Callan Dep. Vol. 2") (excerpts) |
| 24 | FDA, *Questions and Answers: Evanger's Dog and Cat Food* (webpage archived on Feb. 7, 2019) |
| 25 | Deposition of Gary Pusillo dated September 12, 2019 ("Pusillo Dep. Vol. 3") (excerpts) |

| | |
|---|---|
| Dated: May 12, 2021 | s/ *David A. Coulson*<br>David A. Coulson (ARDC #6199911)<br>Jessica J. Fishfeld (ARDC #6313149)<br>Jared R. Kessler (*pro hac vice*)<br>Robert S. Galbo (*pro hac vice*)<br>Elisa H. Baca (*pro hac vice*)<br>GREENBERG TRAURIG P.A.<br>333 S.E. 2nd Avenue, Suite 4400<br>Miami, FL 33131<br>Tel: (305) 579-0754<br>Fax: (305) 579-0500<br>Email: coulsond@gtlaw.com<br>johnsonj@gtlaw.com<br>kesslerj@gtlaw.com<br>galbor@gtlaw.com<br>bacae@gtlaw.com<br><br>Francis A. Citera (ARDC # 6185263)<br>GREENBERG TRAURIG LLP<br>77 West Wacker Drive, Suite 3100<br>Chicago, IL 60601<br>Tel: (312) 456-8400<br>Fax: (312) 456-8435<br>Email: citeraf@gtlaw.com<br><br>Rick L. Shackelford, Esq. (*pro hac vice*)<br>GREENBERG TRAURIG LLP<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067<br>Tel: (310) 586-3878<br>Fax: (310) 586-7800<br>Email: shackelfordr@gtlaw.com<br><br>***Attorneys for Defendants***<br>***Champion Petfoods USA Inc. and***<br>***Champion Petfoods LP*** |

3