UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AFSHIN ZARINEBAF, ZACHARY CHERNIK, and JOAN MEYER, individually and on behalf of a class of similarly situated individuals, | ) | Case No. 1:18-cv-06951 |
| | ) | Honorable Virginia M. Kendall |
| PLAINTIFFS, | ) | |
| v. | ) | |
| CHAMPION PETFOODS USA, INC. and CHAMPION PETFOODS LP, | ) | |
| DEFENDANTS. | ) | |

**DECLARATION OF REBECCA PETERSON IN SUPPORT OF PLAINTIFFS' REPLY FOR CLASS CERTIFICATION**

I, Rebecca A. Peterson, declare the following:

1. I am an attorney at the law firm of Lockridge Grindal Nauen P.L.L.P. ("LGN"). I represent Plaintiffs in this matter and submit this Declaration in support of Plaintiffs' Reply for Class Certification.

2. This Declaration is based on my personal knowledge and review of my files.

3. Attached as **Exhibit 72** is a true and correct copy of excerpts from the Deposition of Zachary Chernik, taken on December 8, 2020.

4. Attached as **Exhibit 73** is a true and correct copy of a chart identifying the number of times specific terms appear on the packaging for Acana Heritage Free-Run Poultry; Acana Heritage Red Meat; Acana Regionals Grasslands; Acana Regionals Meadowland; Acana Singles Lamb & Apple; Acana Singles Pork & Squash; Acana Singles Wild Mackerel; Orijen Six Fish; Orijen Original; Orijen Regional Red; and Orijen Senior.

5. Attached as **Exhibit 74** is a true and correct copy of excerpts from the 30(b)(6) Deposition of Jeff Johnston, dated June 24, 2020.

6. Attached as **Exhibit 75** is a true and correct copy of an e-mail communication between Jeff Johnston, Peter Muhlenfeld, Rick Raposo, Clement Lee, and Robin Jean, dated March 12 and 13, 2013 (Bates numbered CPF1292285).

7. Attached as **Exhibit 76** is a true and correct copy of Dr. Gary Pusillo's Rebuttal to Dr. Poppenga's Expert Report, dated December 2, 2020.

8. Attached as **Exhibit 77** is a true and correct copy of Dr. Robert H. Poppenga's Expert Report, dated February 19, 2021.

9. Attached as **Exhibit 78** is a true and correct copy of excerpts from the Deposition of Stefan Boedeker, dated March 16, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 19, 2021, in Minneapolis, Minnesota.

*/s/ Rebecca A. Peterson*
Rebecca A. Peterson