**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**AFSHIN ZARINEBAF, ZACHARY CHERNIK and JOAN MEYER,** individually and on behalf of a class of similarly situated individuals,

**PLAINTIFFS,**

V.

**CHAMPION PETFOODS USA, INC.** and **CHAMPION PETFOODS LP,**

**DEFENDANTS.**

Case No. 1:18-CV-06951

Honorable Virginia M. Kendall

**DECLARATION OF REBECCA PETERSON IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE PLAINTIFF'S EXPERT SEAN CALLAN**

I, Rebecca A. Peterson, declare the following:

1. I am an attorney and Partner at the law firm of Lockridge Grindal Nauen P.L.L.P. ("LGN"). I represent Plaintiffs in this matter and submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Exclude Plaintiffs' Expert Sean Callan.

2. This Declaration is based on my personal knowledge and review of my files.

3. Attached as Exhibit 1 is a true and correct copy of the Expert Report of Sean Callan, dated August 6, 2019.

4. Attached as Exhibit 2 is a true and correct copy of excerpts from the Deposition of Robert H. Poppenga, DMV, Ph.D., DABVT, taken on August 26, 2019, in the related case *Reitman v. Champion Petfoods, USA, Inc., et al.*, Case No. 2:18-cv-01736-DOC-JPR (C.D. Cal.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2021, in Minneapolis, Minnesota.

*/s/ Rebecca A. Peterson*
Rebecca A. Peterson