**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **AFSHIN ZARINEBAF, ZACHARY CHERNIK and JOAN MEYER,** individually and on behalf of a class of similarly situated individuals,<br><br>**PLAINTIFFS**,<br><br>V.<br><br>**CHAMPION PETFOODS USA, INC.** and **CHAMPION PETFOODS LP**,<br><br>**DEFENDANTS**. | Case No. 1:18-CV-06951<br><br>Honorable Virginia M. Kendall<br><br>**DECLARATION OF REBECCA PETERSON IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE PLAINTIFF'S EXPERT WITNESS DR. GARY PUSILLO** |

I, Rebecca A. Peterson, declare the following:

1. I am an attorney and Partner at the law firm of Lockridge Grindal Nauen P.L.L.P. ("LGN"). I represent Plaintiff in this matter and submit this declaration in support of Plaintiff's Opposition to Defendants' Motion to Exclude Plaintiff's Expert Dr. Gary Pusillo.

2. This Declaration is based on my personal knowledge and review of my files.

3. Attached as Exhibit 1 is as true and correct copy of "Evaluation of Arsenic, Cadmium, Lead and Mercury Contamination in Over-the Counter Available Dry Dog Foods With Different Animal Ingredients (Red Meat, Poultry, and Fish), from *Frontiers in Veterinary Science*, published October 25, 2018.

4. Attached as Exhibit 2 is a true and correct copy of "Analysis of Toxic Trace Metals in Pet Foods Using Cryogenic Grinding and Quantitation by ICP-MS, Part 1," from Spectroscopyonline.com, published January 1, 2011.

5. Attached as Exhibit 3 is a true and correct copy of "Mineral Composition of Cereal and Cereal-Free Dry Dog Foods versus Nutritional Guidelines," from *Molecules*, published November 6, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2021 in Minneapolis, Minnesota.

*/s/ Rebecca A. Peterson*
Rebecca A. Peterson