**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AFSHIN ZARINEBAF, ZACHARY CHERNIK, and JOAN MEYER, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CHAMPION PETFOODS USA INC. and CHAMPION PETFOODS LP,<br><br>Defendants. | ) | Case No. 1:18-cv-06951<br><br>Honorable Virginia M. Kendall |

**PLAINTIFFS' ADDITIONAL STATEMENTS**
**<u>OF UNDISPUTED MATERIAL FACTS</u>**

Pursuant to Local Rule 56.1(b)(3)(C), Plaintiffs respectfully set forth the following additional material facts about which they contend there exists no genuine issue of fact:

**<u>Packaging Claims and Omissions</u>**

1. CPF promises on its packaging that its Dog Food is "Biologically Appropriate" and made with "Fresh Regional Ingredients" and "Natural Ingredients" that are "Delivered Daily," and come from "trusted" suppliers. (*See* **Dkts. 95-2; 95-3; 95-4; 95-5; 95-6; 95-7; 95-8; 95-9; 95-10; 95-11; 95-12** (CPF Packaging for the Dog Food diets (1) Acana Free-Run Poultry; (2) Acana Regionals Grasslands; (3) Acana Heritage Meats; (4) Acana Singles Lamb & Apple; (5) Acana Singles Pork & Squash; (6) Acana Regionals Meadowland; (7) Acana Singles Wild Mackerel; (8) Orijen Six Fish; (9) Orijen Original; (10) Orijen Regional Red; and (11) Orijen Senior); **Pls.' Ex. 20**, CPF1973651, at -3677 [redacted] ***Id***. at -55 [redacted] *see also* **Pls.' Ex. 21**, Deposition of Peter Muhlenfeld, taken December 4, 2018, at 154:1-3 (the goal of "Biologically Appropriate" dog food is "to get as close to the natural diet as possible.").)

2. CPF further represents on its packaging that the Dog Food "Deliver[s] Nutrients Naturally." (*See* **Dkts. 95-2; 95-3; 95-4; 95-5; 95-6; 95-7; 95-8** (CPF Packaging for the at-issue Acana Dog Food diets (1) Acana Free-Run Poultry; (2) Acana Regionals Grasslands; (3) Acana Heritage Meats; (4) Acana Singles Lamb & Apple; (5) Acana Singles Pork & Squash; (6) Acana Regionals Meadowland; and (7) Acana Singles Wild Mackerel.) CPF induces reasonable consumers to believe that the Dog Food supplies "nutrients in their freshest, most natural and flavorful form" and that CPF's "authentic fresh ingredients mirror those Mother Nature provides. (**Dkt. 95-17**, CPF1748855 at -8858.)

3. CPF does not intend Biologically Appropriate to be a statement of opinion, but rather something consumers can use to understand the contents and ingredient sources of the Dog Food. (**Pls.' Ex. 22**, CPF2116940, at -49 ("Q. WHAT DOES BIOLOGICALLY APPROPRIATE™ MEAN? A. The Biologically Appropriate™ concept is simple: mirror the freshness and variety of meats that dogs and cats are evolved to eat."); **Dkt. 95-34**, CPF0191844 (White Paper authored by CPF detailing its Biologically Appropriate concept and focusing on the use of "fresh" (i.e., never frozen) animal ingredients); *see also* **Pls.' Ex. 21**, at 117:9-118:6 ("I would ... describe [Biologically Appropriate] this way, to the limits of technology, ingredient processing, food science. As close to that as possible with the perfect food.").)

4. CPF emphasizes the fresh, regional ingredients supposedly used in its Biologically Appropriate Dog Food because CPF knows that advertising "fresh" and "regional" ingredients is a "great asset." (**Dkt. 95-16**, CPF1803444 at -3444 ("Here is information back from marketing…Based on feedback in the field and from our expert panels fresh regional ingredients (FRI) are our biggest opportunity…The ability to feature and tell this story is a great asset. More pet lovers are looking beyond the ingredient panel to see where their ingredients come from. Our ability to source transparently (named sourcing, 100 mile diet) and leverage our local smaller suppliers gives us the greatest advantage.").)

5. CPF's internal communications admit that "Biologically Appropriate" and "Fresh Regional Ingredients" are its "key differentiators." (**Dkt. 95-13**, CPF0257792, at -7812, -7818, -7831, -7842, and -7853.)

6. [redacted] (**Pls.' Ex. 20**, at -3669; *see also* **Dkt. 95-14**, at -9068 (Biologically Appropriate and Fresh Regional Ingredients intentionally induce reasonable consumers, who CPF dubs "Pet Lovers," to pay premium prices because, as CPF knows, Pet Lovers "want the best for their dogs…[,] insist on the freshest and most nourishing ingredients, and hold us to the highest standards.").)

7. Plaintiffs' survey found that 68-89% of respondents interpret the Packaging Claims consistent with their allegations: the inclusion of non-conforming ingredients and contaminants render the Packaging Claims and Packaging Omissions false and deceptive to consumers because such information is material to consumers. (**Dkt. 95-71**, at Figures 12-23; *see also* **Dkt. 95-18**, at ¶¶ 32(k)-(l), 147.)

| **EXPECTATIONS SURVEY OF REASONABLE CONSUMERS** | **Acana Diets** | **Orijen Diets** |
|---|---|---|
| **From the "Biologically Appropriate" statements on the Dog Food, consumers would expect that:** | | |
| The dog food shown does not contain heavy metals. | 84.3% | 82.8% |
| The dog food shown does not contain BPA (Bisphenol A). | 73.2% | 71.3% |
| The dog food shown does not contain pentobarbital | 68.2% | 69.9% |
| The dog food shown only contains fresh ingredients, unless specifically stated otherwise on the packaging. | 83.9% | 89% |
| **From the "Fresh" statements on the Dog Food, consumers would expect that:** | | |
| The dog food shown contains only fresh ingredients unless specifically stated otherwise on the packaging. | 84.7% | 84.2% |
| The dog food shown does not contain any expired ingredients. | 88.4% | 79.4% |

| | | |
|---|---|---|
| The dog food shown does not contain any reground dog food (dog food previously manufactured by this manufacturer but that did not meet its specifications for sale). | 76.9% | 78.5% |
| **From the "Regional" statements on the Dog Food, consumers would expect that:** | | |
| The dog food shown does not contain imported ingredients. | 76.9% | 73.7% |
| Each ingredient in the dog food shown is from the region where the food is made unless specifically stated otherwise on the packaging. | 77.3% | 79.4% |
| **From the "Delivering nutrients naturally" statements on the Dog Food, consumers would expect that:** | | |
| The dog food shown does not contain heavy metals. | 84.7% | n/a |
| The dog food shown does not contain BPA (Bisphenol A). | 74.4% | n/a |

