**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **AFSHIN ZARINEBAF, ZACHARY CHERNIK and JOAN MEYER,** individually and on behalf of a class of similarly situated individuals,<br><br>**PLAINTIFFS**,<br><br>V.<br><br>**CHAMPION PETFOODS USA, INC.** and **CHAMPION PETFOODS LP**,<br><br>**DEFENDANTS**. | Case No. 1:18-CV-06951<br><br>Honorable Virginia M. Kendall<br><br>**DECLARATION OF REBECCA PETERSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Rebecca A. Peterson, declare the following:

1. I am a partner at the law firm of Lockridge Grindal Nauen P.L.L.P. ("LGN"). I represent Plaintiffs in this matter and submit this Declaration in response to Defendants' Motion for Summary Judgment.

2. This Declaration is based on my personal knowledge and review of my files.

3. Attached as **Exhibit 1** is a true and correct copy of excerpts from the Deposition of Afshin Zarinebaf, taken November 23, 2020.

4. Attached as **Exhibit 2** is a true and correct copy of excerpts from the Deposition of Zachary Chernik, taken December 8, 2020.

5. Attached as **Exhibit 3** is a true and correct copy of e-mail communications between Angele Thompson, Peter Muhlenfeld, and Chinedu Ogbonna from January 2015 (Bates numbered CPF1306889). FILED UNDER SEAL.

6. Attached as **Exhibit 4** is a true and correct copy of A Total Diet Study by the U.S. Food & Drug Administration, dated April 15, 2014, revised April 2017.

7. Attached as **Exhibit 5** is a true and correct copy of a Certificate of Analysis from Eurofins, dated June 27, 2016 (Bates numbered EUROFINS000122).

8. Attached as **Exhibit 6** is a true and correct copy of a Certificate of Analysis from Eurofins, dated June 14, 2017 (Bates numbered EUROFINS000188).

9. Attached as **Exhibit 7** is a true and correct copy of excerpts from the Deposition of Robert H. Poppenga, DVM, Ph.D., DABVT, taken on March 12, 2021 in *Zarinebaf, et al. v. Champion Petfoods USA, Inc., et al.*, Court File 18-cv-06951 (N.D. Ill.).

10. Attached as **Exhibit 8** is a true and correct copy of a "Target Animal Safety Review Memorandum," dated June 15, 2011.

11. Attached as **Exhibit 9** is a true and correct copy of excerpts from the Deposition of Sean Callan, taken May 9, 2019.

12. Attached as **Exhibit 10** is a true and correct copy of a document titled, "Beef Fat Issue Summary" (Bates numbered CPF2118689).

13. Attached as **Exhibit 11** is a true and correct copy of *Champion Petfoods USA, Inc. v. JBS USA Food Co.*, Court No. 18-CI-00371, filed November 13, 2018 in Logan Circuit Court (Ky.).

14. Attached as **Exhibit 12** is a true and correct copy of a warning letter dated June 29, 2017, from the U.S. Food & Drug Administration to Evanger's Dog & Cat Food Company.

15. Attached as **Exhibit 13** is a true and correct copy of excerpts from the Deposition of Robert H. Poppenga, DVM, Ph.D., DABVT, taken on August 26, 2019, in *Reitman, et al. v. Champion Pet Foods USA, Inc., et al.*, Court File 2:18-cv-01736-DOC-JPR.

16. Attached as **Exhibit 14** is a true and correct copy of an online article titled "Questions & Answers: Contaminants in Pet Food" available at https://www.fda.gov/animal-veterinary/animal-health-literacy/questions-answers-contaminants-pet-food (last accessed June 14, 2021).

17. Attached as **Exhibit 15** is a true and correct copy of the Expert Report of Sean Callan, dated August 6, 2019.

18. Attached as **Exhibit 16** is a true and correct copy of an online article titled, "Reportable Food Registry for Industry" available at https://www.fda.gov/food/compliance-enforcement-food/reportable-food-registry-industry (last accessed June 14, 2021).

