**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AFSHIN ZARINEBAF, ZACHARY CHERNIK, and JOAN MEYER, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br>v.<br><br>CHAMPION PETFOODS USA INC. and CHAMPION PETFOODS LP,<br><br>Defendants. | Case No. 1:18-cv-06951<br><br>Honorable Virginia M. Kendall |

**INDEX OF EXHIBITS TO DEFENDANTS CHAMPION PETFOODS USA INC. AND CHAMPION PETFOODS LP'S REPLY TO PLAINTIFFS' ADDITIONAL STATEMENTS OF UNDISPUTED MATERIAL FACTS**

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | Deposition of Plaintiff Joan Meyer (excerpts) |
| 2 | Deposition of Plaintiff Afshin Zarinebaf (excerpts) |
| 3 | Deposition of Plaintiff Zachary Chernik (excerpts) |
| 4 | Deposition of Christopher Milam (excerpts) |

Dated: July 9, 2021

s/ *David A. Coulson*

David A. Coulson (ARDC #6199911)
Jessica J. Fishfeld (ARDC #6313149)
Jared R. Kessler (*pro hac vice*)
Robert S. Galbo (*pro hac vice*)
Elisa H. Baca (*pro hac vice*)
GREENBERG TRAURIG P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
Tel: (305) 579-0754
Fax: (305) 579-0500
Email: coulsond@gtlaw.com
johnsonj@gtlaw.com
kesslerj@gtlaw.com

galbor@gtlaw.com
bacae@gtlaw.com

Francis A. Citera (ARDC # 6185263)
GREENBERG TRAURIG LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Tel: (312) 456-8400
Fax: (312) 456-8435
Email: citeraf@gtlaw.com

Rick L. Shackelford, Esq. (*pro hac vice*)
GREENBERG TRAURIG LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: (310) 586-3878
Fax: (310) 586-7800
Email: shackelfordr@gtlaw.com

***Attorneys for Defendants***
***Champion Petfoods USA Inc. and***
***Champion Petfoods LP***