**UNTIED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **AFSHIN ZARINEBAF, ZACHARY CHERNIK,** and **JOAN MEYER**, individually and on behalf of a class of similarly situated individuals, | ) | Case No.: 1:18-cv-06951 |
| | ) | Hon. Virginia M. Kendall |
| Plaintiffs, | ) | |
| v. | ) | |
| **CHAMPION PETFOODS USA INC. and CHAMPION PETFOODS LP,** | ) | |
| Defendants. | ) | |

**JOINT REPORT ON SEPTEMBER 9, 2021 DAUBERT HEARING**

1. Pursuant to the Northern District of Illinois' Standing Order on Challenges to the Admissibility of Expert Testimony Under Rule 702 and *Daubert* (available at https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_judges/St_Eve/Daubert%20Standing%20Order.pdf and https://www.ilnd.uscourts.gov/PrintContent.aspx?cmpid=952), Plaintiffs Zachary Chernik, Afshin Zarinebaf, and Joan Meyer ("Plaintiffs") and Defendants Champion Petfoods USA Inc. and Champion Petfoods LP (collectively, "Champion," and with Plaintiffs, the "Parties") respectfully submit this Joint Report one week prior to the *Daubert* hearing set for September 9, 2021 at 11:30 A.M. (Dkt. 159).

2. The Parties conferred via telephone on August 19, 2021 to discuss any uncontested issues and an agreed format for the *Daubert* hearing.

3. The Parties agree that the hearing shall be limited to the issues raised in the Parties' memoranda of law in support of the *Daubert* motions filed against the respective experts. (*See* Dkt. Nos. 113, 129, 141).

4. The Parties agree and stipulate to Mr. Boedeker's and Dr. Poppenga's qualifications, and do not move to exclude these experts under the qualification prong of the *Daubert* standard.

5. The Parties agree not to present testimony from any witness other than the expert at issue.

6. The Parties request Opening Remarks and Closing Remarks before and after the presentation of each expert.

7. Below is a joint list of exhibits that the Parties may use at Mr. Boedeker's hearing:

| **Attached here as Exhibit #** | **Exhibit Description** |
|---|---|
| 1 | Expert Report of Stefan Boedeker with Exhibits and Appendices, dated February 24, 2021 |
| 2 | Deposition transcript of Stefan Boedeker, dated December 2, 2020 |
| 3 | Deposition transcript of Stefan Boedeker, dated March 16, 2021 |
| 4 | Diamond 2011 Reference Guide on Survey Research |

8. Below is a joint list of exhibits that the Parties may use at Mr. Silverman's hearing:

| **Attached here as Exhibit #** | **Exhibit Description** |
|---|---|
| 5 | Expert Report of Bruce Silverman with Exhibits, dated February 24, 2021 |
| 6 | Deposition transcript of Bruce Silverman, dated November 24, 2020 |
| 7 | Deposition transcript of Bruce Silverman, dated March 17, 2021 |

9. Below is a joint list of exhibits that the Parties may use at Dr. Poppenga's hearing:

| **Attached here as Exhibit #** | **Exhibit Description** |
|---|---|
| 8 | Expert Report of Dr. Robert Poppenga with Exhibits, dated February 24, 2021 |

| | |
|---|---|
| 9 | Expert Rebuttal Report of Dr. Robert Poppenga, dated March 29, 2021 |
| 10 | Deposition Transcript of Dr. Robert Poppenga, dated May 22, 2019 |
| 11 | Deposition Transcript of Dr. Robert Poppenga, dated August 26, 2019 |
| 12 | Deposition Transcript of Dr. Robert Poppenga, dated November 20, 2020 |
| 13 | Deposition Transcript of Dr. Robert Poppenga, dated December 18, 2020 |
| 14 | Deposition Transcript of Dr. Robert Poppenga, dated March 12, 2021 |
| 15 | Deposition Transcript of Dr. Robert Poppenga, dated October 8, 2020 |
| 16 | Kim, H.T., et. al (2018) Evaluation of Arsenic, Cadmium, Lead and Mercury Contamination in Over-the-Counter Available Dry Dog Foods with Different Animal Ingredients (Red Meat, Poultry, and Fish) |
| 17 | Target Animal Safety Review Memorandum (June 15, 2011), *available at* https://www.fda.gov/media/81895/download |
| 18 | CVM CY15-17 Report on Heavy Metals in Animal Food (October 24, 2019), *available at* https://www.fda.gov/media/132046/download |

10. The above joint exhibit lists do not include potential demonstratives or impeachment exhibits, which may be used at the hearing.

Dated: September 2, 2021

Respectfully submitted,

/s/ Kenneth A. Wexler
Kenneth A. Wexler
Kara A. Elgersma
WEXLER WALLACE LLP
55 West Monroe St., Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
Email: kaw@wexlerwallace.com
kae@wexlerwallace.com

/s/ Rebecca A. Peterson
Robert K. Shelquist, *Pro Hac Vice*
Rebecca A. Peterson, *Pro Hac Vice*

/s/ David A. Coulson
David A. Coulson (ARDC #6199911)
Jessica J. Fishfeld (ARDC #6313149)
Jared R. Kessler, *Pro Hac Vice*
Robert S. Galbo, *Pro Hac Vice*
Elisa H. Baca, *Pro Hac Vice*
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0754
Facsimile: (305) 579-0717
Email: coulsond@gtlaw.com
fishfeldj@gtlaw.com
kesslerj@gtlaw.com

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: rapeterson@locklaw.com
rkshelquist@locklaw.com

Daniel E. Gustafson, *Pro Hac Vice*
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612)333-8844
Email: dgustafson@gustafsongluek.com

Kevin A. Seely, *Pro Hac Vice*
ROBBINS LLP
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Email: kseely@robbinsllp.com

Kyle Alan Shamberg
Katrina Carroll
CARLSON LYNCH, LLP
111 West Washington Street, Suite 1240
Chicago, IL 60602
Telephone: (312) 750-1265
Email: kshamberg@carlsonlynch.com
kcarroll@carlsonlynch.com

Mark J. Tamblyn, *Pro Hac Vice*
WEXLER WALLACE LLP
333 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-7692
Email: mjt@wexlerwallace.com

***Counsel for Plaintiffs***

galbor@gtlaw.com
bacae@gtlaw.com

/s/ Francis A. Citera
Francis A. Citera (ARDC # 6185263)
GREENBERG TRAURIG, P.A.
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: citeraf@gtlaw.com

Rick L. Shackelford, *Pro Hac Vice*
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-2011
Email: shackelfordr@gtlaw.com

***Counsel for Defendants Champion Petfoods USA Inc. and Champion Petfoods LP***

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a true and correct copy of the foregoing Joint Status Report was filed electronically with the Clerk of the Court using the CM/ECF system on September 2, 2021 and served electronically on all counsel of record.

/s/ *David A. Coulson*
David A. Coulson