**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **AFSHIN ZARINEBAF, ZACHARY CHERNIK,** and **JOAN MEYER**, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>**CHAMPION PETFOODS USA INC. and CHAMPION PETFOODS LP,**<br><br>Defendants. | ) | Case No.: 1:18-cv-06951<br>Hon. Virginia M. Kendall |

**JOINT REPORT ON SEPTEMBER 22, 2021 DAUBERT HEARING**

1. Pursuant to the Northern District of Illinois' Standing Order on Challenges to the Admissibility of Expert Testimony Under Rule 702 and *Daubert* (available at https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_judges/St_Eve/Daubert%20Standing%20Order.pdf and https://www.ilnd.uscourts.gov/PrintContent.aspx?cmpid=952), Plaintiffs Zachary Chernik, Afshin Zarinebaf, and Joan Meyer ("Plaintiffs") and Defendants Champion Petfoods USA Inc. and Champion Petfoods LP (collectively, "Champion," and with Plaintiffs, the "Parties") respectfully submit this Joint Report one week prior to the *Daubert* hearing set for September 22, 2021 at 10:30 A.M. (Dkt. 158).

2. The Parties conferred via telephone on August 19, 2021 to discuss any uncontested issues and an agreed format for the *Daubert* hearing.

3. The Parties agree that the hearing shall be limited to the issues raised in the Parties' memoranda of law in support of the *Daubert* motions filed against the respective experts. (*See* Dkt. Nos. 108, 113, 127).

4. The Plaintiffs note that Mr. Silverman and Dr. Callan will be appearing remotely and Dr. Pusillo will be appearing in-person.

5. The Parties agree not to present testimony from any witness other than the experts at issue.

6. The Parties agree to reserve Closing Remarks at the end of the presentation of all three experts.

7. The Parties refer the Court to Dkt. 160, and its Exhibits 5 -7, containing the agreed-upon exhibits that the Parties may use at Mr. Silverman's deposition. Below is an additional exhibit that was not previously designated that the Parties may use at Mr. Silverman's hearing:

| Attached here as Exhibit # | Exhibit Description |
|---|---|
| 19 | *Brand Finance U.S. Dog Pet Food Survey*, Final Report: January 13, 2017, produced as CPF0145434 |

8. Below is a joint list of exhibits that the Parties may use at Dr. Pusillo's hearing:

| Attached here as Exhibit # | Exhibit Description |
|---|---|
| 20 | Kim, H.T., et. al (2018) Evaluation of Arsenic, Cadmium, Lead and Mercury Contamination in Over-the-Counter Available Dry Dog Foods with Different Animal Ingredients (Red Meat, Poultry, and Fish) [**previously marked as Exhibit 16, in Dkt. 160**] |
| 21 | Target Animal Safety Review Memorandum (June 15, 2011), *available at* https://www.fda.gov/media/81895/download [**previously entered as Exhibit 17 at *Daubert* Hearing on September 9, 2021**] |
| 22 | CVM CY15-17 Report on Heavy Metals in Animal Food (October 24, 2019), *available at* https://www.fda.gov/media/132046/download [**previously entered as Exhibit 18 at *Daubert* Hearing on September 9, 2021**] |
| 23 | Expert Report of Dr. Pusillo titled, "Test Results of Champion Petfoods USA, Inc. and Champion Petfoods LP for Heavy Metals and Plasticizers," dated April 1, 2019 |

| | |
|---|---|
| 24 | Expert Report of Dr. Pusillo, titled "Evaluation of Champion Petfoods USA, Inc. and Champion Petfoods LP for Safety," dated April 5, 2019 |
| 25 | Expert Rebuttal Report of Dr. Pusillo titled, "Rebuttal to Dr. Poppenga's Supplemental Rebuttal Report," dated September 5, 2019 |
| 26 | Expert Rebuttal Report of Dr. Pusillo titled, "Rebuttal to Dr. Poppenga's Expert Report," dated December 2, 2020 |
| 27 | Deposition Transcript of Dr. Pusillo, dated April 26, 2019 |
| 28 | Deposition Transcript of Dr. Pusillo, dated May 31, 2019 |
| 29 | Deposition Transcript of Dr. Pusillo, dated September 12, 2019 |
| 30 | Deposition Transcript of Dr. Pusillo, dated December 16, 2020 |
| 31 | Adamse, P. et al., *Cadmium, lead, mercury and arsenic in animal feed and feed materials – trend analysis of monitoring results*, Food Additives and Contaminants: Part A, 2017, Vol. 34, No. 8, 198-1311 |
| 32 | Claus, S., et al., *The gut microbiota: a major palyer in the toxicicity of environmental pollutants?* Npj Biofilms and Microbiomes (2016) 2 |
| 33 | *Analysis of Toxic Trace Metals in Pet Foods Using Cryogenic Grinding and Quantitation by ICP-MS, Part 1,* Spectroscopyonline.com, published January 1, 2011. |
| 34 | Kazimierska, K. et al., *Mineral Composition of Cereal and Cereal-Free Dry Dog Foods versus Nutritional Guidelines*, from *Molecules,* published November 6, 2020. |
| 35 | Mielczarek, M. et al., *The Heavy Metal Content in Commercial Dog Foods*, Folia Pomer. Univ. Technol. Stetin., Agric., Aliment., Pisc., Zootech. 2017, 332(41)1, 29-36 |
| 36 | Directive 2002/32/EC of the European Parliament and of the Council |
| 37 | Email from Dr. Gary Pusillo, dated January 28, 2019, produced as ET 00138 |
| 38 | Email from ExperTox Customer Service, dated February 7, 2019, produced as ET 00140 |
| 39 | Email from Julia Pusillo, dated March 14, 2019, produced as ET 00198 |
| 40 | Email from ExperTox Customer Service, dated February 13, 2019, produced as ET 00205-207 |

