UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **AFSHIN ZARINEBAF, ZACHARY CHERNIK,** and **JOAN MEYER,** individually and on behalf of a class of similarly situated individuals,<br><br>PLAINTIFFS,<br><br>v.<br><br>**CHAMPION PETFOODS USA, INC.** and **CHAMPION PETFOODS LP,**<br><br>DEFENDANTS. | Case No. 1:18-cv-06951<br><br>Honorable Virginia M. Kendall |

**DECLARATION OF REBECCA PETERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Rebecca A. Peterson, declare the following:

1. I am an attorney at the law firm of Lockridge Grindal Nauen P.L.L.P. ("LGN"). I represent Plaintiffs in this matter and submit this Declaration in support of Plaintiffs' Motion for Class Certification.

2. This Declaration is based on my personal knowledge and review of my files.

3. Attached as **Exhibit 1** is a true and correct copy of excerpts from Deposition of Jeff Johnston, taken June 24, 2020.

4. Attached as **Exhibit 2** is a true and correct copy of an excerpt from the U.S. Department of Health and Human Services Fiscal Year 2023, Food and Drug Administration: Justification of Estimates for Appropriations Committees, available at https://www.fda.gov/media/157192/download, last accessed May 20, 2022.

5. Attached as **Exhibits 3-8**, respectively, are the resumes for Lockridge Grindal Nauen P.L.L.P; Gustafson Gluek, PLLC; Cuneo Gilbert & LaDuca LLP; Robbins LLP; Lite DePalma Greenberg & Afanador, LLC; and Wexler Boley & Elgersma LLP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 24, 2022, in Minneapolis, Minnesota.

*/s/ Rebecca A. Peterson*
Rebecca A. Peterson