**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AFSHIN ZARINEBAF, ZACHARY CHERNIK, and JOAN MEYER, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CHAMPION PETFOODS USA INC. and CHAMPION PETFOODS LP,<br><br>Defendants. | Case No. 1:18-cv-06951<br><br>Honorable Virginia M. Kendall |

**INDEX OF EXHIBITS TO DEFENDANTS CHAMPION PETFOODS USA INC. AND CHAMPION PETFOODS LP'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| A | Deposition of Plaintiff Zachary Chernik, and Ex. 4, 7, and 8 thereto |
| B | Deposition of Plaintiff Afshin Zarinebaf, and Ex. 3 thereto |
| C | Declaration of Plaintiff Joan Meyer, and Ex. 3 thereto |
| D | Transcript of September 9, 2021 *Daubert* Hearing |