# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Afshin Zarinebaf, et al.

                                            Plaintiff,

v.                                                                    Case No.: 1:18−cv−06951
Honorable Virginia M. Kendall

Champion Petfoods USA, Inc., et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 30, 2024:

      MINUTE entry before the Honorable Virginia M. Kendall. Case is dismissed with prejudice pursuant to Stipulation of Voluntary Dismissal [247]. Each party shall bear its own costs and attorneys' fees. Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.