8. On every bag, CPF repeatedly claims the Dog Food is "Biologically Appropriate," and made with fresh, regional, and natural ingredients. (*See* **Dkts. 95-2**; **95-3**; **95-4**; **95-5**; **95-6**; **95-7**; **95-8**; **95-9**; **95-10**; **95-11**; **95-12**; **Pls.' Ex. 20**, at -3677 ("Champion's Philosophy is Printed on Every Bag").)

| **Diet** | **Total Number of "Fresh" Claims** | **Total Number of "Regional" Claims** | **Total Number of "Biologically Appropriate" Claims** |
|---|---|---|---|
| Acana Heritage Free-Run Poultry 2016-2017 (CPFB00032) | 22 | 11 | 9 |
| Acana Heritage Free-Run Poultry 2018 (CPFB00033) | 28 | 7 | 9 |
| Acana Heritage Meats 2016-2017 (CPFB00036) | 19 | 10 | 9 |
| Acana Heritage Red Meat 2018 (Dkt. 114-1; Ex. A at ¶ 40 at Ex. 1) | 18 | 7 | 9 |
| Acana Regionals Grasslands 2016-2017 (CPFB00039) | 18 | 24 | 9 |
| Acana Regionals Grasslands 2018 (CPFB00040) | 17 | 23 | 9 |
| Acana Regionals Meadowland 2016-2017 (CPFB00042) | 18 | 24 | 9 |
| Acana Regionals Meadowland 2018 (CPFB00043) | 15 | 25 | 9 |

| Diet | Total Number of "Fresh" Claims | Total Number of "Regional" Claims | Total Number of "Biologically Appropriate" Claims |
|---|---|---|---|
| Acana Singles Lamb & Apple 2016-2017 (CPFB00050) | 18 | 11 | 9 |
| Acana Singles Lamb & Apple 2018 (CPFB00052) | 12 | 5 | 5 |
| Acana Singles Pork & Squash 2016-2017 (CPFB00056) | 22 | 11 | 9 |
| Acana Singles Pork & Squash 2018 (CPFB00057) | 12 | 5 | 5 |
| Acana Singles Wild Mackerel 2016-2017 (CPFB00055) | 17 | 11 | 9 |
| Orijen Six Fish 2016 (CPFB00084) | 24 | 6 | 8 |
| Orijen Six Fish 2017 (CPFB00088) | 26 | 6 | 7 |
| Orijen Six Fish 2018 (CPFB00089) | 26 | 6 | 6 |
| Orijen Original 2016-2017 (CPFB00061) | 26 | 7 | 8 |
| Orijen Original 2018 (CPFB00065) | 26 | 7 | 7 |
| Orijen Regional Red 2016-2017 (CPFB00077) | 25 | 14 | 8 |
| Orijen Regional Red 2018 (CPFB00082) | 25 | 17 | 6 |
| Orijen Senior 2016-2017 (CPF0001906) | 26 | 9 | 6 |
| Orijen Senior 2018 (CPF0002883) | 26 | 9 | 6 |

**Plaintiffs**

9. Like the members of the putative Classes, Plaintiffs relied on the Packaging Claims and Omissions when making their purchasing decisions. (*See* **Dkt. 95-36,** at 34:24-35:7, 36:6-9, 111:10-19, 112:8-16, 190:14-22; **Dkt. 95-37,** at 68:21-25, 76:7-17, 80:21-81:2, 84:23-85:4; **Dkt. 95-38,** at 38:24-39:12, 86:19-87:5, 96:23-97:11, 98:14-99:7, 112:11-16.) Plaintiffs were unaware the Dog Food may contain heavy metals, BPA, pentobarbital, non-regional, and non-fresh ingredients, and would not

have purchased the Dog Food had this information been disclosed. (*See* **Dkt. 95-36,** at 70:1-4, 141:14-20, 205:6-13, 242:5-19; **Dkt. 95-37,** at 93:23-94:2, 94:13-21, 96:24-97:18; **Dkt. 95-38,** at 113:13-21, 142:19-143:14, 145:19-22, 176:19-177:14.)

10. Reasonable consumers, such as Plaintiffs, would expect Dog Food claiming to be "Biologically Appropriate" to not contain heavy metals, BPA, pentobarbital, and to contain only fresh ingredients, unless specifically stated otherwise on the packaging. (*See* **Dkt. 95-36,** at 70:1-4, 141:14-20, 205:6-13 (Chernik testifying he did not expect regrinds to be in the Dog Food), 242:5-19; **Dkt. 95-37,** at 93:23-94:2, 94:13-21, 96:24-97:18; **Dkt. 95-38,** at 98:21-99:24 (Zarinebaf testifying that "Biologically Appropriate for me is that, first of all, it's fresh. It's not expired."), 142:19-143:14, 145:19-22, 176:19-177:14; 98:24-99:1.) Plaintiffs' marketing and survey experts confirm that a reasonable consumer would interpret "Biologically Appropriate" to mean that heavy metals and non-fresh ingredients were not used in the Dog Food and that the Dog Food would not have the risk of containing BPA or pentobarbital. (*See* **Dkt. 95-18,** at ¶32(i), ¶¶94-103, 173, 180, 193 (Silverman opines that a reasonable consumer would find the presence of heavy metals and non-fresh ingredients and the risk of BPA and pentobarbital as inconsistent with Biologically Appropriate); **Dkt. 95-71,** at Figures 14, 20 (Expectation Survey Results for Biologically Appropriate showing vast majority of respondents would understand Biologically Appropriate to mean that the dog food does not contain heavy metals, BPA, pentobarbital, and only contains fresh ingredients unless specifically stated otherwise.).)