19. Attached as **Exhibit 17** is a true and correct copy of a Beef Fat Executive Summary (Bates numbered CPF2118826).

20. Attached as **Exhibit 18** is a true and correct copy of "Clinical Investigator Inspection List (CIIL) Database Codes" available at https://www.fda.gov/drugs/enforcement-activities-fda/clinical-investigator-inspection-list-ciil-database-codes (last accessed June 14, 2021).

21. Attached as **Exhibit 19** is a true and correct copy of testing reports for samples for JBS tallow (Bates numbered JBS0007485). FILED UNDER SEAL.

22. Attached as **Exhibit 20** is a true and correct copy of relevant excerpts from a Champion Pet Foods Management Presentation (Bates numbered CPF1973651). FILED UNDER SEAL.

23. Attached as **Exhibit 21** is a true and correct copy of excerpts from the Deposition of Peter Muhlenfeld, taken December 4, 2018, in *Reitman, et al. v. Champion Pet Foods USA, Inc., et al.*, Court File 2:18-cv-01736-DOC-JPR.

24. Attached as **Exhibit 22** is a true and correct copy of a document titled "Your Questions Answered" (Bates numbered CPF2116940).

25. Attached as **Exhibit 23** is a true and correct copy of e-mail communications between Bonnie CC, Nikole Bordato, Gayan Hettiarachchi, Linda Yip, Liz Hulley Marjorie Henderson, and Brent Kossey in May-June 2017 (Bates numbered CPF0211931).

26. Attached as **Exhibit 24** is a true and correct copy of e-mail communications between Ashley Rocher, Christine Pendlebury, Darrin Gano, Sarah Brown-Tarry, and Bonnie CC (Bates numbered CPF0066047).

27. Attached as **Exhibit 25** is a true and correct copy of an e-mail communication from Liz Hulley dated May 25, 2017 (Bates numbered CPF0001235).

28. Attached as **Exhibit 26** is a true and correct copy of e-mails between Linda Yip, Brent Kossey, Jason Hatcher, Gayan Hettiarachchi, Bonnie CC, Liz Hulley, Marjorie Henderson, Sarah Brown-Tarry, and Robbie Jeffrey on May 17, 2017 (Bates numbered CPF0210007).

29. Attached as **Exhibit 27** is a true and correct copy of excerpts from the Deposition of Christopher Milam, taken November 28, 2018, in *Reitman, et al. v. Champion Pet Foods USA, Inc., et al.*, Court File 2:18-cv-01736-DOC-JPR.

30. Attached as **Exhibit 28** is a true and correct copy of e-mail communications between Greg Rolfe, Bonnie CC, Felix Lau, Chris Milam, Sarah Brown, Jeff Golangco, dated March 22, 2018 (Bates numbered CPF2114090).

31. Attached as **Exhibit 29** is a true and correct copy of excerpts from the Deposition of Robert H. Poppenga, DVM, Ph.D., DABVT, taken October 8, 2020, in *Zeiger v. WellPet LLC*, Court File 4:17-CV-04056 (N.D. Cal.).

32. Attached as **Exhibit 30** is a true and correct copy of the April 3, 2018 Class Action Lawsuit FAQs (Bates numbered CPF2028405).

33. Attached as **Exhibit 31** is a true and correct copy of excerpts from the Deposition of Chinedu Ogbonna, taken on December 7, 2018, in *Reitman, et al. v. Champion Pet Foods USA, Inc., et al.*, Court File 2:18-cv-01736-DOC-JPR.

34. Attached as **Exhibit 32** is a true and correct copy of excerpts from the Deposition of Robert H. Poppenga, DVM, Ph.D., DABVT, taken November 20, 2020, in *Song, et al. v. Champion Petfoods USA, Inc.*, Court File 0:18-03205-PJS-KMM (D. Minn.).

35. Attached as **Exhibit 33** is a true and correct copy of e-mail communications between Vojtech Kaderabek and Bonnie CC dated June 2016 (Bates numbered CPF1781852).

36. Attached as **Exhibit 34** is a true and correct copy of e-mail communications between Chinedu Ogbonna and Peter Muhlenfeld, dated April and May 2016 (Bates numbered CPF1719813).

37. Attached as **Exhibit 35** is a true and correct copy of e-mail communications between Max Rose, Stephanie Tkachuck, Peter Muhlenfeld, and David Upright, dated October and November 2013 (Bates numbered CPF1295489).