9. Below is a joint list of exhibits that the Parties may use at Dr. Callan's hearing:

| **Attached here as Exhibit #** | **Exhibit Description** |
|---|---|
| 41 | Expert Report of Dr. Callan, dated August 6, 2019 |
| 42 | Deposition Transcript of Dr. Callan, dated May 9, 2019 |
| 43 | Deposition Transcript of Dr. Callan, dated August 20, 2019 |
| 44 | FDA Compendium of Analytical Methods for Food and Feed Safety: Chemical Analytical Manual, dated February 1, 2019 |
| 45 | *Pentobarbital FAQ's*, Clean Label Project, www.cleanlabelproject.org/pentobarbital-faqs/ (last accessed August 8, 2019) |
| 46 | *Pentobarbital in Pet Food*, Clean Label Project, www.cleanlabelproject.org/pentobarbital (last accessed August 8, 2019) |
| 47 | Clean Label Project Code of Practice: Pet Food, Supplement I: Pentobarbital-free, January 2018 |
| 48 | Clean Label Project tweet dated April 10, 2017 at 2:40 PM |
| 49 | *Clean Label Project Ask Us Anything*, Reddit, May 8, 2019 |

10. The above joint exhibit lists do not include potential demonstratives or impeachment exhibits, which may be used at the hearing.

Dated: September 15, 2021

Respectfully submitted,

/s/ Kenneth A. Wexler
Kenneth A. Wexler
Kara A. Elgersma
WEXLER WALLACE LLP
55 West Monroe St., Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
Email: kaw@wexlerwallace.com
kae@wexlerwallace.com

/s/ David A. Coulson
David A. Coulson (ARDC #6199911)
Jessica J. Fishfeld (ARDC #6313149)
Jared R. Kessler, *Pro Hac Vice*
Robert S. Galbo, *Pro Hac Vice*
Elisa H. Baca, *Pro Hac Vice*
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0754
Facsimile: (305) 579-0717
Email: coulsond@gtlaw.com

/s/ Rebecca A. Peterson
Robert K. Shelquist, *Pro Hac Vice*
Rebecca A. Peterson, *Pro Hac Vice*
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: rapeterson@locklaw.com
rkshelquist@locklaw.com

Daniel E. Gustafson, *Pro Hac Vice*
GUSTAFSON GLUEK PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612)333-8844
Email: dgustafson@gustafsongluek.com

Kevin A. Seely, *Pro Hac Vice*
ROBBINS LLP
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Email: kseely@robbinsllp.com

Kyle Alan Shamberg
Katrina Carroll
CARLSON LYNCH, LLP
111 West Washington Street, Suite 1240
Chicago, IL 60602
Telephone: (312) 750-1265
Email: kshamberg@carlsonlynch.com
kcarroll@carlsonlynch.com

Mark J. Tamblyn, *Pro Hac Vice*
WEXLER WALLACE LLP
333 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-7692
Email: mjt@wexlerwallace.com

***Counsel for Plaintiffs***

fishfeldj@gtlaw.com
kesslerj@gtlaw.com
galbor@gtlaw.com
bacae@gtlaw.com

/s/ Francis A. Citera
Francis A. Citera (ARDC # 6185263)
GREENBERG TRAURIG, P.A.
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: citeraf@gtlaw.com

Rick L. Shackelford, *Pro Hac Vice*
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-2011
Email: shackelfordr@gtlaw.com

***Counsel for Defendants Champion Petfoods USA Inc. and Champion Petfoods LP***

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a true and correct copy of the foregoing Joint Status Report was filed electronically with the Clerk of the Court using the CM/ECF system on September 15, 2021 and served electronically on all counsel of record.

/s/ *David A. Coulson*
David A. Coulson