11. Reasonable consumers such as Plaintiffs expected the Dog Food to contain only fresh ingredients, unless the label specifically stated otherwise. (*See* **Dkt. 95-36**, at 205:6-13; **Dkt. 121-7**, at 155:7-22 (Chernik testifying "fresh" fish could be put on ice "to keep their temperature cool, but not to the point of making them frozen"); **Dkt. 95-37**, at 80:3-8, 84:23-85:19 (Meyer testifying fresh fish meant it was caught and delivered fresh to CPF), 97:5-6 (testifying expired ingredients are not fresh); **Dkt. 95-38**, at 86:23-87:5, 96:23-97:11, 176:19-177:14 (Zarinebaf testifying that "Fresh should not

have any frozen ingredients in it.").) Plaintiffs' marketing and survey experts confirm that a reasonable consumer would interpret "Fresh" statements to mean that CPF only used fresh ingredients in its Dog Food. (*See* **Dkt. 95-18**, at ¶32(i); ¶¶104-122 (Silverman opines that a reasonable consumer not expect CPF to use non-fresh ingredients in its Dog Food based on the "Fresh" statements); **Dkt. 95-71**, at Figures 12, 18 (Expectation Survey Results for Fresh statements showing vast majority of respondents (84.7% to 84.2%) would understand CPF's "Fresh" statements to mean that the Dog Food only contains fresh ingredients unless specifically stated otherwise.).)

12. Plaintiffs, like other reasonable consumers, did not understand that CPF's claim of "raw" referred to the industry-specific definition by AAFCO, which defines "raw" as "Food in its natural or crude state not having been subjected to heat in the course of preparation as food." (*See* **Dkt. 95-38**, at 39:4-12 (Zarinebaf testifying that his primary considerations before purchasing the Dog Food included "…being raw, not frozen."); **Dkt. 113-4**, at 100:19-22 (When asked the difference between lamb that is raw and lamb that is frozen, Zarinebaf testified that "[t]he lamb is fresh, it's not regrind, it's not expired, it's not stored in the warehouse for a long period of time. And raw for me is not frozen."); **Dkt. 121-9**, at 107:19-22 (Zarinebaf testifying, "Raw means it's not frozen. Fresh means that freshly produced by the farmers and delivered to the factory to give to consumers."); **Pls.' Ex. 2**, at 139:6-20, 140:2-4 (Chernik testifying that raw means uncooked and unprocessed); **Dkt. 95-18**, at ¶112 ("Champion refers to its frozen or previously frozen ingredients as "raw." I do not believe that most consumers would see it that way.").) Further disputed to the extent that CPF packaging does not properly disclose the use of frozen ingredients, expired ingredients, and regrinds, all of which are non-fresh.); **Dkts. 95-2**; **95-3**; **95-4**; **95-5**; **95-6**; **95-7**; **95-8**; **95-9**; **95-10**; **95-11**; **95-12** (packaging for the Dog Food showing that frozen ingredients, expired ingredients, and regrinds are completely omitted from the Dog Food packaging.).) [redacted]

[redacted] **(Pls.' Ex. 3** [redacted]

13. Reasonable consumers, such as Plaintiffs, understood CPF's "regional" statements to mean that CPF that nearly all, if not all, of the ingredients used in its Dog Food were regional to DogStar kitchen. (*See* **Dkt. 95-36**, at 205:6-13, 242:5-19; 248:7-17 (Chernik testifying, "I thought there should be – like 90 percent plus would be regional because they talk about regional all the time."); **Dkt. 95-38**, at 39:4-12 (Zarinebaf testifying, "Primary thing was the ingredients that was mentioned on the package: fresh, you know, biological proper for the dog, and also local produced, being raw, not frozen."); 86:23-87:5 ("It said fresh, local, and produced by local farmers…") 96:23-97:11 ("…You look at the bag, and it says all this nutrition stuff and freshness, locally produced by the local farmers, regional produced…").) Plaintiffs' marketing and survey experts confirm that a reasonable consumer would interpret "Regional" ingredients to mean that CPF used mostly, if not entirely, regional ingredients in its Dog Food. (*See* **Dkt. 95-18**, at ¶32(i); ¶¶104-122 (Silverman opines that a reasonable consumer not expect CPF to use non-regional ingredients in its Dog Food based on the "Regional" statements); **Dkt. 95-71**, at Figures 13, 19 (Expectation Survey Results for Regional statements showing vast majority of respondents (73.7% to 76.9%) would not expect imported ingredients in the Dog Food based on "Regional" statements and that each ingredient was sourced regionally (79.4% to 77.3%) based on CPF "Regional" statements.).) CPF itself considers its "regional" packaging claim to be inconsistent with its use of non-regional ingredients. (**Dkt. 95-33**, at -07 ("We have recently considered changing this [regional] definition in our . . . name as we have outgrown our ability to source from our local region.").) The Dog Food packaging does not disclose that CPF sources ingredients outside the United States, such as turmeric from India, which a reasonable consumer would consider material and inconsistent with CPF's regional packaging claims. (**Dkt. 95-27**, at -35 ("[Turmeric] is currently from India.").)

14. Based on the Dog Food's statement "Delivering Nutrients Naturally," reasonable consumers, such as Plaintiffs, understood "Delivering Nutrients Naturally" to mean that the Dog Food did not risk containing unnatural contaminants, such as BPA and pentobarbital, and did not contain non-nutritious and undesirable contaminants, such as heavy metals. (*See* **Dkt. 95-36**, at 187:24-188:8 ("Q: What did 'delivering nutrients naturally' mean to you? A: …BPA free, it would be, you know, heavy metal free. I mean, where in the world is pentobarbital occurring naturally in nature unless it's injected by a human?"); **Dkt. 95-38**, at 112:11-16.) Plaintiffs' marketing and survey experts confirm that a reasonable consumer would interpret "natural" statements to mean that the Dog Food did not contain heavy metals or risk containing BPA and pentobarbital. (See **Dkt. 95-18**, at ¶32(i); ¶¶173, 180, and 193 (Silverman opines that a reasonable consumer would consider the presence of heavy metals and the risk of containing BPA and pentobarbital as inconsistent with CPF natural packaging claims); **Dkt. 95-71**, at Figure 21 (Expectation Survey Results for "Delivering Nutrients Naturally" showed that 84.7% of respondents would not expect the Dog Food to contain heavy metals based on this natural claim; 74.4% would not expect the Dog Food to contain BPA; and 71.9% would not expect the Dog Food to contain pentobarbital.).)

**Heavy Metals**

15. CPF internally acknowledged that it failed to properly monitor and test for heavy metals. (**Dkt. 95-43**, CPF1827829 (Oct. 3, 2008, e-mail from Peter Muhlenfeld to Jeff Johnston stressing the importance that CPF conduct regular heavy metal testing: "Not only are we negligent if we're not testing for these, we have no way to reassure our customers or ourselves for that matter."); **Dkt. 95-44**, CPF1295272 (October 16, 2013, e-mail from Jeff Johnston to Frank Burdzy, stating, "On the food safety side of things, there are a number of risks that we are running completely blind to that we really need to be looking at doing surveillance on as a company. These include … heavy metals …."); **Dkt. 95-45**, CPF0172530 (April 27, 2017, e-mail from Sarah Brown: "It looks like the [heavy metal] testing schedule

hasn't been followed too well, all of the fish diets are supposed to get heavy metals analysis as part of their extra testing."); **Pls.' Ex. 23**, CPF0211931 (June 2, 2017, e-mail from Bonnie Gerow: "I don't know that we need to specify exactly how many [heavy metal] tests were done, this works out to less than 1 test per year per diet for one kitchen only, so I don't think that would come across in a positive light."); **Dkt. 95-34** (White Paper authored by CPF admits that its Dog Food contains heavy metals.).)