38. Attached as **Exhibit 36** is a true and correct copy of regulations revisions (Bates numbered CPF1768707). FILED UNDER SEAL.

39. Attached as **Exhibit 37** is a true and correct copy of excerpts from the Deposition of Christopher Milam, taken February 1, 2019, in the matter of *Loeb v. Champion Petfoods USA, Inc.*, No. 18-cv-494-JBS (E.D. Wis.).

40. Attached as **Exhibit 38** is a true and correct copy of a supplier list (Bates numbered CPF0142858). FILED UNDER SEAL.

41. Attached as **Exhibit 39** is a true and correct copy of a document titled, "CPF Value Statement" (Bates numbered CPF2004325).

42. Attached as **Exhibit 40** is a true and correct copy of an e-mail communications between Andrew Stovall, Sarah Brown-Tarry, and Anna Macht dated November 4-5, 2015 (Bates numbered CPF1183880).

43. Attached as **Exhibit 41** is a true and correct copy of e-mail communications between Travis Appling, Andrew Stovall, David Chapman, Rick Raposo, and Amanda Flowers dated May 12, 2016 (Bates numbered CPF1719560).

44. Attached as **Exhibit 42** is a true and correct copy of a QA Floor Shift Report, dated August 16, 2016 (Bates numbered CPF1770001).

45. Attached as **Exhibit 43** is a true and correct copy of a QA Floor Shift Report, dated November 12, 2017 (Bates numbered CPF2062755).

46. Attached as **Exhibit 44** is a true and correct copy of a letter to Stephen Kotze from Sonja Maricevic dated January 15, 2016 (Bates numbered CPF2047936).

47. Attached as **Exhibit 45** is a true and correct copy of e-mail communications between Robyne Stroud, Andre Minnaar, Glen Vanderhaeghe, Jeff Johnston, Tony Wright, David Marshall, Frank Burdzy, Peter Muhlenfeld, Robin Jean, Michelle Granger, and Jonathan Ellison dated November 1, 2011 (Bates numbered CPF1936913).

48. Attached as **Exhibit 46** is a true and correct copy of a relevant excerpt from an e-mail communications between Chinedu Ogbonna, Jaimi Seutter, Joseph Obrovac, and Kristina Obrovac, dated February 2018.

49. Attached as **Exhibit 47** is a true and correct copy of ingredient lists for Acana and Orijen diets (Bates numbered CPF1348192). FILED UNDER SEAL.

50. Attached as **Exhibit 48** is a true and correct copy of excerpts from the 30(b)(6) Deposition of Jeff Johnston, taken June 24, 2020.

51. Attached as **Exhibit 49** is a true and correct copy of a formula costing document (Bates numbered CPF0079320). FILED UNDER SEAL.

52. Attached as **Exhibit 50** is a true and correct copy of e-mail communications between Elliott Knox, Jeff Johnston, Frank Burdzy, and bilb@championpetfoods dated November 4, 2016 (Bates numbered CPF1841061). FILED UNDER SEAL.

53. Attached as **Exhibit 51** is a true and correct copy of e-mail communications between Frank Burdzy, Rick Raposo, Jeff Johnston, Matt Havertape, and Peter Muhlenfeld dated March 10, 2014 (Bates numbered CPF1297395).

54. Attached as **Exhibit 52** is a true and correct copy of an e-mail communication between Kyle Roguski, Jonathan Ellison, and Brigid Barabash dated November 30, 2016 (Bates numbered CPF1739605).

55. Attached as **Exhibit 53** is a true and correct copy of a Quality Assurance Product Release Form, dated February 11, 2013 (Bates numbered CPF0359399). FILED UNDER SEAL.

56. Attached as **Exhibit 54** is a true and correct copy of a document titled, "National Industry PIJAC Show 2017: Goals and Outcomes" (Bates numbered CPF0255008).

57. Attached as **Exhibit 55** is a true and correct copy of a document titled, "Global Pet Outcomes" (Bates numbered CPF2115078).

58. Attached as **Exhibit 56** is a true and correct copy of a document related to "Viva Las Vegas: Superzoo 2016" (Bates numbered CPF1958871).