16. CPF did not widely publicize or share its heavy metal test results with consumers. (**Pls.' Ex. 24**, CPF0066047 (Customer Care representatives were instructed to not share heavy metal test results with customers or retailers); **Pls.' Ex. 25**, CPF0001235 (CPF instructed its Sales Teams to use the White Paper discussing heavy metals and pet food on an "as needed basis"); **Pls.' Ex. 26**, CPF0210007 (CPF omitted such details as sampling frequency, lot numbers, and specific diets from the test results noted in the White Paper that discussed heavy metals and pet food); **Pls.' Ex. 27**, Deposition of Christopher Milam, taken November 28, 2018, at 151:5-152:5 (CPF doesn't give out heavy metals testing results because consumers would react); **Pls.' Ex. 28**, CPF2114090 (CPF actively prevented consumers from learning about the presence of "naturally occurring" heavy metals in its Dog Food by refusing to give actual results); **Dkt. 95-18**, at ¶¶160-173 (CPF was aware consumers were concerned about the presence of heavy metals in the Dog Food); *see also* **Dkt. 134-2**, *Evaluation of Arsenic, Cadmium, Lead and Mercury Contamination in Over-the-Counter Available Dry Dog Foods with Different Animal Ingredients (Red Meat, Poultry, and Fish*, at 7-8 ("Although the products that we examined appear to be safe for consumption… consumers may want to solicit information from companies regarding heavy metal contamination before purchase."); **Dkt. 134-3**, *Analysis of Toxic Trace Metals in Pet Foods Using Cryogenic Grinding and Quantitation by ICP-MS, Part I*, at 20 ("[t]he trace-element data [of heavy metals] generated in this study have shown there might be a cause of concern for owners who feed their pets commercially available dog and cat food"); **Dkt. 134-4**, *Mineral Composition of Cereal and Cereal-Free Dry Dog Foods versus Nutritional Guidelines*, at 3

(the "information provided on the dog food label should be helpful for the owner and include detailed information concerning not only the ingredients list, but also the nutritional value (incl. nutrient levels and mineral content) and feed additives used.").)

17. CPF's own employees believe that its ingredients and its Dog Food do not presently contain any heavy metals. (*See* **Dkt. 95-35**, 30(b)(6) Deposition of Jason Keith Arnold, taken November 27, 2018, at 14:22-24 ("I'm not aware of heavy metals being present in our foods."); **Pls.' Ex. 27**, at 38:23-39:9 (DogStar tests ingredients for heavy metals and "[w]e have not found any levels of heavy metals in any ingredients.").)

18. Through good manufacturing practices, CPF has the ability to lower the presence of heavy metals in the Dog Food, such as using ingredients that do not contain heavy metals. (*See* **Dkt. 95-41** (CPF third-party testing showed non-detectable amounts of heavy metals in deboned chicken); **Dkt. 95-39**, at 92:1-7 ("There should be a COA attached to [every lot of every ingredient coming in to the kitchen]… it's responsible for both as a supplier and – and also the receive that their – the food is actually tested for heavy metals."); ***Id***. at 139:1-2 ("They should buy ingredients that don't have heavy metals in it."); **Pls.' Ex. 7**, at 39:6-15 (in order to lower levels of heavy metals in dog food, CPF's own expert stated he would recommend the manufacturers source different ingredients); *see also* **Pls.' Ex. 29**, Deposition of Dr. Poppenga, taken October 8, 2020, in *Zeiger v. WellPet LLC*, Court File 4:17-CV-04056 (N.D. Cal.), at 86:5-12 (Q: Okay. And [pet food manufacturers] could at that point then choose, by testing, choose which ingredients should be added or not added to help address bringing the heavy metal levels down in that pet food. Correct? A: Yes. Q: Okay. Thank you. Would that also be true for BPA? A: Yes.").)

19. The FDA has not adopted usage of the National Research Council's ("NRC's") maximum tolerance limits ("MTLs") as a regulation or official guideline with respect to levels of heavy metals in dog food. (**Pls.' Ex. 7**, at 28:4-20 (CPF's expert stated the NRC MTLs "are not regulatory

limits," "action levels," or "tolerances."); **Pls.' Ex. 8**, at 3 (the FDA stated it "has not promulgated guidance, action levels, or tolerances for maximum content" for heavy metals, but instead reviews heave metals strictly as to whether the food is adulterated.).)

20. CPF's goal of zero heavy metals in its future dog foods is reasonable and aligns with current food and beverage standards. (*See* **Dkt. 124-6**, Dr. Pusillo's Rebuttal to Dr. Poppenga's Expert Report, at 15 ("The EPA sets its 'maximum contaminant level goal' for arsenic in water at zero, which is the level at which 'there is no known or expected risk of health.'"); **Dkt. 95-13**, at -7831 and -7842 [redacted]

21. The levels of heavy metals can bioaccumulate over time. (*See* **Dkt. 124-6**, at 15 ("[a]ll heavy metals … have their toxic effects on living organism," and "[t]he bioaccumulation of toxic metals can occur in the body and food chains.").)

<u>BPA</u>

22. BPA is an industrial chemical that has been linked to various health issues, including being an animal carcinogen and can negatively affect the developmental and reproductive systems. (*See* **Dkt. 124-6**, at 22-24.)

23. CPF's failure to test and screen for BPA results in the Dog Food containing BPA. (**Dkt. 95-51**, Expert Report of Sean Callan, dated April 8, 2019, at 1, 4-5; *see also* **Dkt. 95-48**, CPF1842665 (CPF does not regularly test for BPA or other plasticizers, as it viewed BPA as a "negligible risk."); *see also* **Pls.' Ex. 30**, CPF2028405, at -07 (in 2018, CPF claimed both a third-party laboratory and an internal laboratory test its foods for BPA "which we are confident provides Pet Lovers with peace-of-mind.").)