59. Attached as **Exhibit 57** is a true and correct copy of a Quality Assurance Product Release Form, dated March 19, 2015 (Bates numbered CPF0551343). FILED UNDER SEAL.

60. Attached as **Exhibit 58** is a true and correct copy of e-mail communications between Matt Kirk, Amanda Flowers, Janelle Kelly, Andrew Stovall, Jeff Johnston, Theresa Liddell, Ricky Ferrell, Keith Arnold, Michael Covington, Christine Pendlebury, Chris Milam, Andrea Morris, and Chinedu Ogbonna dated December 2016 (Bates numbered CPF1789156).

61. Attached as **Exhibit 59** is a true and correct copy of e-mail communications between Rachel Natividad, Ashley Rocher, Mainul Bhuiyan, Debbie Ricciardi, Buddhi Sapkota, Daksha Patel, Cathy Chubb, Mitchell Davison, Theresa Liddell, Chinedu Ogbonna, Jaimi Seutter, Jeff Johnston, and Janelle Kelly dated October and November 2016 (Bates numbered CPF1786936).

62. Attached as **Exhibit 60** is a true and correct copy of excerpts from the Deposition of Keith Arnold, taken November 1, 2018, in the matter of *Loeb v. Champion Petfoods USA, Inc*., No. 18-cv-494-JBS (E.D. Wis.).

63. Attached as **Exhibit 61** is a true and correct copy of shipping documents, dated July 29, 2017 (Bates numbered CPF0041983). FILED UNDER SEAL.

64. Attached as **Exhibit 62** is a true and correct copy of shipping documents, dated January 29, 2018 (Bates numbered CPF0050514).

65. Attached as **Exhibit 63** is a true and correct copy of a document titled, "DogStar FAQ's" (Bates numbered CPF1807782).

66. Attached as **Exhibit 64** is a true and correct copy of a document titled, "DogStar FAQ's" (Bates numbered CPF1800577).

67. Attached as **Exhibit 65** is a true and correct copy of a document titled, "GROW Working Relationships" dated September 13, 2017 (Bates numbered CPF0255511). FILED UNDER SEAL.

68. Attached as **Exhibit 66** is a true and correct copy of a document titled, "Kentucky Greyhound Project," dated March 7, 2015 (Bates numbered CPF0228757). FILED UNDER SEAL.

69. Attached as **Exhibit 67** is a true and correct copy of e-mail communications between retailer Platinum Paws, Charles Bachkora, Peter Muhlenfeld, Richard Forsythe, Tim McMahon, Rick Raposo, Jeff Johnston, and Chris Milam, dated March 14, 2017 (Bates numbered CPF1798452).

70. Attached as **Exhibit 68** is a true and correct copy of an e-mail communication between Chris Milam, Juan Pablo Marzana, and Sean Williams, dated September 7, 2017 (Bates numbered CPF1812999).

71. Attached as **Exhibit 69** is a true and correct copy of excerpts from the Deposition of Jeff Johnston, taken on November 29, 2018, in *Reitman, et al. v. Champion Petfoods, USA, Inc., et al.*, Court File 2:18-cv-01736-DOC (JPR) (C.D. Calif.).

72. Attached as **Exhibit 70** is a true and correct copy of e-mail communications between a veterinarian, Bonnie Gerow, and Jeff Johnston, dated December 2009 and January 2010 (Bates numbered CPF0058305).

73. Attached as **Exhibit 71** is a true and correct copy of e-mail communications between a customer and Bonnie CC, dated January and February 2016 (Bates numbered CPF1716671).

74. Attached as **Exhibit 72** is a true and correct copy of e-mail communications between a customer and Christie in Customer Care, dated October 12, 2017 (Bates numbered CPF2087494).

75. Attached as **Exhibit 73** is a true and correct copy of the Declaration of Christopher Milam in Support of Defendants' Response in Opposition to Plaintiff's Motion for Class Certification, dated April 15, 2021, in *Paradowski v. Champion Petfoods, USA, Inc., et al.*, Court File 6:18-cv-01228-LEK-ML (N.D.N.Y.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 21, 2021, in Minneapolis, Minnesota.

*/s/ Rebecca A. Peterson*
Rebecca A. Peterson