24. CPF does not verify or test to confirm its packaging and dog food are BPA-free, and instead relies on its packaging suppliers' guarantees to ensure that the packaging was BPA-free. (**Dkt. 95-49**, Deposition of Sarah Brown-Tarry, taken December 5, 2018, at 116:11-19; (testifying that CPF's

suppliers ensure their packaging is free of BPA); **Pls.' Ex. 31**, Deposition of Chinedu Ogbonna, taken December 7, 2018, at 158:14-159:3 (CPF's Manager for Regulatory Affairs testified that CPF did not conduct its own testing of packaging materials for BPA, but relied on suppliers' declarations); **Dkt. 95-50**, CPF2093092 (Sun Coast Packaging, Inc.'s Continuing Product Guaranty: "[A]ll product shipped to or on the order of Buyer after the date of this guaranty shall: ... Not contain any intentionally added Bisphenol A (BPA)."); *see also* **Pls.' Ex. 29**, at 86:5-12 (Pet food manufacturers could bring down levels of BPA in pet food by testing and then choosing which products to use.).)

25. The levels of BPA can bioaccumulate over time. (*See* **Dkt. 124-6**, at 23-24 ("dietary exposure [to BPA] could lead to even greater overall concentrations of BPA than single oral dose exposure and that there was a potential for bioaccumulation over time with chronic dietary exposure."); *see also* ***id.*** at 22, 29-30.)

26. Little has been done to investigate the effects of BPA in dog foods. (*See* **Dkt. 124-6**, at 24 ("However, there has been little investigation whether commercial-brands of dog foods contain BPA and potential health ramifications of BPA-dietary exposure in dogs."); **Pls.' Ex. 32**, Deposition of Dr. Poppenga, taken November 20, 2020, at 72:6-11 ("Q: And when was the last – does the NRC MTLs address BPA? A: No. Q: Is there any federal statement, regulation, or rule as to BPA and dog food? A: To my knowledge, no.").)

**Pentobarbital**

27. Pentobarbital is an unnatural, dangerous poison that is the opposite of Biologically Appropriate and is neither "fresh" nor natural. (*See* **Dkt. 68**, at ¶183.) CPF exposed the Dog Food, including diets purchased by Plaintiffs, to the presence and/or material risk of pentobarbital by utilizing beef tallow that contained pentobarbital and/or had the material risk of being contaminated with pentobarbital based on the subpar manufacturing practices of CPF and one of its beef tallow suppliers, JBS USA Food Company ("JBS"). (***Id.***, at ¶¶144-180.)

28. CPF purchased beef tallow from JBS from August 2016 to May 2018. (*See* **Dkt. 95-52**, Deposition of Kenneth Gilmurray, taken July 2, 2019, at 226:14-16; **Dkt. 95-53**, Declaration of Christopher Milam, dated August 13, 2019, at ¶21). Since at least 2016, [redacted] at its rendering facility, which exposed its beef tallow to the risk of pentobarbital unless effective segregation measures were taken. (*See* **Dkt. 95-54**, JBS0022724 [redacted]

29. CPF did not audit JBS in 2016 or 2017. (*See* **Dkt. 95-55** (Audit records showing JBS was not audited in 2016 or 2017).) When CPF finally audited JBS in early 2018, its auditor uncovered built-up excessive product on JBS's equipment, demonstrating the cross-contamination between CPF beef tallow and other products derived from condemned carcasses, which have the potential of being contaminated with pentobarbital. (**Dkt. 95-56**.) Despite this troubling observation, CPF did not require JBS to adjust its manufacturing practices to ensure that condemned carcasses were sufficiently segregated from its beef tallow. (*See* **Dkt. 95-57**, CPF2119942 (in discussing JBS's audit, CPF's Director of Certification and Compliance admits "following up on [corrective action] after audits" is "a weak point" for him).)

30. By failing to audit JBS in 2016 and 2017, CPF turned a blind eye to JBS's subpar manufacturing practices, including its inability to properly segregate CPF's beef tallow from the condemned carcasses. (*See* **Dkt. 95-55** (Audit records showing JBS was not audited in 2016 or 2017).) Unsurprisingly, the FDA later discovered that beef tallow manufactured at JBS during the period CPF received beef tallow from JBS tested positive for pentobarbital. (*See* **Dkt. 95-58** (test results confirming three samples of beef tallow from November 2017, December 2017, January 2018, and March 2018 *all tested positive* for pentobarbital).

31. These test results demonstrate that JBS's manufacturing practices were wholly unable to prevent pentobarbital contamination and that all Dog Food manufactured with JBS tallow was exposed to the same risk of pentobarbital contamination, including food purchased by Plaintiffs, because there is no evidence that JBS ever segregated condemned carcasses from CPF's products nor that CPF ever audited JBS to confirm it was doing so. (**Dkt. 68**, at ¶¶164-167.)

32. CPF manufactured over 1.7 million pounds of Dog Food with this contaminated beef tallow. (**Dkt. 95-59**, at 61:7-17.) CPF admits the knowing inclusion of pentobarbital-contaminated ingredients is illegal. (*See id*. at 51:7-11 ("So once you know an ingredient has a contaminant in it and it's detectable, you can't use it. So we by law cannot use it. We wouldn't use it if it had a potential risk with it.").) Over 100,000 pounds of Dog Food made with this pentobarbital-contaminated beef tallow remained in retail markets. (*Id*. at 131:11-18.) CPF never tried to recall the 100,000 pounds of affected Dog Food, nor did CPF notify consumers about the presence of pentobarbital in this food (or the risk of presence in all their dog food that contained beef tallow), because it wanted to avoid "panic in the marketplace." (*Id.* at 47:10-21, 47:25-48:17; 98:6-20.)

33. Plaintiffs' own testimony and plaintiffs' expert opinions demonstrate that a reasonable consumer would be shocked to discover that the Dog Food contained and/or had the risk of containing pentobarbital. (*See* **Dkt. 95-36**, at 70:1-4, 141:14-20; **Dkt. 95-38**, at 142:19-143:14; **Dkt. 95-18**, at ¶¶190-193 (A reasonable consumer would find the risk of pentobarbital as inconsistent with CPF Packaging Claims); *see also* **Dkt. 95-71**, at Figures 14, 20-21 (68.2% and 69.9% would not expect pentobarbital based on "Biologically Appropriate" and 71.9% would not expect pentobarbital based on "Delivering Nutrients Naturally").)

**Fresh**

34. CPF was aware that a reasonable consumer, including its own employees, had difficulty understanding the meaning of CPF's representations of "fresh" or "raw" ingredients or

ingredients that are delivered "fresh" or "raw." (*See* **Pls.' Ex. 33**, CPF1781852; **Pls.' Ex. 34**, CPF1719813, at -813 to -815 (May 15, 2016, e-mail between Peter Muhlenfeld and Chinedu Ogbonna where Muhlenfeld asks, "So can frozen be called fresh? And what does 'freshly prepared' mean?" Ogbonna responds, "Frozen can be called raw but not fresh…. [F]reezing … disqualifies a product from being fresh." Muhlenfeld asks a clarifying question, "So freshly prepared does not necessarily = fresh? It can be freshly prepared raw? Ogbonna confirms, and later explains: "For example, the label could read that all frozen ingredient[s] are freshly defrosted daily … it is a way for the competitors to plant the fresh word in the mind of consumers while it really means something else."); **Pls.' Ex. 35**, CPF1295489 (e-mail from the Minnesota Department of Agriculture to Peter Muhlenfeld on November 5, 2013: "You cannot use 'delivered fresh' in some cases and 'fresh' in other cases and assume the consumer automatically knows you mean 'delivered fresh' but just left out the 'delivered' part.").)

35. CPF's Vice President of Sales and Marketing, Peter Muhlenfeld, stated he believes that something that has been frozen could not be fresh. (**Pls.' Ex. 21**, at 157:13-16 (frozen ingredients are not fresh); **Pls.' Ex. 31**, at 289:16-23 ("we have raw ingredients which are frozen ingredients. Those are not fresh.").) CPF does not identify on the packaging of its pet food or elsewhere, which of its ingredients are "fresh" or "raw," that certain ingredients may be either "fresh" or "raw" depending on the season, or that "raw" means frozen. (**Pls.' Ex. 33**.)

36. CPF admits it uses non-fresh, non-regional ingredients as part of its standard practice. (**Dkt. 121-5**, at ¶¶14, 18 ("The ratio of fresh to raw ingredients varied, depending on a number of factors, including the seasonality, the size of the catch or harvest, and when Champion manufactured the diet.").)

37. CPF's marketing department admits the "Fresh" claim is "misleading" and cannot be substantiated because "[n]ot all ingrdients [sic] are fresh and delivered daily." (**Pls.' Ex. 36**, CPF1768707, at 1; *see also* **Pls.' Ex. 3** [redacted]

[redacted]

38. DogStar packaging omits that its main supplier of fish ingredients does not deliver fresh fish, but rather delivers an unfrozen slurry of fish ingredients that was made from frozen fish that was then thawed and processed into a non-frozen state. (**Dkt. 95-19** (September 20, 2017, e-mail between NORPEL and USDA Regulator explaining the services NORPEL provides to CPF: "The animal products will be arriving frozen in as racks, meat, organs and tissue.... Our facility takes frozen blocks, grinds them in to a fresh slurry and ships the slurry in insulated food vats."); *see also* **Pls.' Ex. 27**, at 264:3-8 ("Q: [W]hat ingredients go to Norpel and are frozen? A: The list is long—is I mean, there's some parts of all of our ingredients that are frozen."); **Pls.' Ex. 37**, Deposition of Christopher Milam, taken February 1, 2019, at 148:7-22 (most of all meat ingredients processed at NORPEL were frozen at some point and then are thawed and blended); **Pls.' Ex. 34**, at -13 to -15 (e-mail between Ogbonna and Muhlenfeld on May 15, 2016: "freezing ... disqualifies a product from being fresh.").)

39. CPF uses [redacted] in the Dog Food. (**Pls.' Ex. 38**, CPF0142858; se*e also* **Dkt. 124-5,** CPF1292285 (CPF's former CEO stated that less than half of the meat it received in 2013 arrives fresh, "counter to our marketing message."); **Dkt. 95-18**, at ¶207 (Consumers "are likely to assume that ingredients sourced from a farm or ranch near Champion's manufacturing facility must be, as the oft-used advertising cliché goes, 'fresher than fresh!'").)

40. CPF defined "fresh" as it relates to its pet food, as meaning that its "fresh ingredients are never more than three weeks old from their date of production." (**Pls.' Ex. 39**, CPF2004325, at -26.)

41. While CPF suppliers guarantee fresh ingredients up to 3 to 5 days, CPF extends its fresh ingredients to have a 14 day shelf-life. (**Pls.' Ex. 40**, CPF1183880 (internal CPF e-mail from November 4, 2015: "Currently our fresh products can be kept in the cooler for a maximum of 14 days....We use 14 days for in house but we know that most of our suppliers will only say 3-5 days, after that it is at our

discretion."); **Pls.' Ex. 41**, CPF1719560 (CPF's specification sheet indicates a longer shelf life than what is told to suppliers. "I can't argue 7 days when our spec sheet says 9 days. We need either the spec sheet corrected and resent … or change our expiration date to match the 9 days.").)

42. CPF permits the inclusion of expired ingredients in its Dog Food. (**Pls.' Ex. 42**, CPF1770001 (approving the use of expired fresh turkey meat in August 2016); **Pls.' Ex. 43**, CPF2062755 (expired vegetables were approved for use); **Dkt. 95-21**, CPF1781155 (CPF establishes a process for maximizing the shelf life of fresh meat products where the "odor, color, and consistency" are assessed); *see also* **Dkt. 124-4**, Deposition of Jeff Johnston, taken June 24, 2020, at 104:22-105:24 (CPF utilizes expired ingredients in approximately one in every twenty of its production runs.).)

43. In both DogStar and NorthStar kitchens, CPF also assesses whether fresh ingredients have expired by using a subjective sensory test that CPF own study demonstrated was ineffective. (**Dkt. 95-21**, at -56, -61 (a CPF five-man panel assessed the "odor, color and consistency" of fresh meat products and found that the odor and color of 11 day old ingredients were more acceptable than 9 day old ingredients); *see also* **Pls.' Ex. 37**, at 145:23-25 ("Q: Can an expired ingredient be fresh? A: No. Can an expired ingredient be fresh? Those don't even go together, but my answer would be no.").)

44. CPF permits the inclusion of expired ingredients in its Dog Food based on its employees' sensory evaluations despite said expired ingredients repeatedly failing peroxide value tests, which are laboratory tests used to scientifically gauge an ingredient's quality and freshness. (**Dkt. 95-22**, CPF1741216 (chicken meal failed peroxide values test but was "accepted based on sensory evaluation by upper management.").)

45. CPF's own third party testing revealed that its Dog Food consisted of only 11.22% fresh ingredients. (**Pls.' Ex. 44**, CPF2047936, at -43 ("Independent Verification from Deloitte's, which speaks to the fact that we are above the required ... inclusion of fresh ingredients.... The total fresh ingredients in the bag tested amounted to 11.22%.").)

46. CPF's use of non-fresh ingredients is deceptive and misleading to consumers who rely upon CPF's marketing claim of "fresh" ingredients when deciding to purchase the Dog Food. (**Dkt. 95-18**, at ¶¶203-204.)

47. The Dog Food often contains regrinds, which are previously manufactured dog or cat food that was rejected for quality assurance issues, ground up, recooked, and then introduced as an ingredient in a subsequent production run of Dog Food. (**Dkt. 68**, at ¶¶78-89.) Unlike other food manufacturers, who use out-of-specification finished products for lower quality foods, CPF reincorporates out-of-specification kibble as regrind ingredients. (**Pls.' Ex. 45**, CPF1936913 (e-mail from Andre Minnaar to Frank Burdzy: "On that note we need to talk about another idea I have for using out of spec product. I mentioned it to Peter once and he did not like the idea at all. Every industry I have ever worked in had a brand or product they could send their out of spec product to. In the cheese industry it was process cheese, in the meat industry it was hot dogs or meatballs. In the seafood industry it was fish cakes and in the milk industry in was chocolate milk or milk shakes. You get the idea.... I know we will never package this under our premium brand name but we do not even have to add our name to it or anyone to know that we produced it. We can have it packaged off site and have no association with it but it could generate revenue directly from the product and not be used as an expensive ingredient.").)

48. CPF omits the use of regrinds from its packaging because it knows that consumers would consider regrinds to be a low quality ingredient, which would not align with CPF packaging. CPF's own employees acknowledged that its use of regrind ingredients resulted in a loss of nutritional value and quality. (**Pls.' Ex. 46**, CPF1768703 (internal CPF e-mail from 2018: "White tote bags marked 'Regrinds' – while not wrong it raises the question of how good is the quality of our foods if we add regrinds (already cooked food) back into the mix – essentially double cooking the ingredients. Our story says that we try to use as much fresh as we can, reprocessed ingredients loose [sic] taste and nutritional value.").)

49. CPF utilized regrinds of kibble in its pet food, which were sometimes included at a higher percentage than many other ingredients included in the pet food. (**Pls.' Ex. 47**, CPF1348192; **Pls.' Ex. 48**, 30(b)(6) Deposition of Jeff Johnston, taken June 24, 2020, at 126:13-18 (As a standard operating procedure, CPF claims it only permits dog food to contain between 3-5% regrind ingredients); **Dkt. 95-23**, CPF2129877 [redacted] **Pls.' Ex. 49**, CPF0079320 [redacted] **Pls.' Ex. 50**, CPF1841061 [redacted] **Pls.' Ex. 51**, CPF1297395 (admits using Orijen regrinds in Acana); **Pls.' Ex. 52**, CPF1739605 (discussing procedure for using regrinds).) [redacted] (**Dkt. 95-23**.) CPF'S Kitchen Manager, Keith Arnold, testified that DogStar manufactured the Dog Food using regrinds more often than not using regrinds. (**Dkt. 95-24**, Deposition of Jason Keith Arnold, taken November 1, 2018, at 73:4-6 ("Q: --would the regrind formula be used more than the non-regrind formula? A: I'd say yes.").)

50. CPF forbids its employees from mentioning the word "regrinds" at industry trade shows. (**Pls.' Ex. 54**, CPF0255008, at -14 (National Industry PIJAC Show 2017 Goals and Outcomes showing CPF again lists "regrinds" under "Speak Our Language," in the "No" category, and advised CPF representatives to not use the word regrinds); **Pls.' Ex. 55**, CPF2115078, at -83 (Global Pet Expo Outcomes (2016)) (same); **Pls.' Ex. 56**, CPF1958871, at -87 (same).)

51. CPF will use regrinds from dog food that tested positive for salmonella, dog food that was nutritionally deficient, and dog food that was dangerous under AAFCO standards. (**Pls.' Ex. 57**, CPF0551343 [redacted] **Pls.' Ex. 58**, CPF1789156 (internal CPF e-mail chain showing that

ACANA Appalachian Ranch Dog had Calcium and Phosphorus levels "[A]bove AAFCO [standards] – can cause health issues in dogs …. I don't recommend that this lot of Ranch dog be sent out for nutritional/animal health reasons… Would they be usable for regrinds at a low inclusion?... Yes, we could certainly utilize this product as a regrind, likely at and sic inclusion of no more than 3%."); **Pls.' Ex. 59**, CPF1786936 (Internal CPF e-mail chain: Jeff Johnston writes: "I don't believe we should release something that is this far below a minimum stated claim. It doesn't meet regulations or our internal specs so I would suggest it goes to regrinds.").)

52. CPF did not have a set shelf life for regrind ingredients. (**Pls.' Ex. 60**, Deposition of Keith Arnold, taken November 1, 2018, at 71:15-18 ("Q: What is the shelf life of a super sack of kibble intended for regrind? A: Approximately, three months, but we don't have a set shelf life.").)

**Regional**

53. There are multiple ingredients that may be sourced internationally that are not disclosed on the packaging, including the [redacted] (**Dkt.** 95-28, CPF1768707.) [redacted] (***Id.***; *see also* [redacted] **Dkt.** 95-27 (8/29/2016 Customer Care e-mail: Customer was concerned about turmeric recalls from India due to high lead and asked where it's sourced from. Chris Milam replied, "It is currently from India.").)

54. CPF also failed to disclose that it sources ingredients non-regional locations in the United States. (*See* **Pls.' Ex. 62**, CPF0050514 (CPF sources pollock oil from Vancouver, Washington, more than 2,000 miles away); **Pls.' Ex. 27**, at 279:24-280:5 (CPF purchases its saltwater and freshwater fish from NORPEL, a supplier located in Massachusetts, more than 1,000 miles from DogStar).)

55. CPF considered changing its "Fresh Regional Ingredients" packaging claim because it had outgrown its ability to source from local ingredient suppliers. (*See* **Dkt.** 95-33, at -07 ("We have

recently considered changing this [regional] definition in our . . . name as we have outgrown our ability to source from our local region.”).)

56. In order for CPF to reinforce its illusory reliance on fresh, regional, local ingredients, the Dog Food’s packaging features misleading pictures of “exemplar ingredient suppliers” that depict small, local farmers and ranchers as their primary ingredient suppliers, when in reality, CPF will source many of its featured ingredients from large corporations that are not disclosed on any of its packaging. (*See* **Dkts. 95-2; 95-3; 95-4; 95-5; 95-6; 95-7; 95-8; 95-9; 95-10; 95-11; 95-12**; **Pls.’ Ex. 63**, CPF1807782, at -83 (DogStar FAQ: “In some cases, our feature farmers alone cannot supply all of our volume requirements, however the farmers, ranchers or fisherman on the bag represents where we get majority of our ingredient from.”); **Pls.’ Ex. 64**, CPF1800577, at -80 (DogStar FAQ: “It’s important to understand that our feature farmers by themselves cannot supply all of our fresh ingredients. For example, we have three botanical growers, but feature our main supplier as he supplies the vast majority of what we use in our foods.”); **Dkt. 95-29**, CPF2074587 [redacted] **Pls.’ Ex. 65**, CPF0255511, at -13 [redacted] **Pls.’ Ex. 66**, CPF0228757 [redacted] “Third Supplier” is “Marksbury Farm”; and “Feature Farm 1” is “Clark Family Farm”); **Pls.’ Ex. 67**, CPF1798452 (“Chicken would be the feature for Kentucky that we have gotten very little from .... We need a new chicken feature!”).)

57. CPF intentionally masked that some farms were owned by multinational conglomerates, while still portraying these farms as “regional” or locally owned farms. (**Dkt. 95-30** (internal e-mails discussing Facebook advertisement and update of “Fresh Regional Ingredients” section of Website: “For clarification – Does Greg’s farm in Robards Kentucky have a name? We know Tyson is the company

that owns the farm."); ***Id***. at -73 ("My take is that we shouldn't mention the name of the farm, since Tyson is a huge multinational conglomerate (if it's the same Tyson Foods I'm thinking of). I'd just say, 'Like Greg in Robards, Kentucky...' I know we typically mention the name, but it seems problematic in this case."); ***Id.*** at - 72 ("I'm going to suggest to move forward and use Robbie's suggestion to change it to 'Like Greg in Robards, Kentucky...'"); **Dkt. 95-31**, CPF1817708 (CPF's feature farmer on the 2018 bags is from Tyson, Inc.); **Pls.' Ex. 68**, CPF1812999 ("Attached are sample photos that we would like from one of your farmers. If you would agree and you have a farmer that agrees we would not have to name Tyson."); *see also* **Dkt. 95-32** (CPF featured another "exemplar supplier" for its local, fresh chicken, while omitting that it sourced a material amount of chicken from Pilgrim's Pride, another large corporation.).)

58. CPF denied sourcing any of its ingredients from China. (**Pls.' Ex. 69**, Deposition of Jeff Johnston, taken November 29, 2018, at 149:21-150:2, 150:19-152:8.) However, evidence shows that CPF sourced at least two of its ingredients from China. (**Pls.' Ex. 70**, CPF0058305 (e-mail from Jeff Johnston to Bonnie Gerow stating, "There are two vitamins only available from China, the rest of our ingredients come from North America and Europe."); **Pls.' Ex. 71**, CPF1716671 (Bonnie, Customer Care Leader, told a customer, "We do not source ingredients from China for either our Canadian or US made foods and treats."); **Pls.' Ex. 72**, CPF2087494 (Christie, Customer Care employee, told a customer, "There are no ingredients from China used in the preparation of our dog and cat food formulas, including vitamins and minerals – we are 100% China-free."); *see also* **Dkt. 95-26**, CPF0052578 (March 1, 2018 Bill of Lading showing CPF purchasing Vitamin Premixes with Vitamin A from China); **Pls.' Ex. 73**, Declaration of Christopher Milam in Support of Defendants' Response in Opposition to Plaintiff's Motion for Class Certification, dated April 15, 2021, at ¶57 (CPF admits that it now sources vitamins from China: "Vitamins sourced from China, such as B1 and B6, were not used by Champion in any dog food diet until about May 2019.").)

59. CPF's routine and undisclosed use of non-regional ingredients in its Dog Food renders its "regional" packaging claim misleading and deceptive. (*See* **Dkt.** **95-18**, at ¶32(i); ¶¶104-122 (Silverman opines that a reasonable consumer not expect CPF to use non-regional ingredients in its Dog Food based on the "Regional" statements); **Dkt.** **95-71**, at Figures 13, 19 (Expectation Survey Results for Regional statements showing vast majority of respondents (73.7% to 76.9%) would not expect imported ingredients in the Dog Food based on "Regional" statements and that each ingredient was sourced regionally (79.4% to 77.3%) based on CPF "Regional" statements.).)

60. The Packaging Claims "consistently convey the message to consumers that all of the products are [] made with fresh ingredients sourced from local, trusted suppliers[,]" and survey evidence demonstrating vast majority of respondents did not expect imported ingredients and expected ingredients to be sourced from the region where the food was made unless specifically stated otherwise. (*See* **Dkt.** **95-18**, at ¶221; **Dkt.** **95-71**, at Figures 13, 19.)

Dated: June 21, 2021

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: /s/ Rebecca A. Peterson
ROBERT K. SHELQUIST, *Pro Hac Vice*
REBECCA A. PETERSON, *Pro Hac Vice*
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rapeterson@locklaw.com
rkshelquist@locklaw.com

WEXLER WALLACE LLP
KENNETH A. WEXLER
KARA A. ELGERSMA
MICHELLE PERKOVIC
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Tel: (312) 346-2222
Fax: (312) 346-0022
Email: kaw@wexlerwallace.com
kae@wexlerwallace.com
mp@wexlerwallace.com

WEXLER WALLACE LLP
MARK T. TAMBLYN, *Pro Hac Vice*
333 University Avenue, Suite 200
Sacramento, CA 95825
Tel: (916) 565-7692
Email: mjt@wexlerwallace.com

ROBBINS LLP
KEVIN A. SEELY (199982)
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: kseely@robbinsllp.com

GUSTAFSON GLUEK, PLLC
DANIEL E. GUSTAFSON, *Pro Hac Vice*
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com

CUNEO GILBERT & LADUCA, LLP
CHARLES J. LADUCA
KATHERINE VAN DYCK
4725 Wisconsin Ave NW, Suite 200
Washington, DC 20016
Telephone: 202-789-3960
Facsimile: 202-789-1813
E-mail: kvandyck@cuneolaw.com
charles@cuneolaw.com

LITE DEPALMA GREENBERG & AFANDOR, LLC
JOSEPH J. DEPALMA
SUSANA CRUZ HODGE
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
E-mail: jdepalma@litedepalma.com
scruzhodge@litedepalma.com

**Attorneys for Plaintiffs**